AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| STATE OF WASHINGTON, et. al.<br>*Plaintiff*<br>v.<br>DONALD TRUMP, et. al.<br>*Defendant* | )<br>)<br>) Case No.  2:25-cv-00127<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington                                                                                                            .

Date:   01/21/2025

s/ Colleen M. Melody
*Attorney's signature*

Colleen M. Melody, WSBA #42275
*Printed name and bar number*
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

*Address*

colleen.melody@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

(206) 464-6451
*FAX number*