AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| STATE OF WASHINGTON, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-00127 |
| DONALD TRUMP, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington                                                                                                          .

Date:    01/21/2025                                              s/ Daniel J. Jeon
                                                                        *Attorney's signature*

                                                                        Daniel J. Jeon, WSBA #58087
                                                                        *Printed name and bar number*

                                                                        Washington State Attorney General's Office
                                                                        800 Fifth Avenue, Suite 2000
                                                                        Seattle, WA 98104-3188
                                                                        *Address*

                                                                        daniel.jeon@atg.wa.gov
                                                                        *E-mail address*

                                                                        (206) 464-7744
                                                                        *Telephone number*

                                                                        (206) 464-6451
                                                                        *FAX number*