AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

STATE OF WASHINGTON, et. al. )
*Plaintiff* )
v. ) Case No. 2:25-cv-00127
DONALD TRUMP, et. al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington.

Date:   01/21/2025

s/ Alyson Dimmitt Gnam
*Attorney's signature*

Alyson Dimmitt Gnam, WSBA #48143
*Printed name and bar number*

Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
*Address*

alyson.dimmittgnam@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

(206) 464-6451
*FAX number*