|   |   |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF WASHINGTON**<br>**AT SEATTLE** |

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF ILLINOIS; and STATE OF OREGON,<br><br>                    Plaintiffs,<br><br>     v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; BENJAMINE HUFFMAN, in his official capacity as Acting Secretary of Homeland Security; U.S. SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in her official capacity as Acting Commissioner of the Social Security Administration; U.S. DEPARTMETN OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY FINK, in her official capacity as Acting Secretary of Health and Human Services; U.S. DEPARTMENT OF JUSTICE; JAMES MCHENRY, in his official capacity as Acting Attorney General; U.S. DEPARTMENT OF AGRICULTURE; GARY WASHINGTON, in his official capacity as Acting Secretary of Agriculture; and the UNITED STATES OF AMERICA,<br><br>                    Defendants. | NO. 2:25-cv-00127<br><br>INDEX OF DECLARATIONS ISO PLAINTIFF STATES' MOTION FOR TEMPORARY RESTRAINING ORDER |

INDEX OF DECLARATIONS ISO
PLAINTIFF STATES' MOTION FOR
TEMPORARY RESTRAINING ORDER –
CASE NO. 2:25-cv-00127

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**Declarations in Support of Plaintiff States' Motion for Temporary Restraining Order**

| ECF No. | Name | Title |
|---|---|---|
| 12 | Lane Polozola | Managing Assistant Attorney General<br>Wing Luke Civil Rights Division<br>Washington State Office of the Attorney General |
| 13 | Dr. Shelley Lapkoff | Senior Demographer<br>National Demographics Corporation (NDC) |
| 14 | Dr. Charissa Fotinos | State Medicaid Director<br>Washington State Health Care Authority (HCA) |
| 15 | Jenny Heddin | Deputy Secretary—Chief of Staff<br>Washington State Department of Children, Youth and Families (DCYF) |
| 16 | Katherine Hutchinson | State Registrar and Office Director<br>Center for Health Statistics<br>Washington Department of Health (DOH) |
| 17 | Brian Reed | Service Line Administrator of Women and Children's Services<br>UW Medicine |
| 18 | Dr. Tom K. Wong | Associate Professor<br>University of California, San Diego (UCSD) |
| 19 | David C. Baluarte | Professor of Law and Senior Associate Dean for Academic Affairs<br>CUNY School of Law |
| 20 | Dr. Caitlin Patler | Associate Professor of Public Policy<br>Goldman School of Public Policy<br>University of California, Berkeley |

INDEX OF DECLARATIONS ISO
PLAINTIFF STATES' MOTION FOR
TEMPORARY RESTRAINING ORDER –
CASE NO. 2:25-cv-00127

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

| ECF No. | Name | Title |
|---|---|---|
| 21 | Sarah K. Peterson | Director of Washington's Office of Refugee and Immigrant Assistance<br>Economic Services Administration<br>Washington Department of Social and Health Services |
| 22 | Magaly Solis Chavez | Executive Director<br>La Casa Hogar |
| 23 | Matt Adams | Legal Director<br>Northwest Immigrant Rights Project (NWIRP) |
| 24 | Krystal Colburn | Chief Reporting Officer and Assistant State Registrar<br>Arizona Department of Health Services |
| 25 | Jeffrey Tegen | Assistant Director of the Division of Business &Finance<br>Arizona Health Care Cost Containment System Administration |
| 26 | Nadine O'Leary | State Deputy Registrar<br>Division of Vital Records<br>Illinois Department of Public Health |
| 27 | Jennifer A. Woodward | State Registrar<br>Oregon Health Authority |

INDEX OF DECLARATIONS ISO PLAINTIFF STATES' MOTION FOR TEMPORARY RESTRAINING ORDER – CASE NO. 2:25-cv-00127

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

DATED this 21st day of January 2025.

NICHOLAS W. BROWN
Attorney General

*s/ Lane M. Polozola*
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
LANE POLOZOLA, WSBA #50138
DANIEL J. JEON, WSBA #58087
ALYSON DIMMITT GNAM, WSBA #48143
Assistant Attorneys General
Wing Luke Civil Rights Division
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
colleen.melody@atg.wa.gov
lane.polozola@atg.wa.gov
daniel.jeon@atg.wa.gov
alyson.dimmittgnam@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

KRIS MAYES
*Attorney General of Arizona*

*s/ Joshua Bendor*
Joshua D. Bendor (AZ No. 031908)*
Luci D. Davis (AZ No. 035347)*
Gabriela Monico Nunez (AZ No. 039652)*
Office of the Arizona Attorney General
Firm State Bar No. 14000
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Luci.Davis@azag.gov
Gabriela.MonicoNunez@azag.gov
ACL@azag.gov

*\*Pro hac vice motions forthcoming*
*Attorneys for Plaintiff State of Arizona*

KWAME RAOUL
*Attorney General, State of Illinois*

*s/ Rebekah Newman*
REBEKAH NEWMAN, ARDC #6327372*
Assistant Attorney General
Special Litigation Bureau

INDEX OF DECLARATIONS ISO
PLAINTIFF STATES' MOTION FOR
TEMPORARY RESTRAINING ORDER –
CASE NO. 2:25-cv-00127

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Office of the Illinois Attorney General
115 South LaSalle St., Floor 35
Chicago, IL 60603
Tel. (773) 590-6961
rebekah.newman@ilag.gov

*Pro hac vice motion forthcoming*
*Attorneys for Plaintiff State of Illinois*

DAN RAYFIELD
*Attorney General, State of Oregon*

/s/ Carla A. Scott
CARLA A. SCTOTT, WSBA #39947
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Carla.A.Scott@doj.oregon.gov

*Attorneys for Plaintiff State of Oregon*

INDEX OF DECLARATIONS ISO PLAINTIFF STATES' MOTION FOR TEMPORARY RESTRAINING ORDER – CASE NO. 2:25-cv-00127

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744