**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF ILLINOIS; and STATE OF OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; BENJAMINE HUFFMAN, in his official capacity as Acting Secretary of Homeland Security; U.S. SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in her official capacity as Acting Commissioner of the Social Security Administration; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY FINK, in her official capacity as Acting Secretary of Health and Human Services; U.S. DEPARTMENT OF JUSTICE; JAMES MCHENRY, in his official capacity as Acting Attorney General; U.S. DEPARTMENT OF AGRICULTURE; GARY WASHINGTON, in his official capacity as Acting Secretary of Agriculture; and the UNITED STATES OF AMERICA,<br><br>Defendants. | NO. 2:25-cv-00127<br><br>DECLARATION OF LANE POLOZOLA IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTARAINING ORDER |

DECLARATION OF LANE POLOZOLA
CASE NO. 2:25-cv-00127

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Lane Polozola, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am a Managing Assistant Attorney General with the Wing Luke Civil Rights Division of the Washington State Office of the Attorney General. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

3. The Plaintiff States in this matter filed this lawsuit today, January 21, 2025, and file their Motion for a Temporary Restraining Order concurrently herewith. The Motion seeks a Temporary Restraining Order to enjoin the President's Executive Order of January 20, 2025, entitled "Protecting the Meaning and Value of American Citizenship."

4. Pursuant to Federal Rule of Civil Procedure 65(b) and Western District of Washington LCR 65(b)(1), counsel for the State of Washington called the office of the United States Attorney for the Western District of Washington in advance of filing at 9:30am on January 21, 2025, to notify the office of the Plaintiffs' intention to file the Complaint and Motion for a Temporary Restraining Order in the near term, and to note it for same-day hearing once filed. Washington's counsel spoke with Joe Fonseca with the United States Attorneys' Office, Western District of Washington. Counsel for Washington also emailed the United States Attorney for the Western District of Washington and the Chief of the Civil Division, at 9:32am on January 21, 2025, to notify the office of Plaintiff States' intention to file the Complaint and Motion for a Temporary Restraining Order in the near term. The Civil Chief let the State know that Brad Rosenberg with the Civil Division's Federal Programs Branch would be the State's contact for the case, and the State committed to send copies of the motion for Temporary Restraining Order and all supporting papers via email once filed.

5. Attached hereto as **Exhibit 1** is a true and correct copy of the President Trump's Executive Order, signed January 20, 2025, entitled "Protecting the Meaning and Value of American Citizenship."

DECLARATION OF LANE POLOZOLA
CASE NO. 2:25-cv-00127

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

6. Attached hereto as **Exhibit 2** is a true and correct copy of the *Agenda47: Day One Executive Order Ending Citizenship for Children of Illegals and Outlawing Birth Tourism*, DonaldJTrump.com, dated May 30, 2023. This webpage was last accessed on January 21, 2025, at https://www.donaldjtrump.com/agenda47/agenda47-day-one-executive-order-ending-citizenship-for-children-of-illegals-and-outlawing-birth-tourism.

7. Attached hereto as **Exhibit 3** is a true and correct copy of an article by Tarini Parti and Michelle Hackman published in The Wall Street Journal, entitled, *Trump Prepares for Legal Fight Over His 'Birthright Citizenship' Curbs* (Dec. 8, 2024). This article was last accessed on January 21, 2025, at https://www.wsj.com/politics/policy/trump-birthright-citizenship-executive-order-battle-0900a291.

8. Attached hereto as **Exhibit 4** is a true and correct copy of the State Department's Foreign Affairs Manual, 8FAM 301.1. This document was accessed on January 21, 2025, at https://fam.state.gov/FAM/08FAM/08FAM030101.html.

9. Attached hereto as **Exhibit 5** is a true and correct copy of the U.S. Department of State's Application for A U.S. Passport Form, DS-11 04-2022 copy. This document was last accessed on January 21, 2025, at https://eforms.state.gov/Forms/ds11_pdf.pdf.

10. Attached hereto as **Exhibit 6** is a true and correct copy of *I am a U.S. citizen: How do I get proof of my U.S. citizenship?*, U.S. Citizenship and Immigration Services, M-560B (October 2013) N copy. This document was last accessed on January 21, 2025, at https://www.uscis.gov/sites/default/files/document/guides/A4en.pdf.

///

///

///

///

DECLARATION OF LANE POLOZOLA
CASE NO. 2:25-cv-00127

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  I declare under penalty of perjury under the laws of the State of Washington and the
2  United States of America that the foregoing is true and correct.
3  DATED and SIGNED this 20th day of January 2025, at Seattle, Washington.

*s/ Lane Polozola*
LANE POLOZOLA, WSBA #50138
Assistant Attorney General