**LAPKOFF DECLARATION**

**EXHIBIT A**

# Curriculum Vitae for Shelley Lapkoff

**Shelley Lapkoff, Ph.D.**
**Demographer**
National Demographics Corporation/Lapkoff & Gobalet Demographic Research, Inc.
SLapkoff@NDCResearch.com

Senior Demographer at National Demographics Corporation since 2023. President and Principal, Lapkoff & Gobalet Demographic Research, Inc., since 1992, and founder and owner of Lapkoff Demographic Research before that. In 2023, National Demographics Corporation and Lapkoff & Gobalet Demographic Research, Inc. merged.

Lecturer, *University of California, Berkeley,* Demography Department, 1995 and 2001.

**Education and Honors**

Ph.D.    Demography, *University of California, Berkeley*, 1988

M.A.     Economics, *University of California, Berkeley*

A.B.     Economics, With Honors, *University of Maryland*

Guest Lecturer, Business School, University of California, Berkeley

NICHHD Training Grant, University of California, Berkeley, 1984-86

University of California Graduate Fellowship, 1982-84


**Professional Experience**

Dr. Lapkoff has provided demographic services to school districts since 1985. In 1989 she founded Lapkoff Demographic Research, and since 1992 she has been the President and a Principal of Lapkoff & Gobalet Demographic Research, Inc. In 2023, she became Senior Demographer at National Demographics Corporation.

She has provided consulting and research services to public K-12 school districts throughout the San Francisco Bay Area and California, as well as to community colleges, cities, voting jurisdictions, the Department of Housing and Urban Development, and the Department of Justice. She has provided expert testimony in several court cases involving political redistricting, school desegregation, developer fee challenges, and housing discrimination. Dr. Lapkoff is recognized as a national leader in the field of school district demography, and she is a past Chair of the Applied Demography Committee of the Population Association of America.

1

**Papers and Professional Presentations**

*Political Districting*

"Who Must Elect by District in California? A Demographer's Perspective on Methods for Assessing Racially Polarized Voting," with Shelley Lapkoff. Chapter 18 in *Emerging Techniques in Applied Demography,* Hoque, M. Nazrul, Potter, Lloyd B. (Eds.), 2015.

"How much is enough and how much is too much? Measuring Hispanic political strength for redistricting purposes," with Jeanne Gobalet, 2012 Population Association of America Annual Meeting.

"Voting Rights Act Issues in Political Redistricting," with Jeanne Gobalet, 1993 Population Association of America Annual Meeting.

Invited Speaker, "Demographers and the Legal System," International Conference on Applied Demography, Bowling Green University, 1992.

"Changing from At-large to District Election of Trustees in Two California Community College Districts: A Study of Contrasts," with Jeanne G. Gobalet, *Applied Demography*, August 1991.

*School and Child Demography*

"Who Attends Private Schools?" with Magali Barbieri and Jeanne Gobalet, 2014 Applied Demography Conference, San Antonio, TX.

"Measuring Variations in Private School Enrollment Rates Using ACS Estimates," with Magali Barbieri and Jeanne Gobalet, 2014 American Community Survey Users Conference, Washington, DC.

"Five Trends for Schools," Educational Leadership, March 2007, Volume 64, No. 6, Association for Supervision and Curriculum Development (with Rose Maria Li).

"Studies in Applied Demography," Session Organizer at the 2006 Population Association of America Annual Meeting.

"California's Changing Demographics: How New Population Trends Can Affect Your District," 2004 California School Boards Association Annual Meeting.

Panelist, "School Demography" session, 2004 Southern Demographic Association Annual Meeting.

"Where Have All the Children Gone?" Poster, 2004 Population Association of America Annual Meeting.

"Using Child-Adult Ratios for Estimating Census Tract Populations," 1996 Population Association of America Annual Meeting.

"How to Figure Kids," *American Demographics*, January 1994.

"Neighborhood Life Cycles," 1994 Population Association of America Annual Meeting.

