# LAPKOFF DECLARATION

# EXHIBIT B

# Births to Unauthorized Immigrants in the States of Washington, Arizona, Illinois, and Oregon

Prepared by National Demographics Corporation, January 18, 2025

## Executive Summary

National Demographics Corporation (NDC) was asked to estimate the annual number of births in Washington and other states to women who are unauthorized immigrants, and if possible, the number of births in which both the mother and father were unauthorized immigrants.

For 2022, the year for which the most recent set of data are available, we estimate that:

1. There were approximately 7,000 births to unauthorized mothers in Washington, representing 30 percent of births to all foreign-born mothers and eight percent of all births to the state's residents.

2. There were approximately 4,000 births in Washington in which both parents were unauthorized, representing 17 percent of births to all foreign-born mothers, and five percent of all births to the state's residents.

While these estimates do not perfectly predict the number of unauthorized births in 2025, they currently provide the best approximation of the likely magnitude of unauthorized births in 2025.

The starting point for these estimates is an analysis by the Center for Immigration Studies (CIS) for the year 2014. We considered two factors to update the 2014 estimate: 1) The trend in births to all foreign-born mothers; and 2) The trend in the unauthorized total population. For estimating the number of births in which *both* parents were unauthorized immigrants, we used survey results about married couples from the Migration Policy Institute (MPI). Additionally, we used other sources to make alternative estimates to confirm the primary estimates provided.

We also have estimated the corresponding number of births nationally and for the states of Arizona, Illinois, and Oregon, as set forth in the Appendices to this report.

## CIS-Estimated Births to Unauthorized Mothers in 2014

For Washington, CIS estimated 6,554 births to unauthorized mothers in 2014, representing 7.3 percent of the state's total births (Table 1) and 30 percent of the state's births to foreign-born mothers. To our knowledge, the CIS report is the only published estimate of the number of births to unauthorized immigrant mothers by state.

Pew Research Center (Pew) estimated births to unauthorized immigrants for the entire United States, but not by state. Their analysis showed approximately 275,000 total births to unauthorized

immigrants in the U.S. in 2014, representing about 7.0 percent of all births (Passel and Cohn, 2016). CIS' comparable estimate for the U.S. is 297,073 births, or 7.5 percent of all births in 2014.

**Table 1. Washington Estimated 2014 Births, by Mother's Nativity and Immigration Status**

| Mother | Births | Percent |
|---|---|---|
| Unauthorized Foreign-Born | 6,554 | 7.3% |
| Authorized Foreign-Born | 15,217 | 17.0% |
| Native Born | 67,975 | 75.7% |
| Total | 89,746 | 100% |

Source: Camarota, Ziegler, and Richwine, Center for Immigration Studies (2018)

The methodology used by CIS is reasonable. Their 2014 estimates were based on data from the Census Bureau's 2012-2016 American Community Survey (ACS), for which 2014 is the middle year. The authors used a variation of the residual method to estimate the size of the unauthorized immigrant population from the ACS. This method of estimation is commonly used by researchers, including those at the Pew Research Center and the Center for Migration Studies (CMS). To determine which foreign-born ACS respondents may be unauthorized immigrants, CIS first eliminated those who are least likely to be unauthorized. The resulting subset of respondents was then weighted based on known characteristics of unauthorized immigrants (such as age, gender, region, and country of origin) as reported by the Department of Homeland Security (DHS).

## Updating the CIS Estimate for 2022

Since the publication of their 2014 estimates, CIS has not released subsequent estimates. Our calculations update those 2014 estimates using more recent data on births to foreign-born mothers and an analysis of the share of the foreign-born population that is unauthorized.

We considered multiple methodologies to estimate the number of births to unauthorized mothers for more recent years. We chose the methodology detailed below because it is the most reliable method based on the available data. Because CIS did not publish the specific fields and calculations used in their 2014 estimates, there is no way to reliably recreate their methodology with more recent ACS data without engaging in guesswork. We instead updated their data based on 2014 to 2022 population trends.

In this report, we build on the CIS 2014 birth count and consider two additional factors to estimate how the number of births changed over time:

1. **Change in the number of births to foreign-born mothers**. While data are not available on the number of births to unauthorized women, there are reliable data on the number of births to all foreign-born women. If the number of births to foreign-born mothers increased

from 2014 to 2022, we would expect the number of births to unauthorized foreign-born mothers to also increase, all else equal.

2. **Change in the unauthorized share of the foreign-born population.** To evaluate whether the trend in the number of births to unauthorized mothers is expected to mirror the trend in the number of births to foreign-born mothers, we considered whether the total population of the foreign born changed in the same way as the total population of the unauthorized population. The simplest way to do so is to calculate the share of the foreign-born population that is unauthorized and how that share has changed over time.

Each of these factors is discussed in detail below.

Secondarily, we use two different methods to estimate the share of unauthorized mothers with unauthorized partners. These methods are also discussed below.

## Change in the Number of Births to Foreign-Born Mothers

While official data on the number of births to *unauthorized* foreign-born mothers are not available, state-level data are readily available for *all* foreign-born mothers. A standard U.S. birth certificate includes the birthplace of the mother. The most reliable data on mothers' immigrant status is available from the National Center for Health Statistics (NCHS), which collects data from every state. According to the NCHS data, between 2014 and 2022, the number of births to foreign-born women increased by 6.1 percent. All else equal, we would expect births to unauthorized women to also increase by 6.1 percent during that period.

