# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF ILLINOIS; and STATE OF OREGON,<br><br>                    Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; BENJAMINE HUFFMAN, in his official capacity as Acting Secretary of Homeland Security; U.S. SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in her official capacity as Acting Commissioner of the Social Security Administration; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY FINK, in her official capacity as Acting Secretary of Health and Human Services; U.S. DEPARTMENT OF JUSTICE; JAMES MCHENRY, in his official capacity as Acting Attorney General; U.S. DEPARTMENT OF AGRICULTURE; GARY WASHINGTON, in his official capacity as Acting Secretary of Agriculture; and the UNITED STATES OF AMERICA,<br><br>                    Defendants. | NO. 2:25-cv-00127<br><br>DECLARATION OF BRIAN REED |

DECLARATION OF BRIAN REED
CASE NO. 2:25-cv-00127

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

I, Brian Reed, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am the Service Line Administrator of Women's and Children's Services for UW Medicine. In this role, I oversee strategy, planning, and operations for the provision of women's and children's services across the UW Medicine hospitals and clinics in the greater Seattle area. My Responsibilities include overseeing daily operations, engaging in strategic planning, and ensuring financial stewardship of the programs. I hold a bachelor's degree in Recreation Therapy from Eastern Washington University and a master's degree in Health Administration from the University of Washington. I have accumulated over 10 years of experience in Women's health and possesses 15 years of experience in the healthcare industry.

3. UW Medicine operates UW Medical Center, at its Montlake and Northwest campuses, along with Harborview Medical Center, the only Level 1 Trauma Center in Washington, Alaska, Montana, and Idaho. All three of these facilities care for pregnant mothers and newborns. In 2024, UW Medicine helped deliver 4307 babies and served 890 newborns in its neonatal intensive care units (NICU). Doctors employed and trained by UW Medicine also work at Seattle Children's Hospital to provide pediatric care.

4. I understand that the President of the United States has issued an Executive Order directing that individuals born in the United States to two unauthorized non-citizen parents are not to be deemed United States citizens. The federal government's policy of ending birthright citizenship for children born in the United States based on their parent(s)' non-citizen/immigration status will have a variety of impacts on UW Medicine, including an increase in the operational and administrative costs for UW Medicine's hospital sites.

5. When families do not have insurance coverage for their children born or treated at UW Medicine facilities, UW Medicine tries to work with the family to assess whether the child is eligible for publicly funded forms of health insurance, including federally funded

DECLARATION OF BRIAN REED
CASE NO. 2:25-cv-00127

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Medicaid and Children's Health Insurance Program (CHIP), and state-funded programs, including the Children's Health Plan (CHP). The UW admissions team meets with new patients to review their insurance benefits. If the patient has no insurance coverage, then the admissions team contacts UW Medicine's financial counselors. Those financial counselors work with the patients to complete an intake appointment, where the counselors will screen patients for insurance options. And if it appears that the child is eligible for a form of public health insurance coverage, UW Medicine's staff assists the family with submitting applications for this coverage.

6. The current UW Medicine process for screening newborns for health insurance coverage relies on the fact that babies born in a Washington hospital site are citizens and are eligible for federally funded Medicaid and CHIP. Because UW Medicine can no longer rely on newborns being citizens, it will have to build a new pathway in its eligibility screening process to assist the parents of non-citizen newborns in applying for the appropriate public benefits programs. This will also require UW Medicine to revise internal and patient facing materials to account for the loss of birthright citizenship. This work will involve significant staff time and other administrative resources.

7. The disruption to UW Medicine's process for screening newborns for public insurance coverage will most significantly impact the services UW Medicine provides to newborns in the neonatal intensive care unit (NICU). Children in the NICU require around-the-clock care, and many of them are brought to the NICU immediately or shortly after being born in one of UW's hospital sites. Over 95% of admissions to UW Medicine NICUs are from the UWMC High-Risk Perinatal Program, one of the highest risk obstetric services in the nation. In addition, UW Medicine has special expertise in managing the most fragile growth-restricted and premature fetuses and newborns. The change in eligibility for coverage for newborns, and changes in assisting patients in navigating and applying for public coverage, will add additional burdens on UW Medicine staff who are focused on providing top notch care to newborns.

DECLARATION OF BRIAN REED
CASE NO. 2:25-cv-00127

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED and SIGNED this 20th day of January 2025 at Seattle, Washington.

*Brian R Reed*
BRIAN REED

DECLARATION OF BRIAN REED
CASE NO. 2:25-cv-00127

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744