# PATLER DECLARATION

# EXHIBIT A

# CAITLIN PATLER

patler@berkeley.edu
www.caitlinpatler.com
January 2025

## PROFESSIONAL POSITIONS

*University of California-Berkeley*

| | |
|---|---|
| 2023-present | Associate Professor, Goldman School of Public Policy |
| | <u>Faculty Affiliate:</u> Berkeley Interdisciplinary Migration Initiative (BIMI), Berkeley Population Center (BPC), Institute for Research on Labor and Employment (IRLE) |
| | <u>Fellow,</u> Transactional Records Access Clearinghouse (TRAC) (2018-present) |

*University of California-Davis*

| | |
|---|---|
| 2016 – 2023 | Associate Professor, Department of Sociology |
| | <u>Chancellor's Faculty Fellow</u>, 2022-2027 |
| | <u>UC Davis Academic Senate Distinguished Teaching Award</u>, 2021 |
| | <u>Executive Committee Member/Co-founder</u>: UC Davis Global Migration Center |
| | <u>Advisory Committee</u>: Office of Public Scholarship and Engagement, 2019-2023 |
| | <u>Faculty Affiliate</u>: Center for Poverty & Inequality Research; Human Rights Program; Race, Ethnicity, and Immigration Research Cluster; Social Control Research Cluster |
| | <u>Immigration Associate</u>, UC-México Program (2018-2023) |
| | Assistant Professor, Department of Sociology, 2016-2021 |
| 2018 - 2020 | Postdoctoral Fellow, National Academy of Education/Spencer Foundation |

*University of California-Irvine*

| | |
|---|---|
| 2014 - 2016 | UC President's Postdoctoral Fellow, Department of Criminology, Law and Society |
| | <u>Affiliate</u>: Center for Demographic and Social Analysis |

## EDUCATION

| | |
|---|---|
| 2014 | Ph.D. Sociology, UCLA<br>*Dissertation:* "Young and Undocumented: The Impacts of Legal Status on the Incorporation of Immigrant Young Adults" |
| 2009 | M.A. Sociology, UCLA |
| 2003 | B.A. Sociology with College Honors, Magna Cum Laude, Minor in Chicana/Chicano Studies, UCLA |

## PUBLICATIONS (*indicates student/trainee co-author)

**Edited Volumes**

1. **Patler, Caitlin** and Bradford S. Jones. Under Review. "The US Deportation System." *RSF: Russell Sage Foundation Journal of the Social Sciences*

**Peer-Reviewed Journal Articles**

1. Saadi, Altaf, **Caitlin Patler**, and Paola Langer.* In Press. "Duration in immigration detention and health harms." *JAMA Network Open*

2. **Patler, Caitlin**, Altaf Saadi, and Paola Langer.* In Press. "The health-related experiences of detained immigrants with and without mental illness." *Journal of Migration and Health*

3. **Patler, Caitlin** and Paola Langer.* In Press. "Has population mental health returned to pre-pandemic levels, among and between racialized groups and by immigration status?" *Social Science & Medicine-Mental Health.*

4. Langer, Paola,* **Caitlin Patler,** and Erin Hamilton. 2024. "Adverse infant health outcomes increased after the 2016 presidential election among U.S.-born and foreign-born mothers." *Demography.* 61 (4): 1211–1239.

5. Franco, Konrad,* **Caitlin Patler,** and Whitney N. Laster Pirtle. 2024. "COVID-19's Unequal Toll: Differences in Health-Related Quality of Life by Gendered and Racialized Groups." *Journal of Health and Social Behavior.* 65(1): 60-74.

6. **Patler, Caitlin**. 2024. "Blurring the Borders of Reentry: Socioeconomic Reintegration among Noncitizens following Release from Immigration Detention." *Social Problems.* 71(4): 975-995.

7. **Patler, Caitlin** and Gabriela Gonzalez. 2023. "Wellbeing, changes to academic behavior, and resilience among families experiencing parental immigration imprisonment." *American Behavioral Scientist.*

8. Erin Hamilton, **Caitlin Patler**, and Robin Savinar.* 2022. "Immigrant Legal Status Disparities in Health among 1st- and 1.5-Generation Latinx Immigrants in California." *Population Research and Policy Review.* 41: 1241-1260.

9. Franco, Konrad,* **Caitlin Patler**, and Keramet Reiter. 2022. "Punishing Status and the Punishment Status Quo: Solitary Confinement in U.S. Immigration Detention Facilities, 2013-2017." *Punishment & Society.* 24(2):170-195.

10. **Patler, Caitlin,** Shannon Gleeson, and Matthias Schonlau. 2022. "The Impact of Immigrant Legal Status and Human Capital on Legal Knowledge and Claims-Making in Low Wage and Unregulated Labor Markets." *Social Problems.* 69(2): 356-379.

