# PATLER DECLARATION

# EXHIBIT B

# References Cited

Abrego, Leisy. 2008. "Legitimacy, Social Identity, and the Mobilization of Law: The Effects of Assembly Bill 540 on Undocumented Students in California." *Law and Social Inquiry* 33(3):709–34.

Abrego, Leisy J. 2006. "I Can't Go to College Because I Don't Have Papers: Incorporation Patterns Of Latino Undocumented Youth." *Latino Studies* 4(3):212–31.

Amuedo-Dorantes, Catalina, and Chad Sparber. 2014. "In-State Tuition for Undocumented Immigrants and Its Impact on College Enrollment, Tuition Costs, Student Financial Aid, and Indebtedness." *Regional Science and Urban Economics* 49:11–24. doi: 10.1016/j.regsciurbeco.2014.07.010.

Asad, Asad, and Mathew Clair. 2018. "Racialized Legal Status as a Social Determinant of Health." *Social Science & Medicine* 199(1):19–28.

Bacong, Adrian M., and Cecilia Menjívar. 2021. "Recasting the Immigrant Health Paradox Through Intersections of Legal Status and Race." *Journal of Immigrant and Minority Health* 23:1092–1104. doi: https://doi.org/10.1007/s10903-021-01162-2.

Bazo Vienrich, Alessandra, and Rosalie A. Torres Stone. 2022. "The Educational Trajectories of Latinx Undocumented Students: Illegality and Threats to Emotional Well-Being." *Socius* 8:1–13. doi: 10.1177/23780231221135966.

Brabeck, Kalina and Qingwen Xu. 2010. "The Impact of Detention and Deportation on Latino Immigrant Children and Families: A Quantitative Exploration." *Hispanic Journal of Behavioral Sciences* 32(3):241–361. doi: 10.1177/0739986310374053.

Cabral, Jacqueline, and Adolfo G. Cuevas. 2020. "Health Inequities Among Latinos/Hispanics: Documentation Status as a Determinant of Health." *Journal of Racial and Ethnic Health Disparities* 7(5):874–79. doi: 10.1007/s40615-020-00710-0.

Castañeda, Heide, Seth M. Holmes, Daniel S. Madrigal, Maria-Elena DeTrinidad Young, Naomi Beyeler, and James Quesada. 2015. "Immigration as a Social Determinant of Health." *Annual Review of Public Health* 36:375–92. doi: 10.1146/annurev-publhealth-032013-182419.

Cha, Biblia S., Laura E. Enriquez, and Annie Ro. 2019. "Beyond Access: Psychosocial Barriers to Undocumented Students' Use of Mental Health Services." *Social Science & Medicine* 233:193–200. doi: 10.1016/j.socscimed.2019.06.003.

Cortes, Kalena E. 2013. "Achieving the DREAM: The Effect of IRCA on Immigrant Youth Postsecondary Educational Access." *The American Economic Review* 103(3):428–32.

Gonzales, Roberto G. 2011. "Learning to Be Illegal: Undocumented Youth and Shifting Legal Contexts in the Transition to Adulthood." *American Sociological Review* 76(4):602–19.

Gonzales, Roberto G. 2016. *Lives in Limbo: Undocumented and Coming of Age in America*. Oakland: University of California Press.

Gonzales, Roberto G., and Leo R. Chavez. 2012. "Awakening to a Nightmare: Abjectivity and Illegality in the Lives of Undocumented 1.5-Generation Latino Immigrants in the United States." *Current Anthropology* 53(3):255–81.

Gonzales, Roberto G., Carola Suárez-Orozco, and Maria Cecilia Dedios-Sanguineti. 2013. "No Place to Belong: Contextualizing Concepts of Mental Health Among Undocumented Immigrant Youth in the United States." *American Behavioral Scientist* 57(8):1174–99.

Greenman, Emily, and Matthew Hall. 2013. "Legal Status and Educational Transitions for Mexican and Central American Immigrant Youth." *Social Forces* 91(4):1475–98.

Hamilton, Erin, Paola Langer, and Caitlin Patler. 2021. "DACA's Association with Birth Outcomes among Mexican-Origin Mothers in the United States." *Demography* 58(3):975–85.

