# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF ILLINOIS; and STATE OF OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; BENJAMINE HUFFMAN, in his official capacity as Acting Secretary of Homeland Security; U.S. SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in her official capacity as Acting Commissioner of the Social Security Administration; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY FINK, in her official capacity as Acting Secretary of Health and Human Services; U.S. DEPARTMENT OF JUSTICE; JAMES MCHENRY, in his official capacity as Acting Attorney General; U.S. DEPARTMENT OF AGRICULTURE, GARY WASHINGTON, in his official capacity as Acting Secretary of Agriculture; and the UNITED STATES OF AMERICA,<br><br>Defendants. | NO. 2:25-cv-00127<br><br>DECLARATION OF MAGALY SOLIS CHAVEZ |

DECLARATION OF
MAGALY SOLIS CHAVEZ
CASE NO. 2:25-cv-00127

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Magaly Solis Chavez, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal and professional knowledge.

2. I am the Executive Director of La Casa Hogar, a non-profit community-based organization in Yakima, Washington. Prior to becoming the Director in 2021, I was the organization's citizenship program manager for seven years. For over 30 years, La Casa Hogar has provided community services and education to Latina families in the Yakima Valley. In Yakima County, Latinos make up over 50% of the population, and in the Yakima School District 82% of the student population is Latino.

3. La Casa Hogar's core programs include adult education, early learning, and citizenship education and legal services for individuals and families across Central Washington. We offer adult education including English classes, pre-GED, English-Spanish Language Exchange, and leadership development. Our Early Learning Center prepares children ages three to five to enter kindergarten and includes parent support classes. Annually La Casa Hogar serves over 1,000 individuals with educational opportunities across all three programs. We also provide referrals to over 4,500 community members annually seeking resources.

4. In my seven years as the program manager at La Casa Hogar's citizenship program, I taught classes to prepare community members applying for citizenship. During my tenure as program manager, over 1000 people successfully naturalized and became US citizens because of their eligibility to apply for citizenship under immigration laws, as well as determination and commitment; the expertise of our team of staff and immigration attorney volunteers and board members makes this possible. Currently, approximately 500 adult immigrant students enroll in our citizenship classes. We are a Department of Justice-recognized organization and assist these students to apply for naturalization. Since 2014, over 2,300 immigrants have become U.S. citizens through our program. In working with citizenship students for ten years now, I have witnessed that obtaining citizenship offers stability particularly

DECLARATION OF
MAGALY SOLIS CHAVEZ
CASE NO. 2:25-cv-00127

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

by providing access to employment, economic, and housing opportunities. One of the biggest changes I have observed is an increased feeling of safety and sense of belonging for people who have lived in and contributed to the United States. This increased safety and stability for the persons who are eligible to apply and are granted citizenship creates security and peace of mind for their children and families as well, allowing families to no longer fear potential separation. I have observed that when people become citizens, they quickly and eagerly register to vote, participate in elections, and engage in local civic issues as the active community members they are.

5. La Casa Hogar invests in education for Latina families because we know that equipping immigrant children and adults to participate fully in the community of the Yakima Valley leads to a healthier and thriving community for everyone.

6. I am aware that President Trump has issued an Executive Order attempting to deny birthright citizenship to children of immigrant parents. This fulfills promises he made throughout his campaign to end birthright citizenship for children of undocumented parents. The news of this expected change in federal law and policy has caused uncertainty and fear in the community La Casa Hogar serves, and among other supporters who are not immigrants. I and my staff have directly listened to families we work with express the following concerns.

7. Parents are concerned that if their children are stripped of citizenship, they will face the same challenges in life that they as parents have already experienced living undocumented in this country. These challenges include (but are not limited to) accessing education, services like basic healthcare, and difficulty building credit, which in turn, create barriers to obtaining both critical needs like a job, to even simple things like getting a cell phone plan. Parents are thinking about all the challenges they have had to navigate, and how their children will now have to navigate those same challenges and live in constant fear of potential familial separation.

DECLARATION OF
MAGALY SOLIS CHAVEZ
CASE NO. 2:25-cv-00127

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

8. Parents are worried about how education and employment opportunities will be reduced for Latino children being born in the U.S., reducing economic mobility.

9. Families are worried about their ability to travel anywhere outside the state.

10. The community is concerned about the ability to have a healthy life because they fear they will not have access to needed services and benefits, including medical care.

11. Many of the individuals La Casa Hogar works with have lived in the United States since they were young children. They do not have a home country to return to; the United States is the only home they know. Other individuals we work with are unable to return to their country of origin because of violence or persecution. Many of these individuals now have their own children and are raising their families. If their children born here are denied citizenship, the family will live in limbo, forced to raise their children without stability and the ability to fully participate in their new home; forced to raise their children in fear and instability.

12. The community and staff at La Casa Hogar are concerned about how stripping citizenship from children will increase young people's feeling of a lack of belonging. Changes in immigration law that deprive children of protection and citizenship create fear. Fear drives young people to distance themselves from their family, culture, and language because being identified as an immigrant or associated with their family creates greater risk of deportation or other harms. Without lawful status, they likewise cannot experience full belonging in U.S. culture and communities. Our organization's vision is to cultivate connected community, and this change in federal law undermines people's ability to integrate with and contribute to their community.

///

///

///

DECLARATION OF
MAGALY SOLIS CHAVEZ
CASE NO. 2:25-cv-00127

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1   I declare under penalty of perjury under the laws of the State of Washington and the
2   United States of America that the foregoing is true and correct.

4   DATED and SIGNED this 20th day of January 2025, at Yakima, Washington.

*[signature: Magaly Solis]*

Magaly Solis Chavez

DECLARATION OF
MAGALY SOLIS CHAVEZ
CASE NO. 2:25-cv-00127

5

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744