AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| STATE OF WASHINGTON, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-00127 |
| DONALD TRUMP, et. al. ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs State of Arizona, State of Illinois, and State of Oregon    .

Date:   01/22/2025

s/ Lane Polozola
*Attorney's signature*

Lane Polozola, WSBA #50138
*Printed name and bar number*
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

*Address*

lane.polozola@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

(206) 464-6451
*FAX number*