District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    Defendants.

CASE NO.  2:25-cv-00127-JCC

NOTICE OF INTENT TO OPPOSE PLAINTIFF STATES' MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Local Civil Rule 65(b)(5), Defendants, by and through undersigned counsel, hereby file this Notice of Intent to Oppose Plaintiff States' Motion for a Temporary Restraining Order (Dkt. No. 10). Defendants anticipate filing an opposition brief setting forth why a Temporary Restraining Order is inappropriate in advance of tomorrow's hearing.

//
//
//

Notice of Intent to Oppose Plaintiff States' Motion for a Temporary Restraining Order
2:25-cv-00127-JCC - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC  20005
202-514-3374

DATED this 22nd day of January, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

Notice of Intent to Oppose Plaintiff
States' Motion for a Temporary Restraining Order
2:25-cv-00127-JCC - 2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-514-3374