AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| State of Washington et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-00127-JCC |
| Trump et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trump et al.

Date: 01/23/2024

/s/ Nancy K. Canter
*Attorney's signature*

Nancy K. Canter (CA263198)
*Printed name and bar number*

PO Box 878
Ben Franklin Station
Washington, DC 20001
*Address*

nancy.k.canter@usdoj.gov
*E-mail address*

(202) 305-7234
*Telephone number*

*FAX number*