**Pro Hac Vice Attorney**

Applicant's Name: Rebekah Newman

Law Firm Name: Office of the Illinois Attorney General

Street Address 1: 115 South LaSalle St., Floor 25

Address Line 2:

City: Chicago  State: IL  Zip: 60603

Phone Number w/ Area Code: (773)590-6961  Bar #: 6327372  State: IL

Primary E-mail Address: rebekah.newman@ilag.gov

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address:
*(Additional contact email for questions during the application process)*

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Rebekah Newman is unable to be present upon any date assigned by the court.

Date: 1/21/2025  Signature of Local Counsel: s/ Lane Polozola

Local Counsel's Name: Lane Polozola

Law Firm Name: Washington State Attorney General's Office

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 800 Fifth Ave, Suite 2000

Address Line 2:

City: Seattle  State: WA  Zip: 98104

Phone Number w/ Area Code: (206) 287-4182  Bar #: 50138