AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| State of Washington, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| Donald J. Trump, et al., | ) |
| *Defendant* | ) |

Case No.    2:25-cv-00127-JCC

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                              .

Date:    01/23/2025

s/ Brett A. Shumate
*Attorney's signature*

Brett A. Shumate, DC Bar No. 974643
*Printed name and bar number*

U.S. Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, DC  20530
*Address*

Brett.A.Shumate@usdoj.gov
*E-mail address*

(202) 514-7830
*Telephone number*

*FAX number*