THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | CASE NO. C25-0127-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DONALD TRUMP, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Today, the Court granted Plaintiff States' motion for a nationwide temporary restraining order (TRO). (Dkt. No. 43.) The TRO is effective as of 11:00 AM today and will remain in effect for 14 days, pending further orders from the Court. (*Id*. at 3–4.) To that end, the Court issues the following schedule for a preliminary injunction:

- Plaintiffs' motion for a preliminary injunction shall be filed on or before **Monday, January 27, 2025**.
- The Government's response is due on or before **Friday, January 31, 2025**.
- Plaintiffs' reply is due on or before **Tuesday, February 4, 2025**.
- A preliminary injunction hearing is set for **Thursday, February 6, 2025, at 10:00 AM**.

DATED this 23rd day of January 2025.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Kathleen Albert<br>
Deputy Clerk