AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| State of Washington, et al.,<br>*Plaintiff*<br>v.<br>Donald J. Trump, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   2:25-cv-00127-JCC |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants   .

Date:   01/23/2025

s/ Yuri S. Fuchs
*Attorney's signature*

Yuri S. Fuchs, CA Bar No. 300379
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 LSt. NW
Washington, DC 20005
*Address*

yuri.s.fuchs@usdoj.gov
*E-mail address*

(202) 598-3869
*Telephone number*

(202) 616-8460
*FAX number*