UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF ILLINOIS; AND STATE OF OREGON,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF HOMELAND SECURITY; BENJAMINE HUFFMAN, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF HOMELAND SECURITY; U.S. SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, IN HER OFFICIAL CAPACITY AS ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; U.S. DEPARTMENT OF STATE; MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY FINK, IN HER OFFICIAL CAPACITY AS ACTING SECRETARY OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF JUSTICE; JAMES MCHENRY, IN HIS OFFICIAL CAPACITY AS ACTING ATTORNEY GENERAL; U.S. DEPARTMENT OF AGRICULTURE; GARY WASHINGTON, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF AGRICULTURE; AND THE UNITED STATES OF AMERICA, WILLIAM NELSON, US CITIZEN 425<br><br>Defendants. | Case No.: *2:25-cv-00127*<br><br>**WILLIAM NELSON'S MOTION TO INTERVENE AS DEFENDANT** |

\\

\\

\\

WILLIAM NELSON'S MOTION TO INTERVENE AS DEFENDANT - 1
WILLIAM NELSON
1523 132ND ST STE, C418
EVERETT, WA 98208
♦
(425) 800-8800
william@seattleseahawks.me

**WILLIAM NELSON'S MOTION TO INTERVENE AS DEFENDANT**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, William Nelson (hereinafter "Proposed Intervenor") respectfully submits this Motion to Intervene as a Defendant in the above-captioned matter. Proposed Intervenor seeks to protect the interests of U.S. citizens and lawful permanent residents by defending the proper interpretation of the Fourteenth Amendment's Citizenship Clause and ensuring the responsible allocation of taxpayer resources.

**INTRODUCTION**

This case raises critical constitutional questions concerning the Fourteenth Amendment and the allocation of public resources. As a U.S. citizen and taxpayer, Proposed Intervenor has a direct and substantial interest in the outcome of this litigation. The plaintiffs' expansive interpretation of the Citizenship Clause undermines established constitutional principles, diverts public resources from lawful residents and citizens, and sets dangerous precedents with far-reaching implications. Proposed Intervenor seeks to join this action to ensure these interests are adequately represented.

**LEGAL STANDARD**

Federal Rule of Civil Procedure 24 provides for intervention of right and permissive intervention:

1. **Rule 24(a)(2) - Intervention of Right**: Intervention must be granted when the intervenor "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest."

2. **Rule 24(b) - Permissive Intervention**: A court may permit intervention when an intervenor "has a claim or defense that shares with the main action a common question of law or fact."

Proposed Intervenor satisfies both standards for intervention.

WILLIAM NELSON'S MOTION TO INTERVENE AS DEFENDANT - 2

WILLIAM NELSON
1523 132ND ST STE, C418
EVERETT, WA 98208
♦
(425) 800-8800
william@seattleseahawks.me

**ARGUMENT**

**I. Proposed Intervenor is Entitled to Intervene as a Matter of Right**

**Proposed Intervenor satisfies the criteria for intervention of right under Rule 24(a)(2):**

1. **Significant Interest:** As a taxpayer and U.S. citizen, Proposed Intervenor has a direct interest in ensuring the proper interpretation of the Fourteenth Amendment and preventing the misallocation of public resources. The plaintiffs' claims seek to divert public funds and judicial resources from lawful citizens and residents to individuals who do not qualify for protections under the Citizenship Clause.

2. **Potential Impairment**: A ruling in favor of the plaintiffs would adversely impact Proposed Intervenor by diminishing the resources available for critical domestic priorities, such as supporting veterans, addressing homelessness, and improving services for lawful residents.

3. **Inadequate Representation**: While the existing defendants may share some interests with Proposed Intervenor, they do not fully represent the broader public interest in preserving constitutional protections for U.S. citizens and lawful permanent residents.

**II. Proposed Intervenor Qualifies for Permissive Intervention**

Alternatively, Proposed Intervenor should be permitted to intervene under Rule 24(b). Proposed Intervenor's defenses align with the core issues in this case, including the proper interpretation of the Fourteenth Amendment and the allocation of taxpayer resources. Intervention will not unduly delay or prejudice the adjudication of the plaintiffs' claims but will instead ensure a comprehensive resolution of the issues presented.

WILLIAM NELSON'S MOTION TO INTERVENE AS DEFENDANT - 3

WILLIAM NELSON
1523 132ND ST STE, C418
EVERETT, WA 98208
♦
(425) 800-8800
william@seattleseahawks.me

**CONCLUSION**

For the foregoing reasons, Proposed Intervenor respectfully requests that this Court grant the Motion to Intervene as a Defendant in this matter. Proposed Intervenor also requests leave to file counterclaims and defenses addressing the plaintiffs' misinterpretation of the Fourteenth Amendment and the improper diversion of public resources.

**Respectfully submitted,**

_____
WILLIAM NELSON
Plaintiff Pro Se
William Nelson
1523 132ND ST SE STE C418
Everett, WA 98208
william@seattleseahawks.me
425-800-8800

WILLIAM NELSON'S MOTION TO INTERVENE AS DEFENDANT - 4