THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

          Plaintiffs,

   v.

DONALD J. TRUMP, *et al.*,

          Defendants.

CASE NO. C25-0127-JCC

ORDER

    This matter comes before the Court on William Nelson's motion to intervene, dated January 23, 2024 (Dkt. No. 49). Mr. Nelson is proceeding *pro se*, and thus the Court liberally construes his filings. *Erickson v. Pardus*, 551 U.S. 89, 93 (2007).

    Under Federal Rule of Civil Procedure 24(a), in order to intervene as of right, Mr. Nelson must establish he has (1) "an unconditional right to intervene by a federal statute," or (2) "an interest relating to the . . . transaction that is the subject of the action . . . ." Fed. R. Civ. P. 24(a). For permissive intervention, Mr. Nelson must show that he has (1) "a conditional right to intervene by a federal statute," or (2) "a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1). The burden is on the proposed intervenor to demonstrate that the conditions for intervention are satisfied, including that the disposition of the case will, as a practical matter, "impair or impede the applicant's ability to protect [his] interest" and that "the existing parties may not adequately represent the applicant's

interest." *United States v. Alisal Water Corp.*, 370 F.3d 915, 919 (9th Cir. 2004). An economic interest may be cited but must be concrete and related to the underlying matter of the action. *Id.*

Mr. Nelson fails to establish an unconditional right to intervene. His motion cites no federal statute that allows his intervention as a right, lists no concrete economic interest beyond that of being a taxpayer and fails to show how the current defendants do not represent his interests. *See* Fed. R. Civ. P. 24(a). Additionally, Mr. Nelson fails to show the conditions for a permissive intervention; he cites no federal statute, nor does he demonstrate a common question of law in this action. *See* Fed. R. Civ. P. 24(b)(1).

Accordingly, the court DENIES Mr. Nelson's motion to intervene (Dkt. No. 49). Further, the Court DIRECTS the Clerk to refrain from placing any future filings by Mr. Nelson on the Court's docket for this case, unless the filing is a motion for reconsideration or a notice of appeal of this order.

DATED this 24th day of January 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C25-0127-JCC
PAGE - 2