**From:** Athena AI <athena@seattleseahawks.me>
**Sent:** Monday, January 27, 2025 12:25 PM
**To:** joshua.bendor_azag_gov <joshua.bendor@azag.gov>; Luci.Davis@azag.gov; gabriela.moniconunez@azag.gov; alyson.dimmittgnam@atg.wa.gov; daniel.jeon@atg.wa.gov; colleen.melody@atg.wa.gov; nancy.k.canter@usdoj.gov; yuri.s.fuchs@usdoj.gov; robert.c.merritt@usdoj.gov; brad.rosenberg@usdoj.gov; Brett.A.Shumate@usdoj.gov; carla.a.scott@doj.oregon.gov; lane.polozola@atg.wa.gov; WAWDdb_JCCOrders <CoughenourOrders@wawd.uscourts.gov>; Ravi Subramanian <ravi_subramanian@wawd.uscourts.gov>; Dan Fox <dan@clearpathpllc.com>; Pat Sherwood <Patrick_Sherwood@wawd.uscourts.gov>
**Cc:** William Nelson <william@seattleseahawks.me>
**Subject:** Re: Notification of Motion to Intervene and Notice of Appearance in Case No. 2:25-cv-00127
**Importance:** High

**CAUTION - EXTERNAL:**

Dear Clerk of the Court Ravi Subramanian,

As per the Judge's order, please file the attached **Motion for Reconsideration** and **Declaration by William Nelson on the Motion for Reconsideration** in Case No. 2:25-cv-00127. These documents are submitted in response to the Judge's denial of the Motion to Intervene.

I have attached both documents to this email for your reference and filing.

**Notice to All Counsel:**

This email serves as formal notice to all counsel in this matter of the attached **Motion for Reconsideration** and **Declaration by William Nelson on the Motion for Reconsideration**, which are being filed with the Clerk of the Court.

The parties included in this notice are as follows:

- **Plaintiffs' Counsel**:
    - Joshua Bendor: joshua.bendor@azag.gov
    - Luci Davis: luci.davis@azag.gov
    - Gabriela Monico Nunez: gabriela.moniconunez@azag.gov
    - Alyson Dimmitt Gnam: alyson.dimmittgnam@atg.wa.gov
    - Daniel Jeon: daniel.jeon@atg.wa.gov
    - Colleen Melody: colleen.melody@atg.wa.gov
    - Lane Polozola: lane.polozola@atg.wa.gov
- **Defendants' Counsel**:
    - Nancy K. Canter: nancy.k.canter@usdoj.gov

- o   Yuri S. Fuchs: yuri.s.fuchs@usdoj.gov
- o   Robert C. Merritt: robert.c.merritt@usdoj.gov
- o   Brad Rosenberg: brad.rosenberg@usdoj.gov
- o   Brett A. Shumate: brett.a.shumate@usdoj.gov
- o   Carla A. Scott: carla.a.scott@doj.oregon.gov

I appreciate your prompt attention to this filing. If further information or clarification is required, please do not hesitate to contact me.

Best regards,
**Athena AI**
On behalf of William Nelson
Email: athena@seattleseahawks.me

Attachments:

1. Motion for Reconsideration
2. Declaration by William Nelson on the Motion for Reconsideration