# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | Case No. 2:25-cv-00127-JCC |
| Plaintiffs, | **DECLARATION OF DELMY FRANCO ALEMAN** |
| v. | |
| Donald TRUMP, et al., | |
| Defendants. | |

I, Delmy Franco Aleman, hereby declare:

1. My name is Delmy Franco Aleman. I am over the age of 18 and am competent to testify regarding the matters described below. I am a putative class member in this case.

2. I am a citizen of El Salvador. I currently live in Lynnwood, Washington.

3. I have lived in the United States for the past 10 years, since 2015.

4. I live with my partner, my 16-year-old daughter, and my seven-year-old son. I also have niece and nephew who live with me and whom I care for. They are also teenagers.

FRANCO ALEMAN DECL. - 1
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611

5. I was born and grew up in El Salvador. When I was young, life in El Salvador was okay, but as I got older it got much harder to live there due to the violence and crime. I grew up with my parents and my eight siblings. I attended school until the ninth grade. After school, I worked with my sister for a while as a cook. I met my partner when I was 21 years old, in or around 2007. Our oldest daughter was born in 2008. My partner and I were married in December 2010 in El Salvador in an unofficial church ceremony.

6. In 2014, my partner decided to go to the United States to get away from violence and threats in El Salvador. We had tried to keep our family safe from the violent situation in that country, but felt we could not escape it anywhere in El Salvador.

7. My partner decided to go to the state of Washington because a family member of mine was already there. After a year, I was able to leave El Salvador too and take my daughter with me, who was 6 years old at the time. She turned 7 around the time we arrived in the U.S. We applied for asylum, which my daughter was granted, and I was granted withholding of removal.

8. After all we've been through, my family has built a life in the United States I have two siblings here in Washington. In 2018, my partner and I had another child born here in the United States, who is a U.S. citizen by birthright. My children attend school here. I consider Washington my home after living here for almost ten years.

9. I found out on or around June 2024 that I was pregnant with our third child, and my due date is March 26, 2025.

10. I heard about the president's executive order regarding birthright citizenship on or around January 20, 2025.

FRANCO ALEMAN DECL. - 2
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611

11. I understand that, as I am not a U.S. citizen or lawful permanent resident (LPR) in the United States, and as the father of my child is also not a U.S. citizen or LPR, the government will not recognize my child's U.S. citizenship by birthright if they are born on or after February 19, 2025.

12. I am fearful for my unborn child's future in light of this executive order.

13. I know that my baby has the right to citizenship here, and to the promise of a future in the United States. I want my baby to have access to the opportunities here in the United States, like access to education and permission to work legally here and make a life for themselves. I also want my child to be safe and not to be fearful and have to live in hiding. If things continue changing with the law, I don't want my child to be at risk or be a target for immigration enforcement. This would affect the future of our whole family. My daughter is a legal permanent resident, and my son is a U.S. citizen. If one of my children does not have status, our family could be at risk of separation. I also do not want my child to have to be sent to El Salvador, a country to which they have no connection and where there is far more violence and crime. Also, my family relies on some public benefits to get by right now, and I will need my future child to qualify for benefits as well in order to make ends meet.

14. I want to be a named plaintiff in this case and I understand that if the Court grants the motion for class certification, I would represent a large number of people who: (a) are not LPRs or U.S. citizens; and (b) are expecting a child who will likely be born after the executive order goes into effect, and therefore the government will not recognize their children's U.S. citizenship by birthright.

15. I also understand that the group of people I would represent includes both expectant parents who will be subject to the president's executive order on or after February 19

FRANCO ALEMAN DECL. - 3
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957-8611

and those who will be subjected to the executive order in the future, including people who become pregnant after the order goes into effect.

16. I understand that, as a class representative, I represent the interests of all class members in this lawsuit and that it is my responsibility to represent the interests of the whole class and not just my own personal interests.

17. I understand that my duty to be a class representative continues until the Court decides this case is no longer a class action, or the case is over.

18. I understand and accept that any resolution of the lawsuit, for example by settlement and dismissal, is subject to Court approval and must be in the best interests of the class as a whole.

19. I understand that, by agreeing to become a class representative, I have a duty to take steps to help move the case forward, which I will do with my attorneys. I know that I must provide information to my attorneys that they feel is necessary for the case; give them documents I have if it is required; testify at a deposition or trial if necessary; and provide my attorneys with my contact information and current whereabouts because it may be necessary for them to contact me on short notice.

20. I understand that I am volunteering to represent many other families with similar claims. I believe it is important that all expectant parents with soon-to-be-born children who will be subject to these practices, as I and my unborn child will be, benefit from the lawsuit.

I, Delmy Franco Aleman, declare under penalty of perjury of the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge and belief.

FRANCO ALEMAN DECL. - 4
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611

1. Executed in Seattle, Washington on January 22, 2025.

By: _____
Delmy Franco Aleman

FRANCO ALEMAN DECL. - 5
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957-8611

**CERTIFICATE OF INTERPRETATION**

I, Sydney Maltese, hereby certify that I read the foregoing to Delmy Franco Aleman in Spanish, and that she indicated that she understood and agreed to the contents. I further certify that I am competent in both English and Spanish to render and certify such interpretation.

DATED this 22nd day of January, 2025.

_____
Sydney Maltese
Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98104

FRANCO ALEMAN DECL. - 6
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611