# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | Case No. 2:25-cv-00127-JCC |
| Plaintiffs, | **DECLARATION OF CHERLY DANIRA NORALES CASTILLO** |
| v. | |
| Donald TRUMP, et al., | |
| Defendants. | |

I, Cherly Danira Norales Castillo, hereby declare:

1. My name is Cherly Danira Norales Castillo. I am over the age of 18 and am competent to testify regarding the matters described below. I am a putative class member in this case.

2. I am a citizen of Honduras. I currently live in Seattle, Washington.

3. I have lived in the United States since May 2023.

4. I live with my partner and my four-year-old son.

NORALES CASTILLO DECL. - 1
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611

5. I was born and grew up in Honduras. Growing up, I lived with my parents and eight siblings. It was a very difficult life. There's a lot of violence in Honduras, especially a lot of violence toward women. As I got older, I experienced personally some of that violence. I eventually had children of my own, one born in 2010, the next in 2014, and the third in 2020.

6. I felt unsafe in my country due to my experiences there. I did not feel that the police in Honduras could protect me or my children from these terrifying situations. For this reason, I decided to flee to the United States.

7. When I arrived in the United States, I went to Seattle, because my current partner was already in the United States and was settled there.

8. I applied for asylum in the Immigration Court and have received a work permit while my application is pending.

9. I found out on or around July 2024 that I was pregnant with the child of my current partner. My healthcare provider told me that my expected due date is March 19, 2025.

10. I heard about the president's executive order regarding birthright citizenship on or about January 20, 2025.

11. I understand that, as I am not a U.S. citizen or lawful permanent resident (LPR) in the U.S., and as the father of my child is also not a U.S. citizen or LPR, the government will not recognize my child's U.S. citizenship by birthright if they are born on or after February 19, 2025.

12. I am fearful for my unborn child's future in light of this executive order.

13. I am afraid that I will not be able to support my child if they are not entitled to the benefits of citizenship. My family currently relies on some public benefits in order to get by each month. I am fearful that if my baby's citizenship is not recognized and if policies continue to change, we will be cut off from some or all of these benefits. I also do not want my unborn child

NORALES CASTILLO DECL. - 2
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611

1  to have to go back to Honduras, where I have suffered much fear and abuse. I want my family to
2  be together, not separated, and if my child is not a citizen, I fear the child could be targeted by
3  immigration enforcement. I also want my child to have an education in the United States and be
4  able to access all of the opportunity here for citizens, like the ability to work. I have already
5  pulled my youngest child out of school in the United States because I am fearful of these recent
6  changes to immigration policies and because I am struggling to get him to school every day, as
7  my partner has to work and cannot offer me extra help while I am pregnant.

8        14.    I want to be a named plaintiff in this case and I understand that if the Court grants
9  the motion for class certification, I would represent a large number of people who: (a) are not
10 LPRs or U.S. citizens; and (b) are expecting a child who will likely be born after the executive
11 order goes into effect, and therefore the government will not recognize their children's U.S.
12 citizenship by birthright.

13       15.    I also understand that the group of people I would represent includes both
14 expectant parents who will be subject to the president's executive order on or after February 19
15 and those who will be subjected to the executive order in the future, including people who
16 become pregnant after the order goes into effect.

17       16.    I understand that, as a class representative, I represent the interests of all class
18 members in this lawsuit and that it is my responsibility to represent the interests of the whole
19 class and not just my own personal interests.

20       17.    I understand that my duty to be a class representative continues until the Court
21 decides this case is no longer a class action, or the case is over.

22
23

NORALES CASTILLO DECL. - 3
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611

18. I understand and accept that any resolution of the lawsuit, for example by settlement and dismissal, is subject to Court approval and must be in the best interests of the class as a whole.

19. I understand that, by agreeing to become a class representative, I have a duty to take steps to help move the case forward, which I will do with my attorneys. I know that I must provide information to my attorneys that they feel is necessary for the case; give them documents I have if it is required; testify at a deposition or trial if necessary; and provide my attorneys with my contact information and current whereabouts because it may be necessary for them to contact me on short notice.

20. I understand that I am volunteering to represent many other families with similar claims. I believe it is important that all expectant parents with soon-to-be-born children who will be subject to these practices, as I and my unborn child will be, benefit from the lawsuit.

I, Cherly Danira Norales Castillo, declare under penalty of perjury of the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge and belief.

NORALES CASTILLO DECL. - 4
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611

1 | Executed in Seattle, Washington on January 22, 2025.

By: *Cherly D. Norales*
Cherly Danira Norales Castillo

NORALES CASTILLO DECL. - 5
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611

**CERTIFICATE OF INTERPRETATION**

I, Sydney Maltese, hereby certify that I read the foregoing to [NAME] in Spanish, and that she indicated that she understood and agreed to the contents. I further certify that I am competent in both English and Spanish to render and certify such interpretation.

DATED this 22nd day of January, 2025.

_____
Sydney Maltese
Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98104

NORALES CASTILLO DECL. - 6
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611