The Honorable Judge John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF ILLINOIS; and STATE OF OREGON<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. SOCIAL SECURITY ADMINISTRATION MICHELLE KING, in her official capacity as Acting Commissioner of the Social Security Administration, U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY FINK, in her official capacity as Acting Secretary of Health and Human Services; U.S. DEPARMENT OF AGRICULTURE, GARY WASHINGTON, in his official capacity as Acting Secretary of Agriculture; and the UNITED STATES OF AMERICA,<br><br>Defendants. | NO. 2:25-CV-00127-JCC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 6, 2025 |

[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-00127-JCC

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

This matter came before the Court on Plaintiff States' Motion for Preliminary Injunction in response to the President's Executive Order entitled "Protecting the Meaning and Value of American Citizenship," (Jan. 20, 2025) (Executive Order). The Court has considered all of the following:

1. Plaintiff States' Motion for Preliminary Injunction (ECF No. __), with supporting declarations and exhibits;

2. Defendants' Response to Plaintiff States' Motion for Preliminary Injunction (ECF No. __), with supporting declarations and exhibits;

3. Plaintiff States' Reply in Support of Motion for Preliminary Injunction (ECF No. __);

4. The argument of counsel at the hearing held February 6, 2025; and

5. The entire record in the above-captioned matter.

Being fully apprised of the matter, it is hereby ORDERED, ADJUDGED, AND DECREED that the Plaintiff States' Motion for Preliminary Injunction is GRANTED.

A preliminary injunction is warranted where the moving party establishes that: (1) it is likely to succeed on the merits; (2) irreparable harm is likely in the absence of preliminary relief; (3) the balance of equities tips in the movant's favor; and (4) an injunction is in the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

The Court first concludes that the Plaintiff States have sovereign and pecuniary standing to challenge the Executive Order. By rendering large classes of non-citizens "not subject to the jurisdiction" of the United States, Executive Order § 1, the Executive Order impairs the Plaintiff States' ability to "exercise sovereign power over individuals and entities within [their] jurisdiction[s]." *Alfred L. Snapp & Son, Inc. v. Puerto Rico, ex rel., Barez*, 458 U.S. 592, 601 (1982). That impairment on the Plaintiff States' sovereign interest is sufficient to confer standing. The Plaintiff States have likewise evidenced a variety of concrete monetary losses that would flow from the Executive Order, as well as new and ongoing operational costs they will

[PROPOSED] ORDER GRANTING
PLAINTIFF STATES' MOTION FOR
PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-00127-JCC

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  incur. Under established Supreme Court precedent, these harms plainly confer standing. *Biden v. Nebraska*, --- U.S. ----, 143 S. Ct. 2355, 2365-66 (2023); *United States v. Texas*, 599 U.S. 670, 676 (2023); *City & Cnty. of San Francisco v. U.S. Citizenship & Immigr. Servs.*, 981 F.3d 742, 754 (9th Cir. 2020).

The Plaintiff States have established a strong likelihood of success on the merits of their claims that Executive Order violates the Fourteenth Amendment and Immigration and Nationality Act. The plain text of the Citizenship Clause of the Fourteenth Amendment and controlling Supreme Court precedent make clear that all children born on U.S. soil are citizens subject to the jurisdiction of the United States. *United States v. Wong Kim Ark*, 169 U.S. 649, 704 (1898); *Plyler v. Doe*, 457 U.S. 202, 211, 214-15 (1982). The Immigration and Nationality Act codifies the same rule via statute. 8 U.S.C. § 1401(a). The Plaintiff States have further demonstrated that they would suffer irreparable harm absent preliminary injunctive relief, and that the balance of equities and the public interest weigh in favor of an injunction. A nationwide injunction is necessary due to the extraordinary nature of the Executive Order and to provide complete relief to the Plaintiff States. *See Biden*, 143 S. Ct. at 2373 (acknowledging nationwide relief necessary when "one branch of government [has] arrogated to itself power belonging to another."); *Doe #1 v. Trump*, 957 F.3d 1050, 1069 (9th Cir. 2020) (nationwide injunction necessary to provide complete relief to plaintiffs).

Accordingly, it is HEREBY ORDERED:

1. The Plaintiff States' Motion for Preliminary Injunction (ECF No. __) is GRANTED;
2. Pursuant to Federal Rule of Civil Procedure 65(a), Defendants and their officers, agents, servants, employees, attorneys, and any person in active concert or participation, are PRELIMINARILY ENJOINED on a nationwide basis from:
    a. Enforcing or implementing Section 2(a) of the Executive Order;
    b. Enforcing or implementing Section 3(a) of the Executive Order;
    c. Enforcing or implementing Section 3(b) of the Executive Order; or

[PROPOSED] ORDER GRANTING
PLAINTIFF STATES' MOTION FOR
PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-00127-JCC

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

    d. Taking any further steps in reliance on the Executive Order, pending further orders from this Court.

3. No bond shall be required. Fed. R. Civ. P. 65(c).

ISSUED this ____ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

NICHOLAS W. BROWN
Attorney General

*s/ Lane M. Polozola*
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
LANE M. POLOZOLA, WSBA #50138
DANIEL J. JEON, WSBA #58087
ALYSON DIMMITT GNAM, WSBA #48143
Assistant Attorneys General
Wing Luke Civil Rights Division
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
colleen.melody@atg.wa.gov
lane.polozola@atg.wa.gov
daniel.jeon@atg.wa.gov
alyson.dimmittgnam@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

KRIS MAYES
*Attorney General of Arizona*

*s/ Joshua Bendor*
Joshua D. Bendor (AZ No. 031908)\*
Luci D. Davis (AZ No. 035347)\*
Gabriela Monico Nunez (AZ No. 039652)\*
Office of the Arizona Attorney General
Firm State Bar No. 14000
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Luci.Davis@azag.gov
Gabriela.MonicoNunez@azag.gov

[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-00127-JCC

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| 1 | ACL@azag.gov |
| 2 | *Pro hac vice |
| 3 | Attorneys for Plaintiff State of Arizona |
| 4 | KWAME RAOUL<br>Attorney General, State of Illinois |
| 5 | s/ Rebekah Newman |
| 6 | REBEKAH NEWMAN, ARDC #6327372*<br>Assistant Attorney General |
| 7 | Special Litigation Bureau<br>Office of the Illinois Attorney General |
| 8 | 115 South LaSalle St., Floor 35<br>Chicago, IL 60603 |
| 9 | Tel. (773) 590-6961<br>rebekah.newman@ilag.gov |
| 10 | *Pro hac vice |
| 11 | Attorneys for Plaintiff State of Illinois |
| 12 | DAN RAYFIELD<br>Attorney General, State of Oregon |
| 13 | /s/ Carla A. Scott |
| 14 | CARLA A. SCOTT, WSBA #39947<br>THOMAS H. CASTELLI, OSB #226448* |
| 15 | Senior Assistant Attorneys General<br>Oregon Department of Justice |
| 16 | 100 SW Market Street<br>Portland, OR 97201 |
| 17 | (971) 673-1880<br>Carla.A.Scott@doj.oregon.gov |
| 18 | Thomas.Castelli@doj.oregon.gov |
| 19 | *Pro hac vice<br>Attorneys for Plaintiff State of Oregon |

[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-00127-JCC

5

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744