THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | CASE NO. C25-0127-JCC <br><br> ORDER |

This matter comes before the Court on William Nelson's motion for reconsideration of the Court's order denying his motion to intervene (Dkt. No. 57). Having considered the motion, the relevant record, and the applicable law, the Court DENIES the motion.

Pursuant to the Local Civil Rules, "[m]otions for reconsideration are disfavored," and the Court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1).

Mr. Nelson's motion makes no showing of manifest error in the Court's prior ruling. Indeed, as with his motion to intervene (Dkt. No. 49), Mr. Nelson's motion for reconsideration fails to demonstrate why the existing parties do not adequately represent his interests. Mr. Nelson also neglects to mention any new facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence. Instead, Mr. Nelson merely presents

broadly stated arguments or allegations unattenuated to the case at hand. (*See generally* Dkt. No. 57.) Accordingly, the Court DENIES Mr. Nelson's motion for reconsideration (Dkt. No. 57).

DATED this 28th day of January 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE