THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF ILLINOIS; and STATE OF OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; BENJAMINE HUFFMAN, in his official capacity as Acting Secretary of Homeland Security; U.S. SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in her official capacity as Acting Commissioner of the Social Security Administration; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY FINK, in her official capacity as Acting Secretary of Health and Human Services; U.S. DEPARTMENT OF JUSTICE; JAMES MCHENRY, in his official capacity as Acting Attorney General; U.S. DEPARTMENT OF AGRICULTURE; GARY WASHINGTON, in his official capacity as Acting Secretary of Agriculture; and the UNITED STATES OF AMERICA,<br><br>Defendants. | NO. 2:25-cv-00127<br><br>UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* LOCAL GOVERNMENTS AND LOCAL GOVERNMENT OFFICIALS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION<br><br>Noting Date: January 28, 2025 |

UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* LOCAL GOVERNMENTS AND LOCAL GOVERNMENT OFFICIALS
NO. 2:25-cv-00127

**BRADLEY BERNSTEIN SANDS LLP**
2800 FIRST AVENUE, SUITE 326
SEATTLE, WA 98121
206.337.6551

Proposed *Amici Curiae* Local Governments and Local Government Officials move for leave to file an amicus brief in support of Plaintiffs' motion for preliminary injunction. In furtherance of the motion, Proposed *Amici* state as follows:

1. Proposed *amici* are local governments and local government officials representing 72 jurisdictions across 24 states.

2. They support Plaintiffs' motion for a preliminary injunction because they, too, will be harmed by the Executive Order that is the subject of Plaintiffs' lawsuit.

3. This Court "ha[s] broad discretion to admit amicus briefing [...] to assist a case of general public interest." *Sec. & Exch. Comm'n v. Bittrex Inc.*, No. 2:23-CV-00580-RSM, 2023 WL 4866373, at *1 (W.D. Wash. July 31, 2023) (granting leave to file where brief provides "assistance in framing the facts and law of this case").

4. The proposed brief will assist the Court in its consideration of the pending motion, because local governments face immediate harms from the Order that overlap with yet are distinct from the harms individuals, organizations, and states must confront.

5. Among other things, local governments must manage the administrative confusion that the Order will create. Because many local governments issue birth certificates, they will need to develop new systems to ascertain the citizenship of children born in their local hospitals and within city or county lines.

6. The Order also forces Proposed *Amici* to develop new protocols for any programs requiring citizenship verification, because traditional birth certificates will no longer suffice as proof of citizenship. Local communities will also contend with the personal impact to their

UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* LOCAL GOVERNMENTS AND LOCAL GOVERNMENT OFFICIALS
NO. 2:25-cv-00127

2

BRADLEY BERNSTEIN SANDS LLP
2800 FIRST AVENUE, SUITE 326
SEATTLE, WA 98121
206.337.6551

community members, such as restrictions on federally funded health care coverage, child services, and educational benefits.

7.   Counsel for proposed *amici* have conferred with counsel for the parties. Plaintiffs and Defendants both consent to the request for leave to file.

8.   A true and correct copy of the proposed brief has been submitted with this motion.

## CONCLUSION

For the foregoing reasons, Proposed Local Government *Amici* respectfully request the Court grant the motion for leave to file the attached brief.

Dated: January 28, 2025

Respectfully submitted,

*/s/ Heidi B. Bradley*
Heidi B. Bradley, WSBA No. 35759
BRADLEY BERNSTEIN SANDS LLP
2800 First Avenue, Suite 326
Seattle, WA 98121
206-337-6551
hbradley@bradleybernstein.com

Katherine Courtney (*pro hac vice forthcoming*)
Public Rights Project
490 43rd Street, #115
Oakland, CA 94609
katiec@publicrightsproject.org

UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* LOCAL GOVERNMENTS AND LOCAL GOVERNMENT OFFICIALS
NO. 2:25-CV-00127

3

BRADLEY BERNSTEIN SANDS LLP
2800 FIRST AVENUE, SUITE 326
SEATTLE, WA 98121
206.337.6551