THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF ILLINOIS; and STATE OF OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; BENJAMINE HUFFMAN, in his official capacity as Acting Secretary of Homeland Security; U.S. SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in her official capacity as Acting Commissioner of the Social Security Administration; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY FINK, in her official capacity as Acting Secretary of Health and Human Services; U.S. DEPARTMENT OF JUSTICE; JAMES MCHENRY, in his official capacity as Acting Attorney General; U.S. DEPARTMENT OF AGRICULTURE; GARY WASHINGTON, in his official capacity as Acting Secretary of Agriculture; and the UNITED STATES OF AMERICA,<br><br>Defendants. | NO. 2:25-cv-00127<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF *AMICI* LOCAL OFFICIALS FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION |

[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION OF *AMICI*
NO. 2:25-cv-00127

**BRADLEY BERNSTEIN SANDS LLP**
2800 FIRST AVENUE, SUITE 326
SEATTLE, WA 98121
206.337.6551

# [PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF *AMICI* LOCAL OFFICIALS FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION

Before the Court is the unopposed motion of local elected officials for leave to file a brief as amicus curiae in support of Plaintiffs' Motions for a Preliminary Injunction. Good cause appearing therefore, the motion is GRANTED.

SO ORDERED.

Dated this ___ day of _____, 2025

_____

**HONORABLE JOHN C. COUGHENOUR**
**UNITED STATES DISTRICT JUDGE**

Presented by:

*/s/ Heidi B. Bradley*
Heidi B. Bradley, WSBA No. 35759
BRADLEY BERNSTEIN SANDS LLP
2800 First Avenue, Suite 326
Seattle, WA 98121

hbradley@bradleybernstein.com

206-337-6551

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF *AMICI*
NO. 2:25-cv-00127

1

**BRADLEY BERNSTEIN SANDS LLP**
2800 FIRST AVENUE, SUITE 326
SEATTLE, WA 98121
206.337.6551