**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 29, 2025

**STATE OF WASHINGTON ET AL V. TRUMP ET AL**
Case # 2:25–cv–00127–JCC

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

    **Compliance with LCR 83.2 – Attorney Appearance and Withdrawal**
    The document was filed incorrectly/improperly. Appearance of attorney Heidi B. Bradley is not proper, and notices of electronic filing will not be sent until corrected. Signatures must be in accordance with FRCP 11 and LCR 83.2 and must comply with ECF Filing Procedures.

    **Additional Notes:** Please file a Notice of Appearance.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file