AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| State of Washington et al | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-00127-JCC |
| Trump et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

72 Local Governments and Local Government Officials .

Date: 01/29/2025

s/ Heidi B. Bradley
*Attorney's signature*

Heidi B. Bradley, WSBA 35759
*Printed name and bar number*

2800 First Avenue, Suite 326
Seattle, WA 98121
*Address*

hbradley@bradleybernstein.com
*E-mail address*

(206) 337-6551
*Telephone number*

*FAX number*