THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, ET AL., | Case No.: *2:25-cv-00127* |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEAL** |
| DONALD TRUMP, ET AL., | |
| Defendants. | |

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that William Nelson, proceeding pro se, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following orders of the United States District Court for the Western District of Washington:

1. The Order Denying Motion to Intervene (Dkt. No. 55), entered on January 24, 2025; and
2. The Order Denying Motion for Reconsideration (Dkt. No. 68), entered on January 28, 2025.

These orders deny Mr. Nelson's request to intervene in the above-captioned case and deny reconsideration of that denial, effectively precluding his ability to participate as a party in the litigation.

Mr. Nelson's appeal seeks review of these orders on the grounds that:

1. The District Court erred in finding that Mr. Nelson's interests are adequately represented by the existing parties;
2. The District Court failed to properly apply Federal Rule of Civil Procedure 24(a) and 24(b) concerning intervention as of right and permissive intervention;

NOTICE OF APPEAL - 1

WILLIAM NELSON
1523 132ND ST STE, C418
EVERETT, WA 98208
♦
(425) 800-8800
william@seattleseahawks.me

3. The District Court's denial of the Motion for Reconsideration improperly dismissed the presentation of relevant arguments, facts, and legal authority demonstrating Mr. Nelson's unique interest in the litigation;

4. The District Court ignored the fact that Mr. Nelson is a cognitively disabled individual and failed to engage or assess whether Mr. Nelson required guidance or assistance in exercising his rights under the Constitution;

5. The presiding judge has demonstrated extreme bias and partiality in this case, including publicly announcing a belief that the executive order in question is unconstitutional, berating defense counsel, and expressing prejudgment of the issues central to the case; and

6. The presiding judge continues to exhibit bias by allowing immigrants to join forces with the plaintiffs, whose arguments align with the judge's personal beliefs, while denying Mr. Nelson, a U.S. citizen, the same right to intervene. Procedural errors and technicalities have been leveraged to silence Mr. Nelson and weaponize the courts against U.S. citizens with differing views.

This Notice of Appeal is timely filed pursuant to Federal Rule of Appellate Procedure 4(a).

DATED: January 29, 2025

Respectfully submitted,

_____
WILLIAM NELSON
Defendant Pro Se
William Nelson
1523 132ND ST SE STE C418
Everett, WA 98208
william@seattleseahawks.me
425-800-8800 (mobile)
808-204-1401 (fax)

NOTICE OF APPEAL - 2