The Honorable Judge John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| State of Washington, et al., | Case No. 2:25-cv-00127-JCC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING INDIVIDUAL PLAINTIFFS' SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| Donald Trump, et al., | |
| Defendants. | |

Having considered the parties' briefing concerning Individual Plaintiffs' Supplemental Motion for Preliminary Injunction on behalf of themselves and a proposed class of similarly situated individuals, as well as the oral argument of the parties, this Court finds that Individual Plaintiffs have satisfied the requirements for preliminary injunctive relief. Therefore, Individual Plaintiffs' supplemental motion is GRANTED.

Specifically, the Court HEREBY FINDS that:

1) Individual Plaintiffs and [provisionally certified] class members are likely to succeed on the merits of their claim that the Executive Order entitled "Protecting the Meaning and Value of American Citizenship" signed by President Trump on January 20, 2025, violates the Fourteenth Amendment as well as 8 U.S.C. § 1401(a).

[PROPOSED] ORDER GRANTING
PLS.' MOT. FOR PRELIM. INJ.
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

2) Individual Plaintiffs and [provisionally certified] class members face immediate and irreparable injury caused by the Executive Order, including the violation of their or their expected children's constitutional rights. The violation of their core constitutional rights inherently demonstrates irreparable harm. In addition, Individual Plaintiffs and their families and [provisionally certified] class members are at risk of imminent immigration enforcement action, including the threat of detention, removal, and potential separation of families, all which constitutes irreparable harm.

3) The balance of equities tips in favor of Individual Plaintiffs and [provisionally certified] class members.

4) An injunction is in the public interest.

Accordingly, the Court **HEREBY ORDERS** that Individual Plaintiffs' Supplemental Motion for Preliminary Injunction is GRANTED. Defendants are preliminarily **ENJOINED** from:

1) Implementing or enforcing the Executive Order against Individual Plaintiffs and their expected children.

2) Implementing or enforcing the Executive Order against [provisionally certified] class members.

It is so ORDERED.

DATED this _____ day of _____, 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
PLS.' MOT. FOR PRELIM. INJ.
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

Presented by:

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Leila Kang
Leila Kang, WSBA No. 48048
leila@nwirp.org

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987
glenda@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Ave., Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for Individual Plaintiffs*

[PROPOSED] ORDER GRANTING
PLS.' MOT. FOR PRELIM. INJ.
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611