THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | CASE NO. C25-0127-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DONALD TRUMP, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A preliminary injunction hearing in this matter is scheduled for Thursday, February 6, 2025, at 10:00 a.m. A ruling granting or refusing a preliminary injunction represents an interlocutory order subject to immediate appeal. *See* 28 U.S.C. § 1292(a)(1). Accordingly, the Courts seeks the parties' respective positions on whether (a) they intend to file a notice of appeal and, (b) if so, whether a stay is warranted during the pendency of any appeal. The parties should make this record at the February 6 hearing.

DATED this 30th day of January 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C25-0127-JCC
PAGE - 1