"Enrollment Projections for School Districts," *Applied Demography*, Spring 1993.

"Projecting Births in a California School District," 1993 Population Association of America Annual Meeting.

"School District Demography," Session Organizer and Chair, 1994 Population Association of America Annual Meeting.

"School District Demography," Roundtable Luncheon Organizer, 1992 Population Association of America Annual Meeting.

"National Demographic Trends," presentation to the National Association of Business Economists, 1990.

"Demographic Trends and Long-range Enrollment Forecasting," presentation at the Redwood Leadership Institute, Sonoma County, California, 1990.

"Projections of Student Enrollment in the Pleasanton Unified School District," 1989 Population Association of America Annual Meeting.

### *General Demography*

"Forecast of Emeritus Faculty/Staff Households on a University Campus," with Jeanne Gobalet, 2000 Population Association of America Annual Meeting.

"Communicating Results:  Practical Approaches Suited to Decision-Oriented Audiences," Panelist.  2000 Population Association of America Annual Meeting.

"Fiscal Impacts of Demographic Change: Focus on California," Session Organizer and Chair. 1995 Population Association of America Annual Meeting.

Discussant for "Evaluating the Accuracy of Population Estimates and Projections," 1992 Population Association of America Annual Meeting.

"Intergenerational Flows of Time and Goods: Consequences of Slowing Population Growth," with Ronald Lee, *Journal of Political Economy*, March 1988.

"A Research Note on Keyfitz' 'The Demographics of Unfunded Pension'," *European Journal of Population*, July 1991.

"Pay-as-you-go Retirement Systems in Nonstable Populations," Working Paper, U.C. Berkeley Demography Group, 1985.

"Assessing Long-run Migration Policy as a Solution to the Old Age Dependency Problem," paper presented at the 1985 Population Association of America Annual Meeting

## Cases in which Dr. Lapkoff provided expert testimony

*Smith et al. v. City of Oakland, Case No. 4:19-cv-05398-JST, 2023.* I was retained by Plaintiffs' counsel to provide demographic analyses of the numbers of Oakland's rental units and shares of renters with an ambulatory disability. Plaintiffs alleged that the city's current rent program was disproportionately affecting households that contain a member with an ambulatory disability. Specifically, I was asked to: estimate the number and share of Oakland's renter households that include at least one member with an ambulatory disability; estimate the number and share of Oakland renter households with at least one member who uses a wheeled mobility device (a wheelchair or scooter), as well as those that include at least one member who uses mobility devices more generally (wheelchairs, scooters, walkers, crutches, or canes); estimate the number of existing Oakland rental units that were subject to state or federal accessible design and construction requirements when built; and consider the effect that adding various numbers of accessible units to Oakland's rent control program would have on the opportunity for people with ambulatory disabilities to rent an accessible covered unit, and thereby gain protections against rising rent. I believe there has been no ruling on this case yet.

*United States v. Mid-America Apartment Communities, Inc., et al., 2013-18.* The U.S. Department of Justice sued a national apartment management company for designing and constructing large apartment buildings that allegedly discriminated against those with a disability. Dr. Lapkoff was retained to evaluate the potential impact of the defendants' alleged discrimination, by region. Using Census surveys and analyzing Mid-America Apartment Communities' building data, Dr. Lapkoff estimated that 9.5 percent of households potentially renting units in Mid-America units would be expected to contain a person with a vision or ambulatory disability, a rate that is likely to rise in the future. The Justice Department obtained $11.3 million settlement of disability-based housing discrimination from Defendant.

*United States of America ex rel., Curtis Lockey and Craig MacKenzie v. City of Dallas, Texas and Housing Authority of City of Dallas, Texas, 2012.* I was retained by legal counsel for the Dallas Housing Authority (DHA) to evaluate claims that the actions of the DHA promoted racial segregation. My analysis of Census data, DHA data, and U.S. Department of Housing and Urban Development (HUD) data, showed that neighborhoods containing much of the public housing became minority-concentrated after the developments were built; that renovations were made to all the older housing projects under DHA control; that over the decades, DHA had provided a variety of housing options for persons receiving housing assistance; and that DHA is now part of an innovative program to encourage voucher holders to lease units in integrated neighborhoods. In short, I provided a broader context than Plaintiff's expert and showed the intention, efforts, and results of DHA's proactive measures to promote racial integration. DHA's Motion to Dismiss was accepted by the court.