Table 2. Births to Washington's Foreign-Born Mothers

| Year | NCHS Births to Foreign-Born |
|---|---|
| 2014 | 22,187 |
| 2022 | 23,547 |
| Difference | 1,360 |
| Percent Change | 6.1% |

## Change in the Unauthorized Share of the Foreign-Born Population

As shown in Table 2 above, the number of births to foreign-born mothers increased by 6.1 percent over the nine-year period from 2014 to 2022. Unauthorized mothers are a subset of all foreign-born mothers. However, the unauthorized population may have a different birth trend than all foreign-born mothers. To evaluate that possibility, we consider one additional factor.

3

As mentioned above, data are not available on the growth in the number of births to unauthorized mothers. But estimates of the *total population* of the foreign-born and estimates of the unauthorized *total population* are readily available. These data allow us to compare how similar the population trends are between the unauthorized population and the overall foreign-born population.

Table 3 shows how the foreign-born population changed between 2014 and 2022, while Table 4 shows how the unauthorized population changed during the same period. As Table 3 shows, between 2014 and 2022, the foreign-born population grew by 24 percent.

**Table 3. Estimates of Washington's Foreign-Born Population**

|  | 2012-2016 ACS | 2022 ACS | Change |
|---|---|---|---|
| **Foreign-Born Population** | 957,185 | 1,188,392 | 24% |

Source: Census Bureau 2012-2016 5-Year ACS dataset and 2022 1-Year ACS dataset

Although the ACS does not directly estimate the *unauthorized* total population, three organizations provide estimates of that count—the Pew Research Center, the U.S. Department of Homeland Security (DHS), and the Center for Migration Studies (CMS). They estimate the unauthorized population changed by a rate between 21 and 30 percent from 2014 to 2022, as shown in Table 4. Averaging the three estimates yields an estimated 25 percent growth rate for the unauthorized population over that period.

**Table 4. Estimates of Washington's Unauthorized Population**

|  | 2014 | 2022 | Change |
|---|---|---|---|
| **DHS** | 280,000 | 340,000 | 21% |
| **Pew** | 250,000 | 325,000 | 30% |
| **CMS** | 234,100 | 290,648 | 24% |
| **Average of Change Estimates for 2014-2022** |  |  | 25% |

Sources: DHS estimates from Baker (2017) and Baker and Warren (2024)
Pew estimates from Passel and Krogstad (2024)
CMS estimates from CMS (2022) and Warren (2024)

Thus, the total foreign-born population grew by 24 percent while we estimate that the unauthorized population grew by an estimated 25 percent. Since the unauthorized population has a (slightly) higher growth rate than the overall foreign-born population, we assume that the number of births follow similar trends.

Using the same data from Tables 3 and 4, we calculate the unauthorized population as a share of the total foreign-born population. For Washington, there is only a slight difference in the unauthorized share of the foreign-born population – 26.6 percent in 2014 and 26.8 percent in 2022. It is such a

small difference that it is tempting not to adjust for the slight difference in the trend between the unauthorized and all foreign-born populations.  But for completeness, we include the adjustment in this report. Detailed calculations are shown in Table 5.  The percentage change in the unauthorized share of the foreign-born population is 0.8 percent, or less than one percent, from 2014 to 2022. This percentage change, shown in column D, is used to generate a multiplier, shown in column E, to adjust our final estimate of births to unauthorized mothers in 2022.

**Table 5. Estimates of Washington's Unauthorized Share of the Foreign-Born Population**

| Source | (A) Unauthorized Share of Foreign-Born, 2014 | (B) Unauthorized Share of Foreign-Born, 2022 | ( C ) Change in Share, 2014 to 2022 (B-A) | (D) Percent Change in Share (C/A) | ( E ) Adjustment for Calculations (1-D) |
|---|---|---|---|---|---|
| DHS | 29.3% | 28.6% | -0.6% | -2.2% | 97.8% |
| Pew | 26.1% | 27.3% | 1.2% | 4.7% | 104.7% |
| CMS | 24.5% | 24.5% | 0.0% | 0.0% | 100.0% |
| **Average** | **26.6%** | **26.8%** | **0.2%** | **0.8%** | **100.8%** |

## NDC's Estimate of Births to Unauthorized Mothers

Based on the above analysis, we make two updates to the CIS 2014 estimate of births to unauthorized mothers:

1. First, we adjust the number of births to reflect the change in the number of births to foreign-born mothers between 2014 and 2022.

2. Next, we adjust the number of births to reflect the change in the unauthorized share of the total foreign-born population from 2014 to 2022.

As shown in Table 6, we estimate 7,014 births to unauthorized mothers in 2022.  This takes into account the overall change in births to foreign-born women between 2014 and 2022, as well as the change in the unauthorized population share during that period.

5

**Table 6. Calculating Births to Unauthorized Washington Mothers in 2022**

| Statistic | 2014 Births | Change in Foreign-Born Births, 2014-2022 | Adjustment for Change in Unauthorized Share, 2014-2022 | 2022 Births |
|---|---|---|---|---|
| Estimate | 6,554 | 6.1% | 100.8% | 7,014 |

Rounding 7,014 to reflect the imprecision in the data sources, we arrive at an estimate of 7,000 births to unauthorized mothers in 2022 in Washington.