11. Saadi, Altaf, **Caitlin Patler,** and Maria-Elena de Trinidad Young. 2021. "Cumulative Risk of Immigration Prison Conditions on Health Outcomes among Detained Immigrants in California." *Journal of Racial and Ethnic Health Disparities.* 29: 1-15.

12. Hamilton, Erin, **Caitlin Patler**, and Paola Langer.* 2021. "The Life Course Timing of Legalization: Evidence from the DACA Program." *Socius: Sociological Research for a Dynamic World.* 7:1-14.

13. **Patler, Caitlin**, Altaf Saadi, Maria-Elena de Trinidad Young, and Konrad Franco.* 2021. "Release from US Immigration Detention May Improve Physical and Psychological Stress and Health: Results from a Two-Wave Panel Study in California." *Social Science & Medicine-Mental Health.* 1: 1-11.

14. **Patler, Caitlin** and Altaf Saadi. 2021. "Risk of Poor Outcomes with COVID-19 Among Detained Immigrants: A Cross-sectional Study." *Journal of Immigrant and Minority Health*. 23(4): 863-866.

15. **Patler, Caitlin,** Jo Haile, and Erin Hamilton. 2021. "Paths to Mobility: A Longitudinal Evaluation of Earnings among Latina/o DACA Recipients in California." *American Behavioral Scientist*. 65(9): 1146-1164.

16. Hamilton, Erin, Paola Langer*, and **Caitlin Patler**. 2021. "DACA's Association with Birth Outcomes among Mexican-Origin Mothers in the United States." *Demography*. 58(3): 975-985.
    - Included in curated selection of *Demography* articles on immigration.

17. Gonzalez, Gabriela* and **Caitlin Patler**. 2021. "The Educational Consequences of Parental Immigration Detention." *Sociological Perspectives*. 64(2): 301-320.

18. **Patler, Caitlin,** Erin Hamilton, and Robin Savinar.* 2021. "The Limits of Gaining Rights while Remaining Marginalized: The Deferred Action for Childhood Arrivals (DACA) Program and the Psychological Wellbeing of Latina/o Undocumented Youth." *Social Forces*. 100(1): 246-272

19. Hamilton, Erin, **Caitlin Patler**, and Robin Savinar.* 2021. "DACA's Mixed Impacts on Education and Employment among Young Adult Immigrants in California." *Social Problems*. 68(3): 675-695.

20. **Patler, Caitlin** and Gabriela Gonzalez.* 2021. "Compounded Vulnerability: The Consequences of Immigration Detention for Institutional Attachment and System Avoidance in Mixed-Immigration Status Families." *Social Problems*. 68(4): 886-902.

21. Saadi, Altaf, Maria Elena De Trinidad Young, **Caitlin Patler**, Jeremias L Estrada, and Homer Venters. 2020. "Understanding U.S. Immigration Detention: Reaffirming Rights and Addressing Social-Structural Determinants of Health." *Health and Human Rights Journal*. 22(1): 187-198.

22. **Patler, Caitlin**, Erin Hamilton, Kelsey Meagher,* and Robin Savinar.* 2019. "Uncertainty about DACA May Undermine its Positive Impact on Health for Recipients and their Children." *Health Affairs*. 38(5): 738-745.

23. Hamilton, Erin, **Caitlin Patler**, and Jo Haile. 2019. "Growing up without Status: The Integration of Unauthorized Children and Children of Unauthorized Parents." *Sociology Compass*. 13(6): 1-14.

24. **Patler, Caitlin**, Jeffrey O. Sacha, and Nicholas Branic.* 2019. "The Black Box within a Black Box: Solitary Confinement Practices in a Subset of U.S. Immigrant Detention Facilities." *Journal of Population Research*. 35(4): 435-465.

25. **Patler, Caitlin**. 2018. "Undocumented Disadvantage, Citizen Advantage, or Both? The Comparative Educational Outcomes of Second and 1.5-Generation Latino Young Adults." *International Migration Review*. 52(4):1080-1110.

26. **Patler, Caitlin**. 2018. "To Reveal or Conceal: How Diverse Undocumented Youth Navigate Legal Status Disclosure." *Sociological Perspectives*. 61(6): 857-873.

27. **Patler, Caitlin**. 2018. "Citizens but for Papers: Undocumented Youth Organizations, Anti-Deportation Campaigns, and the Reframing of Citizenship." *Social Problems* 65 (1): 96–115.
    - Selected for inclusion in *Social Problems* 2019 curated issue on immigrants' incorporation

28. **Patler, Caitlin** and Whitney N. Laster Pirtle. 2018. "From Undocumented to Lawfully Present: Do Changes to Legal Status Impact Psychological Wellbeing Among Latino Immigrant Young Adults?" *Social Science & Medicine*. 199(1):39-48.