Hamilton, Erin, Caitlin Patler, and Paola Langer. 2021. "The Life Course Timing of Legalization: Evidence from the DACA Program." *Socius: Sociological Research for a Dynamic World* 7:1–14.

Hamilton, Erin, Caitlin Patler, and Robin Savinar. 2021. "Transition into Liminal Legality: DACA's Mixed Impacts on Education and Employment among Young Adult Immigrants in California." *Social Problems* 68(3):675–95.

Hamilton, Erin, Caitlin Patler, and Robin Savinar. 2022. "Immigrant Legal Status Disparities in Health Among First- and 1.5-Generation Latinx Immigrants in California." *Population Research and Policy Review* 41(3):1241–60. doi: DOI: 10.1007/s11113-021-09689-w.

Hamilton, Erin R., Jo Mhairi Hale, and Robin Savinar. 2019. "Immigrant Legal Status and Health: Legal Status Disparities in Chronic Conditions and Musculoskeletal Pain Among Mexican-Born Farm Workers in the United States." *Demography* 56(1):1–24. doi: 10.1007/s13524-018-0746-8.

Hamilton, Erin R., Caitlin C. Patler, and Jo Mhairi Hale. 2019. "Growing up Without Status: The Integration of Children in Mixed-Status Families." *Sociology Compass* 3(6):1–14.

Hsin, Amy, and Francesc Ortega. 2018. "The Effects of Deferred Action for Childhood Arrivals on the Educational Outcomes of Undocumented Students." *Demography* 55(4):1487–1506. doi: 10.1007/s13524-018-0691-6.

Hsin, Amy, and Holly E. Reed. 2020. "The Academic Performance of Undocumented Students in Higher Education in the United States." *International Migration Review* 54(1):289–315. doi: 10.1177/0197918318825478.

Jefferies, Julian. 2014. "The Production of 'Illegal' Subjects in Massachusetts and High School Enrollment for Undocumented Youth." *Latino Studies* 12(1):65–87. doi: 10.1057/lst.2014.5.

Kaushal, Neeraj. 2008. "In-State Tuition for the Undocumented: Education Effects on Mexican Young Adults." *Journal of Policy Analysis and Management* 27(4):771–92. doi: 10.1002/pam.20366.

Kaushal, Neeraj, Julia Shu-Huah Wang, and Xiaoning Huang. 2018. "State Dream Acts and Education, Health and Mental Health of Mexican Young Adults in the U.S." *Economics & Human Biology* 31:138–49. doi: 10.1016/j.ehb.2018.08.013.

Kreisberg, A. Nicole, and Amy Hsin. 2021. "The Higher Educational Trajectories of Undocumented Youth in New York City." *Journal of Ethnic and Migration Studies* 47(17):3822–45. doi: 10.1080/1369183X.2020.1750947.

Massey, Douglas S., Jorge Durand, and Karen A. Pren. 2016. "Why Border Enforcement Backfired." *American Journal of Sociology* 121(5):1557–1600.

Patler, Caitlin. 2014. "Racialized 'Illegality': The Convergence of Race and Legal Status among Black, Latino, and Asian American Undocumented Young Adults." Pp. 93–113 in *Scholars and Southern Californian Immigrants in Dialogue: New Conversations in Public Sociology*, edited by V. Carty, R. Luévano, and T. Woldemikael. Lanham, MD: Lexington Books.

Patler, Caitlin. 2018. "Undocumented Disadvantage, Citizen Advantage, or Both? The Comparative Educational Outcomes of Second and 1.5-Generation Latino Young Adults." *International Migration Review* 53(4):1080–1110. doi: 10.1111/imre.12347.

Patler, Caitlin, and Gaberiela Gonzalez. 2023. "Well-Being, Changes to Academic Behavior, and Resilience Among Families Experiencing Parental Immigration Imprisonment." *American Behavioral Scientist* In Press:1–18. doi: httpDs:O//dIo: i1.o0r.g1/107.711/0707/020702674624232131221155988.

Patler, Caitlin, and Gabriela Gonzalez. 2021. "Compounded Vulnerability: The Consequences of Immigration Detention for Institutional Attachment and System Avoidance in Mixed-Immigration-Status Families." *Social Problems* 68(4):886–902.