*Redwood Christian School v. Alameda County, California, 2006-2007.* The County of Alameda denied a conditional use permit submitted by Redwood Christian School, which wanted to build a new facility. The School's enrollments declined. When the application

4

was denied, the School sued the County for damages, arguing that its enrollment decline would not have occurred if the building permit had been granted. I provided expert testimony that the decline was not associated with denial of the building permit. The court found for the County.

*United States of America, vs. Donald Sterling et al., 2006-2009.* The lawsuit, filed by the Justice Department in August 2006, alleged that the defendants, Donald T. Sterling, his wife Rochelle Sterling, and the Sterling Family Trust, engaged in discriminatory rental practices on the basis of race, national origin, and familial status (having children under 18) at various apartment buildings that they own and manage in Los Angeles. Among other things, the suit alleged that the defendants discriminated against non-Korean tenants and prospective tenants at buildings the defendants owned in the Koreatown area of Los Angeles. LGDR was hired by the Department of Justice to investigate these claims. We had access to all tenant records in the Koreatown buildings. Using both time series and cross-sectional analyses of the tenant records, as well as an analysis of Census data, we found a disproportionate decline in the number of Hispanic and African American renters. Sterling was required to make the largest monetary payment ever required by the U.S. Department of Justice, at the time, in the settlement of a case alleging housing discrimination in the rental of apartments.

*Thompson v. HUD, 2002-2005. MJG-95-309.* The U.S. Department of Housing and Urban Development (HUD) and the City of Baltimore were sued by the ACLU over the siting of public housing. The U.S. Department of Justice hired me to investigate Baltimore neighborhoods' demographic characteristics at the time public housing was built and used Census data to reconstruct the housing mix in Baltimore's neighborhoods from 1940 to the present. My analysis showed that in many cases, the neighborhood ethnic mix changed after public housing was sited. I also reviewed the various changes in HUD policies regarding the delivery of public housing ranging from large housing developments to Section 8 vouchers and projects, and then to smaller developments and scattered sites. There were many experts in this case, and I was the one most quoted by the judge – I believe that this was because I worked hard to make sure that my report was impartial.

*Project Sentinel v. Herman Christensen, Jr., 1994-95.* Project Sentinel, a nonprofit corporation, sued an apartment owner for discriminating against children under its occupancy standards. I analyzed unpublished Census data on residential patterns of children and provided an expert deposition. The case was settled out of court.

*Ridgeview Builders, Inc., v. Pittsburg Unified School District, 1991.*
Ridgeview Builders sued the Pittsburg Unified School over imposition of fees on residential development. Dr. Lapkoff was an expert witness for the school district. Her report discussed the development's impact on school enrollments and analyzed the school district's report that justified the fees when they were imposed. The court upheld the district's imposition of fees.

*Michelle Porter, et al., v. Davis Realty Company, et al., 1983*. In this fair housing case, Michelle Porter (an African American) sued the Davis Realty Company for housing

discrimination. While still in graduate school, I provided expert testimony for the plaintiff that indicated that the real estate agent had directed Ms. Porter to African American neighborhoods. Plaintiff won the highest damages award for housing discrimination ever received up to that time.

*Shappell Industries, Inc., v. Milpitas Unified School District, 1989-1990.*
Shappell Industries sued the school district over imposition of developer fees. Dr. Lapkoff provided an expert declaration discussing flaws in the District's fee justification. Shappell Industries won in trial court; however, the decision was overturned in appellate court, which found that Dr. Lapkoff's expert declaration was inadmissible due to timing.