Using the same methodology described above, we calculated the number of 2022 births nationwide to women who are unauthorized. We estimate there are 255,000 births in the U.S. to women who are unauthorized. See Appendix C for corresponding tables culminating in this result.

## Estimating Births to Two Unauthorized Parents

One question we were asked to investigate is how many births in Washington to unauthorized immigrant mothers are likely to also have *unauthorized immigrant fathers*. In general, there is much less information collected about fathers. Information about fathers is optional on may state's birth certificates. We found no published estimates of births to unauthorized mothers that also report the father's legal status.

However, we found one source of data on married couples and their unauthorized status. The Migration Policy Institute (MPI, 2019) estimated that 57 percent of unauthorized residents who are married have an unauthorized spouse.[1] As that is the best available estimate, we calculate that 57 percent of children born to unauthorized mothers also have unauthorized fathers. The other 43% of the births to unauthorized mothers occur in mixed-status relationships, with an unauthorized mother and a legal resident or U.S. citizen father.

Available data on the marital status of women giving birth lend credence to this approach. Using data from the ACS, we see that 78 percent of all women (native and foreign-born) who reported giving birth in 2022 were married. Notably, an even higher percentage of foreign-born mothers (82 percent) are married. This supports the use of MPI's marriage data as a proxy for the immigration status of fathers when estimating births to unauthorized foreign-born mothers.

---

[1] MPI's estimates are based on a methodology that imputes unauthorized status using U.S. Census Bureau 2015-19 American Community Survey (ACS) and 2008 Survey of Income and Program Participation (SIPP) data, weighted to 2019 unauthorized immigrant population estimates provided by Jennifer Van Hook of The Pennsylvania State University.

Using this approach, NDC estimates about 4,000 births in Washington in 2022 in which neither parent was an authorized immigrant or U.S. citizen, as shown in Table 7. The corresponding national figure is 153,000 births in which both parents are unauthorized.

**Table 7. Calculating Births to Unauthorized Washington Parents in 2022**

| NDC estimate of births to unauthorized mothers | Estimated share with unauthorized father | Estimated births with unauthorized mother and father |
|---|---|---|
| 7,014 | 57.4% | 4,029 |

### Alternative Authorized-Spouse Percentage

It is possible that couples with children differ from all married couples, or that unmarried mothers are even more likely to have an unauthorized spouse than married women. Extrapolating from a variety of secondary sources, NDC estimates that approximately 80 percent of births to unauthorized mothers may have an unauthorized father. See Appendix A for detailed calculations.

Using the 80 percent figure would increase the estimated number of births in which both parents were unauthorized immigrants to about 5,700 births annually. This suggests that the 57 percent figure from the MPI survey is conservative.

## Summary

NDC reviewed data from a variety of independent sources as well as official federal and state government databases in a search for counts of the unauthorized population and the number of births to unauthorized mothers each year. As described in detail above, our best estimate uses the following data sources:

- National Center for Health Statistics (NCHS) counts of births per year to foreign-born mothers;

- The United States Census Bureau American Community Survey (ACS) estimates of the foreign-born population;

- The Center for Immigration Studies (CIS) estimate of the number of births to unauthorized mothers in 2014;

- The Pew Research Center, Department of Homeland Security (DHS), and Center for Migration Studies (CMS) estimates of the total unauthorized population; and,

- Migration Policy Institute (MPI) estimates of the marital status of unauthorized immigrants.

Our best estimate from these data is that in Washington in 2022, there were approximately 7,000 babies born to unauthorized mothers, of whom approximately 4,000 also have an unauthorized father.

## Additional States

We used the same methodology to review additional states and the nation as a whole. Rather than repeating the discussion of methodology for each one, we simply include the corresponding tables and conclusion for each state in an attached appendix.

# References

Baker, B. and Warren, R. (2024, April). *Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2018 - January 2022.* Office of Homeland Security Statistics, U.S. Department of Homeland Security. https://ohss.dhs.gov/sites/default/files/2024-06/2024_0418_ohss_estimates-of-the-unauthorized-immigrant-population-residing-in-the-united-states-january-2018%25E2%2580%2593january-2022.pdf

Camarota, S., Ziegler, K., and Richwine, J. (2018). *Births to Legal and Illegal Immigrants in the U.S.: A look at health insurance coverage among new mothers by legal status at the state and local level.* Center for Immigration Studies. https://cis.org/Report/Births-Legal-and-Illegal-Immigrants-US

Center for Migration Studies (CMS). (2022). *Democratizing Data Initiative: Undocumented Immigrants in the United States, by State, Sex, and Year, 2010-2019* [Data set]. https://www.cmsny.org/data-undocumented-state-sex-2010-to-2019

Migration Policy Institute (MPI). (2019). *Profile of the Unauthorized Population: Washington* [Data set]. https://www.migrationpolicy.org/data/unauthorized-immigrant-population/state/WA

Migration Policy Institute (MPI). (2022). *State Immigration Data Profile: Washington* [Data set]. https://www.migrationpolicy.org/data/state-profiles/state/demographics/WA