29. **Patler, Caitlin** and Nicholas Branic.* 2017. "Patterns of Family Visitation during Immigration Detention." *RSF: Russell Sage Foundation Journal of the Social Sciences* 3(4):18-36.

30. **Patler, Caitlin** and Tanya Golash-Boza. 2017. "The Fiscal and Human Costs of Immigration Detention and Deportation in the United States." *Sociology Compass*. 11(11):1-9.

31. **Patler, Caitlin** and Roberto G. Gonzales. 2015. "Framing Citizenship: Media Coverage of Anti-Deportation Cases Led by Undocumented Immigrant Youth Organizations." *Journal of Ethnic and Migration Studies* 41(9):1453-1474.

**Peer-Reviewed Book Chapters, Commentaries, & Book Reviews**

32. **Patler, Caitlin**, Gabriela Gonzalez, Monica Cardenas Guzman,* and Guillermo Paez Gallardo.* 2024. "If I talk about it, I start crying: Children's Responses to Parental Imprisonment in US Immigration Prisons." In *Immigration Detention and Social Harm*, edited by Michelle Peterie. Routledge.

33. Diaz, Chanelle, Altaf Saadi, Joseph Nwadiuko, and **Caitlin Patler.** 2023. "Beyond Inevitable: Advancing research to address the multilevel health impacts of structural racism in the US immigration prison system." *Health Affairs*. 42(10): 1448-1455

34. **Patler, Caitlin**, Altaf Saadi and Ahilan Arulanantham. 2023. "Looking Back: Decarcerating Immigration Prisons as a Tool for Improved Health." *American Journal of Public Health.* 113(7): 732–735

35. **Patler, Caitlin**, Kristina Shull, and Katie Dingeman. 2019. "Detention and Deportation." in *The Routledge International Handbook of Migration Studies, Second Edition.*, edited by S. J. Gold and S. J. Nawyn. London and New York: Routledge.

36. **Patler, Caitlin**. 2016. "Everyday Illegal: When Policies Undermine Immigrant Families." *Contemporary Sociology: A Journal of Reviews.* 45: 597-599. (Book Review).

37. **Patler, Caitlin**. 2014. "Racialized Illegality: The Convergence of Race and Legal Status among Black, Latino and Asian-American Undocumented Young Adults." In Carty, Victoria, Rafael Luévano and Tekle Woldemikael, Eds. *Scholars and Southern Californian Immigrants in Dialogue: New Conversations in Public Sociology.* Lexington Press.

38. **Patler, Caitlin C**. 2010. "Alliance-Building and Organizing for Immigrant Rights: The Case of the Coalition for Humane Immigrant Rights of Los Angeles," in Milkman, Ruth et al. (editors), *Low-Wage Worker Organizing and Advocacy: The L.A. Model.* Ithaca, Cornell University Press.

**Research Reports, Policy Briefs, Op-Eds, and Other Publications**

1. **Patler, Caitlin.** 2024. "Immigration Policy." *Berkeley Public Policy Journal.* Spring/Summer 2024.

2. **Patler, Caitlin,** Altaf Saadi, Maria-Elena de Trinidad Young, Konrad Franco.* 2023. "Release from Detention Reduces Stress and Improves Health Among Detained Immigrants." UC Davis Center for Poverty and Inequality Research 11(7).

3. Hamilton, Erin, Paola Langer,* and **Caitlin Patler**. 2021. "DACA Associated with Improved Birth Outcomes Among Mexican-Immigrant Mothers." UC Davis Center for Poverty and Inequality Research 10(3).

4. **Patler, Caitlin**, Jackie Gonzalez, and Hamid Yazdan-Panah. 2021. Immigrant Detention and COVID-19: A Tragic Call to Action for Federal and State Officials. Harvard Immigration Initiative Policy Brief 7.

5. Franco, Konrad,* **Caitlin Patler,** and Keramet Reiter. 2020. Solitary Confinement in U.S. Immigration Prisons, 2013-2017. UC Davis Global Migration Center.
   - Reprinted in *Border Criminologies* blog by Oxford University Faculty of Law

6. Hamilton, Erin, **Caitlin Patler,** and Robin Savinar.* 2020. "DACA Enables Mobility, but its Uncertain Future Undermines Benefits for Recipients." UC Davis Center for Poverty and Inequality Research 9(2).