Patler, Caitlin, Gabriela Gonzalez, Monica Cardenas Guzman, and Guillermo Paez Gallardo. In press. "'If I Talk About It, I Start Crying': Children's Responses to Parental Immigration Imprisonment in the US." in *Immigration Detention and Social Harm*, edited by M. Peterie. Sydney, Australia: Routledge.

Patler, Caitlin, Erin Hamilton, Kelsey Meagher, and Robin Savinar. 2019. "Uncertainty about DACA May Undermine Its Positive Impact on Health for Recipients and Their Children." *Health Affairs* 38(5):738–45.

Patler, Caitlin, Erin Hamilton, and Robin Savinar. 2021. "The Limits of Gaining Rights While Remaining Marginalized: The Deferred Action for Childhood Arrivals (DACA) Program and the Psychological Wellbeing of Latina/o Undocumented Young Adults." *Social Forces* 100(1):246–72. doi: 10.31235/osf.io/8dua9.

Patler, Caitlin, and Whitney N. Laster Pirtle. 2018. "From Undocumented to Lawfully Present: Do Changes to Legal Status Impact Psychological Wellbeing Among Latino Immigrant Young Adults?" *Social Science & Medicine* 199(1):39–48. doi: 10.1016/j.socscimed.2017.03.009.

Perreira, Krista M., and Juan M. Pedroza. 2019. "Policies of Exclusion: Implications for the Health of Immigrants and Their Children." *Annual Review of Public Health* 40(7):147–66.

Pope, Nolan G. 2016. "The Effects of DACAmentation: The Impact of Deferred Action for Childhood Arrivals on Unauthorized Immigrants." *Journal of Public Economics* 143:98–114.

Potochnick, Stephanie R., and Krista M. Perreira. 2010. "Depression and Anxiety among First-Generation Immigrant Latino Youth: Key Correlates and Implications for Future Research." *The Journal of Nervous and Mental Disease* 198(7):470–77.

Suárez-Orozco, Carola, and Hirokazu Yoshikawa. 2013. "Undocumented Status: Implications for Child Development, Policy, and Ethical Research." *New Directions for Child and Adolescent Development* 2013(141):61–78. doi: 10.1002/cad.20043.

Suárez-Orozco, Carola, Hirokazu Yoshikawa, Robert T. Teranishi, and Marcelo M. Suárez-Orozco. 2011. "Growing Up in the Shadows: The Developmental Implications of Unauthorized Status." *Harvard Educational Review* 81(3):438–73.

Terriquez, Veronica. 2014. "Dreams Delayed: Barriers to Degree Completion among Undocumented Community College Students." *Journal of Ethnic and Migration Studies* 41(8):1302–23.

Timilsina, Laxman. 2023. "Immigration Policy Shocks and Infant Health." *Economics & Human Biology* 51:1–18. doi: 10.1016/j.ehb.2023.101309.

Torres, Jacqueline M., and Maria-Elena D. Young. 2016. "A Life-Course Perspective on Legal Status Stratification and Health." *SSM - Population Health* 2:141–48.

Vaquera, Elizabeth, Elizabeth Aranda, and Isabel Sousa-Rodriguez. 2017. "Emotional Challenges of Undocumented Young Adults: Ontological Security, Emotional Capital, and Well-Being." *Social Problems* 64(2):298–314.

Venkataramani, Atheendar S., Sachin J. Shah, Rourke O'Brien, Ichiro Kawachi, and Alexander C. Tsai. 2017. "Health Consequences of the US Deferred Action for Childhood Arrivals (DACA) Immigration Programme: A Quasi-Experimental Study." *The Lancet* 2(4):e175-181.

Wallace, Steven P., Maria-Elena De Trinidad Young, Michael A. Rodríguez, and Claire D. Brindis. 2019. "A Social Determinants Framework Identifying State-Level Immigrant Policies and Their Influence on Health." *SSM - Population Health* 7:1–9. doi: 10.1016/j.ssmph.2018.10.016.

Waters, Mary C., Marisa Gerstein Pineau, and National Academies, eds. 2015. *The Integration of Immigrants into American Society: Panel on the Integration of Immigrants into American Society*. Washington, DC: The National Academies Press.

Williams, Jean Calterone. 2016. "'It's Always with You, That You're Different': Undocumented Students and Social Exclusion." *Journal of Poverty* 20(2):168–93. doi: 10.1080/10875549.2015.1094766.