Passel, J.S. and Cohn, D. (2016, October 26). *Number of babies born to unauthorized immigrants in U.S. continues to decline.* Pew Research Center. https://www.pewresearch.org/short-reads/2016/10/26/number-of-babies-born-to-unauthorized-immigrants-in-u-s-continues-to-decline/

Passel, J.S. and Krogstad, J.M. (2024, July 22). *What we know about unauthorized immigrants living in the U.S.* Pew Research Center. https://www.pewresearch.org/short-reads/2024/07/22/what-we-know-about-unauthorized-immigrants-living-in-the-us/

Warren, R. (2024). After a Decade of Decline, the US Undocumented Population Increased by 650,000 in 2022. *Journal on Migration and Human Security* 12(2): 85-95. https://doi.org/10.1177/23315024241226624

## Appendix A: Alternative Calculations on the Legal Status of Fathers

Some of the children born to unauthorized mothers have authorized fathers (either citizen or otherwise authorized). To our knowledge, no one has surveyed or estimated the number or percent of births to unauthorized mothers that also have an unauthorized father. In the report above, we estimate this figure at 57 percent from a survey of married couples.

An alternative approach described here is to consider the composition of households with at least one unauthorized member. The percentage of unauthorized adults in such households is used to estimate the probability that an unauthorized mother would have an unauthorized partner. For example, if all households were 100 percent filled with unauthorized members, an unauthorized mother would have a 100 percent probability of being in partnership with an unauthorized man. If roughly half the members of the household were unauthorized, she would have a roughly 50 percent probability of being in partnership with an unauthorized man.

Data estimates are available on the number of authorized and unauthorized people in households that contain at least one unauthorized person. However, these data include children. In our calculations below, we subtract children from both the authorized and unauthorized populations to obtain a count of adults living in households with at least one unauthorized person. As Table A-1 shows, 81 percent of adults in households that contain at least one unauthorized member are unauthorized.

**Table A-1. Composition of Washington Households with at Least One Unauthorized Member**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| **Total Population** | 340,000 | 230,000 | 570,000 | 60% |
| **Children** | 42,532 | 160,000 | 202,532 | 21% |
| **Adults** | 297,468 | 70,000 | 367,468 | 81% |

Sources: Connor (2024) run; Capp, Fix, and Zong (2016); DHS.

We need to make one small mathematical adjustment to the 81 percent figure in Table A-1 to obtain the probability that an unauthorized mother would have an unauthorized partner. The 81 percent figure includes the mothers themselves who are, by definition, unauthorized. We need to subtract these women from both the numerator and denominator so they are not in the probability calculation. Table A-2 shows these calculations assuming there are 7,000 unauthorized mothers – our estimate for 2022. This changes the percent unauthorized from 81.0 percent to 80.6 percent.

10

Table A-2. Probability Calculation

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| Adults | 297,468 | 70,000 | 367,468 | 81.0% |
| Unauthorized Mothers | 7,000 | 0 | 7,000 | 100% |
| Adults Excluding Mothers | 290,468 | 70,000 | 360,468 | 80.6% |

Table A-3 shows the estimated number of births in which both parents are unauthorized. With 7,000 mothers and 80.6 probability of being in partnership with an unauthorized man, we calculate 5.641 births in which both parents are unauthorized.

Table A-3. Alternative Estimate of Both Parents being Unauthorized in Washington

| | Unauthorized Population |
|---|---|
| 2022 Births to Unauthorized Mothers | 7,000 |
| Probability of the Father Being Unauthorized | 80.6% |
| 2022 Births with Both Parents Unauthorized | 5,641 |

## Conclusion

Just as our original estimate methodology looked only at married couples, for this methodology we make the assumption that the mother and father live together, as we have no data to adjust the numbers to account for situations where the mother and father do not live together.

We estimate that approximately 5,700 is an alternative estimate for the number of births where neither the mother nor the father is authorized.

## References

Capps, R., Fix, M., and Zong, J. (2016, January). *A Profile of U.S. Children with Unauthorized Immigrant Parents.* Migration Policy Institute Fact Sheet. https://www.migrationpolicy.org/research/profile-us-children-unauthorized-immigrant-parents

Connor, P. (2024, January 18). *Immigration reform can keep millions of mixed-status families together. Fwd.us*

11

# Appendix B:  Sources of Data on Immigrants

For this report, NDC collected data from academic studies, government agencies, and independent organizations. Each source is described in detail below.

**Government Agencies**

Data from official government sources is regarded as authoritative and reliable.

- **National Center for Health Statistics (NCHS)**

  NCHS serves as the principal health statistics agency in the United States and operates under the umbrella of the Centers for Disease Control and Prevention (CDC). NCHS collects birth data from all 50 states and the District of Columbia through the Vital Statistics System, which includes birth certificates filed with state health departments. The NCHS uses standardized forms and methods for collecting birth data, ensuring consistency and comparability across States and over time.

- **American Community Survey (ACS)**

  The American Community Survey (ACS) is an ongoing survey conducted by the U.S. Census Bureau that collects detailed demographic, social, economic, and housing information about the U.S. population. The ACS employs a scientifically designed sampling method that ensures the data collected is representative of the entire U.S. population. Each year, about 3.5 million households participate in the survey, providing a broad and diverse data set. By collecting data annually, the ACS is particularly useful for tracking changes in demographic trends over time.