7. **Patler, Caitlin** and Erin Hamilton. 2020 (June 18). "Supreme Court decision is welcome news for DACA recipients but program remains vulnerable." Opinion-Editorial, *CalMatters.*

8. **Patler, Caitlin,** Altaf Saadi, and Hamid Yazdan-Panah. 2020. "Immigrant detention, COVID-19, and opportunities for action." Co-published by UC Davis Global Migration Center, Physicians for Human Rights, and Immigrant Defense Advocates.
   - Spanish language version published by El Observatorio de Legislación y Política Migratoria at the Colegio de la Frontera Norte, "Centros de detención de inmigrantes y COVID-19. Lecciones desde Estados Unidos y oportunidades para la acción" (with Altaf Saadi, Hamid Yazdan-Panah, and Ariadna Quiñares Navarette).

9. Hibel, Leah and **Caitlin Patler**. 2019 (August 27). "What will Indefinite Detention Do to Migrant Kids? The Evidence is Clear: No Detention Center is Safe and Healthy for Children." Opinion-Editorial, *The New York Times.*

10. **Patler, Caitlin**, Erin Hamilton, and Robin Savinar*. 2018. "DACA Uncertainty May Undermine its Positive Impact on Psychological Wellbeing." UC Davis Center for Poverty Research.

11. **Patler, Caitlin**. 2018. "The Impact of Deferred Action for Childhood Arrivals (DACA) on the Psychological Wellbeing of Young Immigrants." Scholars Strategy Network.

12. **Patler, Caitlin** and Jorge Cabrera. 2015. "From Undocumented to *DACAmented*: Benefits and Limitations of the Deferred Action for Childhood Arrivals (DACA) Program, Three Years Following its Announcement." UCLA Institute for Research on Labor and Employment.

13. **Patler, Caitlin**. 2015. "The Economic Impacts of Long-Term Immigration Detention in Southern California." UCLA Institute for Research on Labor and Employment.

14. Terriquez, Veronica, Uriel Rivera, and **Caitlin Patler**. 2013. "Leaders on Campus and in the Community: The Civic and Educational Pathways of California Dream Network Members." University of Southern California Center for the Study of Immigrant Integration.

15. Terriquez, Veronica, John Rogers, Alejandra Johnson-Vargas, and **Caitlin Patler**. 2013. "Powerful Learning: The Impact of CHIRLA's Wise Up! On Members' Educational and Civic Pathways." University of Southern California Center for the Study of Immigrant Integration and UCLA Institute for Democracy, Education, and Access.

16. Terriquez, Veronica and **Caitlin Patler**. 2012. "Aspiring Americans: Undocumented Youth Leaders in California." University of Southern California Center for the Study of Immigrant Integration.

17. **Patler, Caitlin** and Lauren D. Appelbaum. 2011. "Reaching the Dream: The Federal DREAM Act, the California Dream Act and Undocumented Student Activism." UCLA Institute for Research on Labor and Employment Research & Policy Brief No. 10.

## GRANTS, FELLOWSHIPS & AWARDS (Since PhD)

**Grants**

| | |
|---|---|
| 2024-2026 | Peder Sather Center for Advanced Study, UC Berkeley, "Exploring Undocumented Immigrants' Experiences Across National Contexts," Co-Principal Investigator (PI, Co-PI Synnove Bendixsen) |
| 2024-2025 | Institute for Research on Labor and Employment, UC Berkeley, "Sanctuary Immigration Policies and infant health," PI |
| 2021-2025 | National Science Foundation, "Depopulating Holding Centers during the COVID-19 Pandemic," PI (Co-PI: Altaf Saadi) |
| 2021-2023 | Russell Sage Foundation, "Reuniting Families: Understanding the impact of immigration prison decarceration due to the COVID-19 pandemic on detained immigrants and their families," PI (Co-PI: Altaf Saadi) |
| 2021-2023 | French American Cultural Exchange Thomas Jefferson Fund, "Immigrant Legal Status and Integration Across Four National Contexts," PI (Co-PI: Marie Mallet Garcia) |
| 2020-2022 | UC Davis Office of Research, "UC Davis Global Migration Center: Research, Policy and Action on Vulnerable, New, and Temporary Migrants," Co-PI (PI: Giovanni Peri, Co-PIs: Leticia Saucedo, Robert Irwin, Robyn Rodriguez) |
| 2019-2020 | Hellman Foundation, "The DACA Longitudinal Study (DLS)," PI |
| 2019-2020 | UC Davis Academic Senate Faculty Research Grant, "How Does Uncertainty about DACA Impact Participants? Evidence from the DACA Longitudinal Study," PI (Co-PI: Erin Hamilton) |
| 2018-2021 | National Science Foundation, "Effects of a Precarious Future on Youth Health and Wellbeing," PI (Co-PI: Erin Hamilton) |
| 2018-2019 | University of California-Mexico Initiative, "Debunking the Deportation Myths: The Economic, Social and Human costs of Detaining and Deporting Undocumented Immigrants," Co-PI (Co-PIs: Robert Irwin, Giovanni Peri, Leticia Saucedo) |
| 2018-2019 | Sociological Initiatives Foundation, "Deferred Action for Childhood Arrivals (DACA) Study: Wave Two," PI (community partner: Dream Team Los Angeles) |
| 2018-2019 | UC Davis Center for Regional Change Faculty Research Award, "Evaluating the Impacts of the Tenure and Termination of the Deferred Action for Childhood Arrivals Program on Immigrant Young Adults in California, 2012-2020," PI (Co-PI Erin Hamilton) |
| 2018-2019 | UC Davis Institute for Social Sciences Junior Faculty Research Grant, "From Undocumented to Lawfully Present: Do Changes to Legal Status under DACA Impact Immigrant Youth?" PI |
| 2017-2018 | UC Davis Academic Senate Faculty Research Grant, "The Impact of the Deferred Action for Childhood Arrivals (DACA) Program on the Wellbeing of Undocumented Californians," Co-PI (PI: Erin Hamilton) |
| 2016-2018 | The Russell Sage Foundation, "The Impacts of Long-Term Immigration Detention on Individuals, Households and Communities," PI |