- **Office of Immigration Statistics (OIS)**

  The Office of Immigration Statistics is housed within the Department of Homeland Security (DHS), the federal agency responsible for immigration enforcement. The OIS often collaborates with academic institutions to enhance the quality and utility of its data. This collaboration can involve peer review processes that further validate findings.

**Independent Organizations**

These organizations are widely regarded as authorities on immigration and their research is cited frequently in legal proceedings and policy debates.

- **Center for Immigration Studies (CIS)**

  Founded in 1985, CIS is a nonprofit research organization that focuses on immigration policy issues, often advocating for reduced immigration levels in the United States. Critics of CIS often argue that it has a political agenda that promotes anti-immigration views.

  **Dr. Steven Camarota, Director of Research, Center for Immigration Studies**

  Dr. Camarota holds a Ph.D. in American Government from the University of Virginia. He is currently the Director of Research at the Center for Immigration Studies, where he has

authored numerous reports analyzing U.S. Census Bureau data as it relates to issues of immigration and citizenship.

Dr. Camarota's research has been cited in high profile cases, including *Arizona v. United States (2012)*. He has experience testifying before congressional committees[2] and providing expert testimony in legal proceedings.[3]

- **Pew Research Center**
  Founded in 2004, the Pew Research Center is a nonpartisan, nonprofit research organization based in Washington, D.C., known for its data-driven studies on a broad range of topics, including demographics and immigration. The Center does not take policy positions or advocate for specific policies.

  ### Dr. Jeffrey S. Passel, Senior Demographer, Pew Research Center

  Dr. Passel is widely recognized for his demographic expertise and as one of the nation's premier experts on immigration. He developed demographic methods for estimating the unauthorized immigrant population that are widely used by scholars in many fields. As a senior demographer at the Pew Research Center, he authored and contributed to significant reports on the size and characteristics of the undocumented immigrant population, which are frequently cited in legal and academic discussions. Dr. Passel previously held positions at the Urban Institute and the U.S. Census Bureau. He holds a Ph.D. from Johns Hopkins University.

  Dr. Passel has testified before congressional committees and federal agencies.[4] His research has been cited in high profile cases including *Arizona v. United States (2012)*. Dr. Passel has also provided expert testimony in court cases over the past four decades.[5]

- **Migration Policy Institute (MPI)**
  Founded in 2001, MPI is a nonpartisan research organization based in Washington, D.C., on the study of migration and immigration policy in the United States and globally. The institute conducts in-depth research, produces reports, and provides analysis on a wide range of immigration-related topics, including legal and illegal immigration. The institute employs a team of experienced researchers, demographers, and policy analysts who produce high-quality, rigorous studies.

  ### Dr. Randy Capps, Director of Research for U.S. Programs, Migration Policy Institute

---

[2] *The Fiscal Costs of the President's Executive Actions on Immigration*, Hearing Before the H. Comm. on Oversight & Gov't Reform, 113th Cong. (Mar. 17, 2015).

[3] *Fish v. Kobach*. 309 F.Supp.3d 1048 (2018).

[4] *Issues Facing Hispanics in the Federal Workplace, Meeting of the Equal Employment Opportunities Commission*. (October 23, 2008).

[5] *Cuomo v. Baldrige*, 674 F. Supp. 1089 (1987).

13

Dr. Capps is a prominent researcher and demographer known for his work on immigration and migration policy for the Migration Policy Institute. He has provided research cited in legal proceedings.[6] Dr. Capps holds a Ph.D. from the University of California, Berkeley.

- **Center for Migration Studies (CMS)**
  Founded in 1964 and affiliated with the Catholic Church, CMS is a nonprofit research organization based in New York City that focuses on issues related to immigration. The Center collaborates with academic institutions and researchers, which adds to its credibility. Many of its staff and affiliated researchers are respected scholars in the field of migration studies.

  **Dr. Robert Warren, Senior Visiting Fellow, Center for Migration Studies**
  Dr. Warren served as a demographer for 34 years with the United States Census Bureau and the former Immigration and Naturalization Service (INS). He is now a Senior Visiting Fellow at the Center for Migration Studies of New York.

  Dr. Warren has authored and coauthored numerous reports focusing on the size and characteristics of the undocumented immigrant population in the U.S. His work is often referenced in policy debates and legal proceedings. Dr. Warren's contributions to immigration research have made him a respected authority in the field. He holds a Ph.D. from Columbia University.

- **FWD.us**
  FWD.us is a nonprofit organization founded in 2013 by a group of technology leaders, including Mark Zuckerberg (Meta Platforms and Facebook), Reid Hoffman (LinkedIn), and others, with the aim of advocating policies that benefit the tech industry, including immigration reform that makes it easier for skilled workers to enter and remain in the U.S.

  **Dr. Phillip Connor, Senior Demographer, FWD.us**
  Formerly a researcher at the Pew Research Center, Dr. Connor now serves as Senior Demographer for FWD.us. He holds a Ph.D. from Princeton University and has published peer-reviewed studies on immigration.

---

[6] *Rodriguez v. Finan*, Civil Action No.: 2:15-CV-2317-BHH (2016).