| 2016 | Fund for the Advancement of the Discipline, supported by American Sociological Association and the National Science Foundation, "Collateral Consequences of Immigration Detention: The Impacts of Long-Term Parental Detention on Children and Households," PI |
|---|---|
| 2014-2016 | Sociological Initiatives Foundation Action Research Project Grant, "Assessing the Educational and Economic Trajectories, Civic Engagement, and Health Status of Deferred Action for Childhood Arrivals (DACA) Program Applicants," PI (community partner: Dream Team Los Angeles) |
| 2015 | UCLA Institute for Research on Labor and Employment Research Grant, "Collateral Consequences of Immigration Detention: The Impacts of Long-Term Parental Detention on Children and Households," PI |
| 2014 | UCLA Institute for Research on Labor and Employment Research Grants, PI |

**Fellowships**

| 2018-2019 | National Academy of Education (NAEd)/Spencer Foundation Post-Doctoral Fellowship, "From Undocumented to Lawfully Present: Do Changes to Legal Status under DACA Impact Educational Inequality among Latino Immigrant Youth?" |
|---|---|
| 2014-2016 | UC President's Postdoctoral Fellowship |

**Awards**

| 2022 | **UC Davis Chancellor's Fellow.** "Honors the achievements of outstanding faculty members early in their careers." |
|---|---|
| 2021 | **American Sociological Association Section on Mental Health Best Publication Award** (for Patler, Caitlin, Erin Hamilton, and Robin Savinar. 2021. "The Limits of Gaining Rights while Remaining Marginalized: The Deferred Action for Childhood Arrivals (DACA) Program and the Psychological Wellbeing of Latina/o Undocumented Youth." *Social Forces*. 100(1): 246-272) |
| 2021 | **UC Davis Distinguished Undergraduate Teaching Award**. "Presented to outstanding instructors who have greatly impacted their students." |
| 2019 | **Pacific Sociological Association Distinguished Contribution to Sociological Perspectives Award** (for Patler, Caitlin. 2018."To Reveal or Conceal: How Diverse Undocumented Youth Navigate Legal Status Disclosure." *Sociological Perspectives*. 61(6) 857-873). From the award letter: "[the article] stood out for the smart, timely, and important questions posed, robust data, and overall excellent sociological analysis." |
| 2018 | **American Sociological Association Latina/o Sociology Section Distinguished Contribution to Research Article Award** (for "Patler, Caitlin and Whitney L. Pirtle. "From Undocumented to Lawfully Present: Do Changes to Legal Status Impact Psychological Wellbeing Among Latino Immigrant Young Adults?" *Social Science & Medicine*. 199(1):39-48. |
| 2017 | **UC Davis Diversity & Inclusion Initiative Award** for: "Building Bridges and Brave Spaces: Towards Documenting and Integrating Undocumented Voices at UC Davis" |

| | |
|---|---|
| 2015 | **UC Irvine ADVANCE Program for Equity and Diversity** Career Development Award |
| 2015 | Early Career Workshop Award, Law and Society Association |
| 2014 | American Sociological Association Spivack Program in Applied Social Research and Social Policy Community Action Research Award |

## COURSES TAUGHT

*UC Berkeley*
Public Policy 205: Capstone
Public Policy 290: US Immigration Policy

*UC Davis*
SOC 4: Immigration and Opportunity
SOC 4H: Immigration and Opportunity with College Honors
SOC 103: Evaluation Research Methods
SOC 195: Crimmigration
SOC 295: International Migration