## Appendix C:  United States

We estimate the United States in 2022 saw 255,000 births to unauthorized mothers, of which we estimate 153,000 also had unauthorized fathers. Our calculations are shown in the following tables:

Table 1. Estimated 2014 U.S. Births, by Mother's Nativity

| Mother's Nativity | Births | Percent |
|---|---|---|
| Unauthorized Foreign-born | 297,073 | 7.5% |
| Authorized Foreign-born | 493,509 | 12.4% |
| Native Born | 3,180,564 | 80.1% |
| Total | 3,971,146 | 100% |

Source: Camarota, Ziegler, and Richwine, Center for Immigration Studies (2018)

Table 2. Births to Foreign-Born Mothers in the U.S.

| Year | NCHS Births to Foreign-Born |
|---|---|
| 2014 | 872,256 |
| 2022 | 832,728 |
| Difference | -39,528 |
| Percent Change | -4.5% |

Table 3. Estimates of U.S. Foreign-Born Population

|  | 2012-2016 ACS | 2022 ACS | Change |
|---|---|---|---|
| Foreign-Born Total Population | 42,194,354 | 46,182,177 | 9.5% |

Source: Census Bureau 2012-2016 5-Year ACS dataset and 2022 1-Year ACS dataset

Table 4. Estimates of the U.S. Unauthorized Population

|  | 2014 | 2022 | Change |
|---|---|---|---|
| DHS | 11,460,000 | 10,990,000 | -4.1% |
| Pew | 11,100,000 | 11,000,000 | -0.9% |
| CMS | 10,912,300 | 10,939,004 | 0.2% |
| Average of Change Estimates for 2014-2022 |  |  | -1.6% |

Sources: DHS estimates from Baker and Warren (2024).

Pew estimates from Passel and Krogstad (2024).

CMS estimates from CMS (2022) and Warren (2024).

Table 5. Estimates of U.S.'s Unauthorized Population Compared to Foreign-Born Population

| Source | (A) Unauthorized Share of Foreign-Born, 2014 | (B) Unauthorized Share of Foreign-Born, 2022 | ( C ) Change in Share, 2014 to 2022 (B-A) | (D) Percent Change in Share (C/A) | ( E ) Adjustment for Calculations (1-D) |
|---|---|---|---|---|---|
| DHS | 27.2% | 23.8% | -3.4% | -12.4% | 87.6% |
| Pew | 26.3% | 23.8% | -2.5% | -9.5% | 90.5% |
| CMS | 25.9% | 23.7% | -2.2% | -8.4% | 91.6% |
| Average | 26.4% | 23.8% | -2.7% | -10.1% | 89.9% |

Table 6. Calculating U.S. Births to Unauthorized Mothers in 2022

| Statistic | 2014 Births | Change in Foreign-Born Births, 2014-2022 | Adjustment for Change in Unauthorized Share, 2014-2022 | 2022 Births |
|---|---|---|---|---|
| Estimate | 297,073 | -4.5% | 89.9% | 255,012 |

Table 7. Calculating U.S. Births to Unauthorized Parents in 2022

| NDC estimate of births to unauthorized mothers | Estimated share with unauthorized father | Estimated births with unauthorized mother and father |
|---|---|---|
| 255,012 | 60.0% | 153,007 |

**Table A-1: Composition of U.S. Households with at Least One Unauthorized Member**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| Total Population | 10,990,000 | 10,160,000 | 21,150,000 | 52% |
| Children | 1,454,051 | 5,470,000 | 6,924,051 | 21% |
| Adults | 9,535,949 | 4,690,000 | 14,225,949 | 67.0% |

**Table A-2: Probability Calculation**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| Adults | 9,535,949 | 4,690,000 | 14,225,949 | 67.0% |
| Unauthorized Mothers | 255,000 | 0 | 255,000 | 100% |
| Adults Excluding Mothers | 9,280,949 | 4,690,000 | 13,970,949 | 66.4% |

**Table A-3:  Alternative Estimate of Both Parents being Unauthorized in the U.S.**

| | Unauthorized Population |
|---|---|
| 2022 Births to Unauthorized Mothers | 255,000 |
| Probability of the Father Being Unauthorized | 66.4% |
| 2022 Births with Both Parents Unauthorized | 169,397 |

## Appendix D:  Arizona

We estimate Arizona in 2022 saw 6,000 births to unauthorized mothers, of which we estimate 3,400 also had unauthorized fathers. Our calculations are shown in the following tables:

**Table 1. Estimated 2014 Arizona Births, by Mother's Nativity**

| Mother's Nativity | Births | Percent |
|---|---|---|
| Unauthorized Foreign-born | 9,430 | 10.9% |
| Authorized Foreign-born | 8,233 | 9.5% |
| Native Born | 68,612 | 79.5% |
| **Total** | **86,275** | **100%** |

Source: Camarota, Ziegler, and Richwine, Center for Immigration Studies (2018)

**Table 2. Births to Foreign-Born Mothers in Arizona**

| Year | NCHS Births to Foreign-Born |
|---|---|
| 2014 | 18,909 |
| 2022 | 15,521 |
| Difference | -3,388 |
| Percent Change | **-17.9%** |

**Table 3. Estimate of Arizona's Foreign-Born Total Population**

| | 2012-2016 ACS | 2022 ACS | Change |
|---|---|---|---|
| Foreign-Born Total Population | 901,548 | 962,688 | 6.8% |

Source: Census Bureau 2012-2016 5-Year ACS dataset and 2022 1-Year ACS dataset

**Table 4. Estimates of Arizona's Unauthorized Foreign-Born Total Population**

| | 2014 | 2022 | Change |
|---|---|---|---|
| DHS | 350,000 | 290,000 | -17.1% |
| Pew | 325,000 | 250,000 | -23.1% |
| CMS | 277,000 | 248,976 | -10.1% |
| **Average of Change Estimates for 2014-2022** | | | **-16.8%** |

Sources: DHS estimates from Baker (2017) and Baker and Warren (2024).