## ADDITIONAL TRAINING

| | |
|---|---|
| 2024 | Difference-in-Differences, Arnold Ventures |
| 2019 | Treatment Effects Analysis, Statistical Horizons |
| 2019 | Longitudinal Data Analysis, Statistical Horizons |
| 2017 | OpEd Project "Write to Change the World" |
| 2017 | Multi-Level Models, StataCorp |
| 2011 | Qualitative Data Analysis with Dedoose |
| 2009 | Immigration Law, UCLA School of Law |
| 2008 | Immigrants' Rights Law, UCLA School of Law |

## INVITED LECTURES & KEYNOTES (Since PhD)

"Immigration Detention and Later Life Health Disparities." National Academies of Sciences, Engineering, and Medicine Committee on Population (CPOP) Seminar on Criminal Justice Involvement and Later Life Health Disparities, March 2024

"Government Data in Migration Research: Advantages, Pitfalls, and Examples," UCLA Center for the Study of International Migration, May 2022

"Immigration Status and Psychological Well-Being: Evidence from the DACA Program," Keynote speaker, Ackerman Lecture Series on Equality and Justice, Marxe School of Public and International Affairs, Baruch College, CUNY, November 2019.

"Immigration Detention and its Consequences for Individuals, Families, and Communities," The Conversation, Davis, CA. January 2019.

"Immigration Status and Psychological Wellbeing: A Representative Study of the DACA Program in California, 2012-2016." Columbia University. February 2018; University of California Davis Mental Health Initiative. May 2019.

"Citizens but for Papers:" Undocumented Youth Organizations, Anti-Deportation Campaigns & The Reframing of Citizenship, American River Community College Department of Sociology. December 2020, May 2019, December 2018, May 2018.

"Legal Apartheid?: A Dialogue about Life under Mass Incarceration and Mass Deportation," American Sociological Association Annual Conference Special Session, Philadelphia, PA. August 2018.

"Blurring the Borders of Stigma: Socioeconomic Reintegration among Noncitizens following Imprisonment," UC Davis Hemispheric Institute on the Americas. Davis, CA. February 2018.

"DACA and Psychological Wellbeing," University of California Sacramento Center, Sacramento, CA. February 2018.

"How to Write a Successful Fund for the Advancement of the Discipline Proposal," Invited panelist, American Sociological Association Annual Conference, Montreal, Canada. 2017.

"Immigrant Rights Activism Going Forward," UC Berkeley. 2017.

"Qualitative Research Methods: In-Depth Interviewing in Hard-to-Reach Populations," UC Davis Sociology, 2016.

"Released but not Free: Socioeconomic Reintegration Following Long-Term Detention," UC Davis Migration Research Cluster, 2016.

"Bonding Out: Judicial Decision-Making in Immigration Bond Hearings," UC Merced, 2015.

"The Role of Empirical Work in Legal Analysis and Policy Advocacy," UCLA School of Law, 2015.

"Immigration Detention and Re-Entry in Southern California," UC Irvine, 2015.

"'Citizens but for Papers': Anti-Deportation Campaigns and the Reframing of Citizenship by Pro-Immigrant Organizations and the Media," UCLA Institute for Research on Labor and Employment, 2015.

"Bonding Out: Judicial Decision-Making in Immigrant Bond Hearings," Center for Demographic and Social Analysis, UC Irvine, 2015.

"Research Methods in Hard-to-Reach Populations: Planning, Implementing, and Analyzing Qualitative and Quantitative Research." University of Southern California. 2010, 2013, 2014

## SELECTED CONFERENCES, PRESENTATIONS & ORGANIZED PANELS (Since PhD)

"Immigration and the Criminal Legal System." Population Association of America Annual Meeting. 2023 (Organized panel).

"Immigrant apprehension, surveillance, and deportation." American Sociological Association Annual Meeting. 2024 (Organized regular session).

"Marriage and family formation in immigrant communities." American Sociological Association Annual Meeting. 2024 (Organized regular session).

"Undocumented immigration status and family inequality." American Sociological Association Annual Meeting. 2024 (Organized regular session).

"The U.S. 2016 Election & Racialized Health Outcomes for Infants Born to US-born & Immigrant Mothers." Population Association of America Annual Meeting. 2022 (with Paola Langer* and Erin Hamilton)

"ICE Apprehensions in the U.S. Interior, 2014-2018." Population Association of America Annual Meeting. 2021 (with Konrad Franco*)

"Compounded Vulnerability: The Consequences of Immigration Detention for Institutional Attachment and System Avoidance in Mixed-Immigration-Status Families." La Migración Actual en América del Norte: Detención, Deportación, Retorno. Mexico City, Mexico. 2019 (with Gabriela Gonzalez*)

"DACA's Mixed Impacts on Education and Employment among Young Adult Immigrants in California" American Sociological Association. New York, NY. 2019 (with Erin Hamilton and Robin Savinar*)

"Uncertainty about DACA May Undermine its Positive Impact on Health for Recipients and their Children" American Sociological Association. New York, NY. 2019 (with Erin Hamilton and Robin Savinar*)

"Immigration Detention and Families." Debunking Deportation Myths Conference. Davis, CA. 2019.