Pew estimates from Passel and Krogstad (2024).

CMS estimates from CMS (2022) and Warren (2024).

**Table 5. Estimates of Arizona's Unauthorized Population Compared to Foreign-Born Population**

| Source | (A) Unauthorized Share of Foreign-Born, 2014 | (B) Unauthorized Share of Foreign-Born, 2022 | ( C ) Change in Share, 2014 to 2022 (B-A) | (D) Percent Change in Share (C/A) | ( E ) Adjustment for Calculations (1-D) |
|--------|------|------|------|------|------|
| DHS | 38.8% | 30.1% | -8.7% | -22.4% | 77.6% |
| Pew | 36.0% | 26.0% | -10.1% | -28.0% | 72.0% |
| CMS | 30.7% | 25.9% | -4.9% | -15.8% | 84.2% |
| **Average** | **35.2%** | **27.3%** | **-7.9%** | **-22.1%** | **77.9%** |

**Table 6. Calculating Arizona Births to Unauthorized Mothers in 2022**

| Statistic | 2014 Births | Change in Foreign-Born Births, 2014-2022 | Adjustment for Change in Unauthorized Share, 2014-2022 | 2022 Births |
|-----------|-------------|-------------|-------------|-------------|
| **Estimate** | 9,430 | -17.9% | 77.9% | 6,033 |

**Table 7. Calculating Arizona Births to Unauthorized Parents in 2022**

| NDC estimate of births to unauthorized mothers | Estimated share with unauthorized father | Estimated births with unauthorized mother and father |
|-------------|-------------|-------------|
| 6,033 | 56.5% | 3,410 |

**Table A-1: Composition of Arizona Households with at Least One Unauthorized Member**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| Total Population | 290,000 | 220,000 | 510,000 | 57% |
| Children | 37,215 | 140,000 | 177,215 | 21% |
| Adults | 252,785 | 80,000 | 332,785 | 76.0% |

**Table A-2: Probability Calculation**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| Adults | 252,785 | 80,000 | 332,785 | 76.0% |
| Unauthorized Mothers | 6,000 | 0 | 6,000 | 100% |
| Adults Excluding Mothers | 246,785 | 80,000 | 326,785 | 75.5% |

**Table A-3: Alternative Estimate of Both Parents being Unauthorized in Arizona**

| | Unauthorized Population |
|---|---|
| 2022 Births to Unauthorized Mothers | 6,000 |
| Probability of the Father Being Unauthorized | 75.5% |
| 2022 Births with Both Parents Unauthorized | 4,531 |

## Appendix E:  Illinois

We estimate Arizona in 2022 saw 9,100 births to unauthorized mothers, of which we estimate 5,200 also had unauthorized fathers. Our calculations are shown in the following tables:

**Table 1. Estimated 2014 Illinois Births, by Mother's Nativity**

| Mother's Nativity | Births | Percent |
|---|---|---|
| Unauthorized Foreign-born | 13,774 | 8.8% |
| Authorized Foreign-born | 18,380 | 11.7% |
| Native Born | 124,500 | 79.5% |
| Total | 156,654 | 100% |

Source: Camarota, Ziegler, and Richwine, Center for Immigration Studies (2018)

**Table 2. Births to Foreign-Born Mothers in Illinois**

| Year | NCHS Births to Foreign-Born |
|---|---|
| 2014 | 35,386 |
| 2022 | 27,041 |
| Difference | -8,345 |
| Percent Change | **-23.6%** |

**Table 3. Estimate of Illinois's Foreign-Born Total Population**

| | 2012-2016 ACS | 2022 ACS | Change |
|---|---|---|---|
| Foreign-Born Total Population | 1,791,568 | 1,810,100 | 1.0% |

Source: Census Bureau 2012-2016 5-Year ACS dataset and 2022 1-Year ACS dataset

**Table 4. Estimates of Illinois's Unauthorized Foreign-Born Total Population**

| | 2014 | 2022 | Change |
|---|---|---|---|
| DHS | 530,000 | 420,000 | -20.8% |
| Pew | 450,000 | 400,000 | -11.1% |
| CMS | 454,600 | 429,361 | -5.6% |
| Average of Change Estimates for 2014-2022 | | | **-12.5%** |

Sources: DHS estimates from Baker (2017) and Baker and Warren (2024).

Pew estimates from Passel and Krogstad (2024).

CMS estimates from CMS (2022) and Warren (2024).