"Solitary Confinement Practices in a Subset of U.S. Immigrant Detention Facilities." American Sociological Association. Philadelphia, PA. 2018 (with Jeffrey Sacha and Nicholas Branic*).

"Degrees of Inequality: The Diminished Returns to Human Capital for Workers with a Criminal Record." Population Association of America. Denver, CO. 2018 (with Angela Carter*).

"Solitary Confinement Practices in a Subset of U.S. Immigrant Detention Facilities." Southern Sociological Association Meeting. New Orleans, LA. 2018 (with Jeffrey Sacha and Nicholas Branic*).

"The Impact of Immigrant Legal Status and Human Capital Accumulation on Legal Knowledge and Claims-Making in Low Wage and Unregulated Labor Markets." American Sociological Association Conference. Montreal, Canada. 2017 (with Shannon Gleeson and Matthias Schonlau).

"The Socioeconomic Reintegration of Noncitizens following Incarceration and Detention." UC Annual International Migration Conference. Berkeley, CA. 2017.

"The Impacts of Long-Term Immigration Detention on Socioeconomic Reintegration." UC Davis Social Control Cluster. 2017.

"Assessing the Educational and Economic Trajectories, Civic Engagement, and Health Status of Deferred Action for Childhood Arrivals (DACA) Program Applicants." American Sociological Association Conference. Seattle, WA. 2016.

"Legal Status and Patterns of Family Visitation During Immigration Detention," American Sociological Association Conference. Seattle, WA. 2016.

"Legal Status and Patterns of Family Visitation During Immigration Detention," Russell Sage Foundation, New York NY. 2015.

"Undocumented Disadvantage, Citizen Advantage, or Both? Comparative Educational Outcomes of Second and 1.5-Generation Latino Young Adults." American Sociological Association Conference. Chicago, IL. 2015.

"Released But Not Free: The Impacts of Immigration Detention and Reentry on Employment, Housing, and Family Relationships," Law and Society Association Conference. Seattle, WA. 2015.

"Released But Not Free: The Impacts of Immigration Detention on Employment and Reentry," Blurring the

Border: Deporting Denizens in the 21st Century Conference. Merced, CA. 2015.

"Cross-National Perspectives on Immigration Detention and Deprivation of Liberty," International Borders of Crimmigration Conference, Leiden, Netherlands. 2014

## PROFESSIONAL AFFILIATIONS & SERVICE

**Editorial Board Member,** *Social Problems* (August 2021-June 2027)

**Reviewer, Journals and Books:** *AIMS Public Health, American Behavioral Scientist, American Journal of Sociology, American Sociological Review, Contemporary Ethnography, Contemporary Sociology, Demography, Ethnic and Racial Studies, Health Affairs, International Migration Review, Journal of Ethnic and Migration Studies, Journal of Health and Social Behavior, Journal of Immigrant and Minority Health, Journal of Marriage and Family, Law & Policy, Routledge, Rowman & Littlefield, Social Problems, Social Forces, Social Science & Medicine, Society and Mental Health, Sociology Compass, Sociology of Education, Sociology of Race and Ethnicity, Socius: Sociological Research for a Dynamic World*

**Reviewer, Research Grants:** National Science Foundation, Russell Sage Foundation (Presidential Grants, Research Grants, Pipeline Grants, Visiting Scholars), William T. Grant Foundation

**Mentorship Programs**
- Robert Wood Johnson Foundation Health Policy Research Scholars, Home campus mentor (2021-present)
- Robert Wood Johnson Foundation Health Policy Research Scholars, Career Coach (2018-present)
- Hispanic Serving Institutions (HSI) Pathways Faculty Mentor (2019-2021)
- Russell Sag Foundation Doctoral Research Grant mentor (2024-present)

**Professional Memberships and Affiliations**
- American Sociological Association
  - Latina/o Sociology Distinguished Contribution to Research Article Award Committee, 2018-2019
  - Spivack Program in Applied Social Research, Advisory Panel Member, 2015-2018
  - Section on Inequality, Poverty and Mobility: Sessions Organizer, 2018; Graduate Student Mentorship Program participant, 2018; Membership Committee Chair, 2014-2016
  - Section on Sociology of Law, Undergraduate Research Paper Award Committee, 2013
  - Section on International Migration, Roundtable Presider, 2013
- Crimmigration International Net of Studies (CINETS), Affiliate
- Law and Society Association, Member
- Population Association of America, Member
- University of California Criminal Justice and Health Consortium, Member (2015-2016)
- University of California Consortium on Law and Social Sciences, Member (2015-2016)

## SELECTED MEDIA COVERAGE

- Interviewed for *the Daily Californian,* "City Council to consider reaffirming Berkeley sanctuary city due to deportation threats." Jan 2025.