**Table 5. Estimates of Illinois's Unauthorized Population Compared to Foreign-Born Population**

| Source | (A) Unauthorized Share of Foreign-Born, 2014 | (B) Unauthorized Share of Foreign-Born, 2022 | ( C ) Change in Share, 2014 to 2022 (B-A) | (D) Percent Change in Share (C/A) | ( E ) Adjustment for Calculations (1-D) |
|---|---|---|---|---|---|
| DHS | 29.6% | 23.2% | -6.4% | -21.6% | 78.4% |
| Pew | 25.1% | 22.1% | -3.0% | -12.0% | 88.0% |
| CMS | 25.4% | 23.7% | -1.7% | -6.5% | 93.5% |
| **Average** | **26.7%** | **23.0%** | **-3.7%** | **-13.4%** | **86.6%** |

**Table 6. Calculating Illinois Births to Unauthorized Mothers in 2022**

| Statistic | 2014 Births | Change in Foreign-Born Births, 2014-2022 | Adjustment for Change in Unauthorized Share, 2014-2022 | 2022 Births |
|---|---|---|---|---|
| Estimate | 13,774 | -23.6% | 86.6% | 9,119 |

**Table 7. Calculating Illinois Births to Unauthorized Parents in 2022**

| NDC estimate of births to unauthorized mothers | Estimated share with unauthorized father | Estimated births with unauthorized mother and father |
|---|---|---|
| 9,119 | 57.1% | 5,211 |

**Table A-1: Composition of Illinois Households with at Least One Unauthorized Member**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| Total Population | 420,000 | 460,000 | 880,000 | 48% |
| Children | 61,139 | 230,000 | 291,139 | 21% |
| Adults | 358,861 | 230,000 | 588,861 | 60.9% |

**Table A-2: Probability Calculation**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| Adults | 358,861 | 230,000 | 588,861 | 60.9% |
| Unauthorized Mothers | 9,100 | 0 | 9,100 | 100% |
| Adults Excluding Mothers | 349,761 | 230,000 | 579,761 | 60.3% |

**Table A-3: Alternative Estimate of Both Parents being Unauthorized in Illinois**

| | Unauthorized Population |
|---|---|
| 2022 Births to Unauthorized Mothers | 9,100 |
| Probability of the Father Being Unauthorized | 60.3% |
| 2022 Births with Both Parents Unauthorized | 5,490 |

23

## Appendix F: Oregon

We estimate Oregon in 2022 saw 2,500 births to unauthorized mothers, of which we estimate 1,500 also had unauthorized fathers. Our calculations are shown in the following tables:

**Table 1. Estimated 2014 Oregon Births, by Mother's Nativity**

| Mother's Nativity | Births | Percent |
|---|---|---|
| Unauthorized Foreign-born | 3,416 | 7.8% |
| Authorized Foreign-born | 4,933 | 11.2% |
| Native Born | 35,677 | 81.0% |
| Total | 44,026 | 100% |

Source: Camarota, Ziegler, and Richwine, Center for Immigration Studies (2018)

**Table 2. Births to Foreign-Born Mothers in Oregon**

| Year | NCHS Births to Foreign-Born |
|---|---|
| 2014 | 8,517 |
| 2022 | 7,140 |
| Difference | -1,377 |
| Percent Change | -16.2% |

**Table 3. Estimate of Oregon's Foreign-Born Total Population**

| | 2012-2016 ACS | 2022 ACS | Change |
|---|---|---|---|
| Foreign-Born Total Population | 390,613 | 420,943 | 7.8% |

Source: Census Bureau 2012-2016 5-Year ACS dataset and 2022 1-Year ACS dataset

**Table 4. Estimates of Oregon's Unauthorized Foreign-Born Total Population**

| | 2014 | 2022 | Change |
|---|---|---|---|
| DHS | NA | NA | NA |
| Pew | 130,000 | 120,000 | -7.7% |
| CMS | 121,200 | 116,395 | -4.0% |
| Average of Change Estimates for 2014-2022 | | | -5.8% |

Sources: DHS estimates from Baker (2017) and Baker and Warren (2024).

Pew estimates from Passel and Krogstad (2024).

CMS estimates from CMS (2022) and Warren (2024).

**Table 5. Estimates of Oregon's Unauthorized Population Compared to Foreign-Born Population**

| Source | (A) Unauthorized Share of Foreign-Born, 2014 | (B) Unauthorized Share of Foreign-Born, 2022 | ( C ) Change in Share, 2014 to 2022 (B-A) | (D) Percent Change in Share (C/A) | ( E ) Adjustment for Calculations (1-D) |
|---|---|---|---|---|---|
| DHS | NA | NA | NA | NA | NA |
| Pew | 33.3% | 28.5% | -4.8% | -14.3% | 85.7% |
| CMS | 31.0% | 27.7% | -3.4% | -10.9% | 89.1% |
| **Average** | **32.2%** | **28.1%** | **-4.1%** | **-12.6%** | **87.4%** |

**Table 6. Calculating Oregon Births to Unauthorized Mothers in 2022**

| Statistic | 2014 Births | Change in Foreign-Born Births, 2014-2022 | Adjustment for Change in Unauthorized Share, 2014-2022 | 2022 Births |
|---|---|---|---|---|
| **Estimate** | 3,416 | -16.2% | 87.4% | 2,502 |

**Table 7. Calculating Oregon Births to Unauthorized Parents in 2022**

| NDC estimate of births to unauthorized mothers | Estimated share with unauthorized father | Estimated births with unauthorized mother and father |
|---|---|---|
| 2,502 | 61.2% | 1,532 |

Note:  data are not available for the alternative calculations of births when both parents are unauthorized.