- Interviewed for *Berkeley News, "*Trump may be planning a sharp, extended conflict with California, experts say." Jan 2025.

- Interviewed for *San Jose Mercury News,* "Bay Area immigrants react to Trump's plan for mass deportation." December 2024.

- Interviewed for *Gazetteer San Francisco,* "With Trump's reign looming, fusion centers pose risk to sanctuary city policies." December 2024

- Interviewed for *the Daily Californian,* "UC Berkeley issues advisory to international students ahead of Trump inauguration." December 2024.

- Interviewed for *the Daily Californian,* "'Scary to face:' International students encounter uncertainty under a Trump presidency." November 2024.

- Interviewed for *Texas Observer,* "How mass deportations would 'devastate' Texas." October 2024.

- Interviewed for *Mother Jones,* "What happens to a dream deferred? The fate of Dreamers, once at the center of the immigration debate, has become nighmtmare." June 2024.

- Interviewed for *KQED,* "Practice of Solitary Confinement Still an Issue in California" (radio), August 2022.

- Interviewed for Im/Migrant Lives Podcast, "Impact of detention and electronic monitoring on immigrant children's wellbeing," S01/E02, November 2023.

- Interviewed for *KQED* "ICE Overusing Solitary Confinement in California, Lawmakers Worry" (print), August 2022.

- Interviewed for *Sacramento Bee,* "How Joe Biden's immigration plan works, and what it would mean for California." January 2021.

- Research on solitary confinement in immigrant detention facilities featured by *KQED*, "<u>ICE Misusing Solitary Confinement for COVID-19 Quarantine, Detainees Say,</u>" October 2020.

- Interviewed for NBC Affiliate KCRA, "California leaders react to SCOTUS DACA ruling." June 2020.

- Research featured by *International Consortium of Investigative Journalists*, "U.S. isolates detained immigrants from majority-black countries at high rate, study finds," April 2020.

- Interviewed for *Dallas Morning News,* "Did Trump's big talk, action on DACA affect the health of DACA beneficiaries," May 2019.

- Interviewed by *the Globe Post* about immigration and crime, November 2018

- Interviewed by *the California Aggie,* "Reality of ICE detention facilities subject of UC Davis professor's paper," November 2018

- Interviewed about immigration detention and immigration court by Snopes.com, August 2018

- Interviewed for Public Radio International (PRI), "DACA recipients saw their mental health improve. Now, advocates fear its end will have the opposite effect," November 2017

- DACA research cited in *The Atlantic* article, "From 'Dream Jobs' to Bussing Tables Again: The end of DACA would mean the end of economic mobility for hundreds of thousands of people," September 2017

- DACA research cited in *CNN* article, "The American nightmare Dreamers fear," September 2017

- DACA research cited in *Vox.com* article, "9 Facts that explain DACA," September 2017

- Interviewed for *Highly Relevant* podcast with Jack Rico about the rescinding of the DACA program, September 2017

- Interviewed for KFBK news radio about the rescinding of the DACA program, September 2017

- Research on DACA's impacts on psychological wellbeing featured on Valley Public Radio, NPR Central California, July 2017

- Research on DACA's impacts on psychological wellbeing featured by University of California News, "Immigration status has health implications for young Latinos, study shows," July 2017

- Research on DACA's impacts on psychological wellbeing featured by *Daily Democrat*, "Immigration status has health effects on young Latinos," June 2017

- Guest Post, "From Undocumented to DACAmented: Can Changes to Legal Status Impact Psychological Wellbeing? American Sociological Association Section on Inequality, Poverty, and Mobility. (with Whitney N. Laster Pirtle), June 2017

- Guest Blog Post, "From Undocumented to DACAmented: Can Changes to Legal Status Impact Psychological Wellbeing?" ImmigrationProf Blog, A Member of the Law Professors Blog Network. (with Whitney N. Laster Pirtle), June 2017

- Guest Blog Post, "From Undocumented to DACAmented: Can Changes to Legal Status Impact Psychological Wellbeing?" Youth Circulations Blog. (with Whitney N. Laster Pirtle), June 2017

- Research featured by the American Sociological Association, "Private Detention of Immigrants Deters Family Visits, Study Finds," August 2016

- Interviewed for: Kandil, Caitlin Yoshiko. "Jails Serve Inmates and Immigrants." *Los Angeles Times,* July 29, 2016

- Interviewed for: Change, Momo. "Oakland Man Facing Deportation for Nonviolent Drug Crime." *East Bay Express,* August 11, 2015