District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | CASE NO. 2:25-cv-00127-JCC <br><br> DEFENDANTS' MOTION TO FILE A BRIEF IN EXCESS OF 8,400 WORDS |

Defendants hereby seek an order permitting the filing of a Consolidated Opposition to plaintiffs' motions for preliminary injunctions in excess of the 8,400 word count limitation prescribed in CivR 7(e)(3). Specifically, defendants seek the Court's approval to file a Consolidated Opposition, not to exceed 13,000 words in length, that responds to both preliminary injunction motions in a single brief. While the cases of plaintiff states and the

Motion to File Excess Pages
2:25-cv-00127-JCC - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-616-8098

individual plaintiffs have been consolidated, each preliminary injunction motion presents separate issues that need to be addressed in defendants' response. To that end, the plaintiff states filed a preliminary injunction motion on January 27, ECF No. 63, and the individual plaintiffs filed a separate, supplemental motion for a preliminary injunction on January 29, ECF No. 74. Because they are responding to both motions in a single brief, defendants believe they need more space to address both sets of plaintiffs' arguments than provided for by the 8,400 word limit prescribed in CivR 7(e)(3).

Defendants' opposition brief is due today, January 31. ECF No. 44, 56. Defendants were unable to file this request sooner, both because of the expedited treatment of plaintiffs' motions and because the individual plaintiffs filed their supplemental preliminary injunction motion only Wednesday. Counsel for defendants have conferred with counsel for both sets of plaintiffs regarding the requested relief. Both sets of plaintiffs' counsel represent that they take no position on this motion.

DATED this 31st day of January, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

Motion to File Excess Pages
2:25-cv-00127-JCC - 2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC  20005
202-616-8098

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar No. 89400)
YURI S. FUCHS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington, DC 20005
Phone: 202-616-8098
Fax: 202-616-8460
Email: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

Motion to File Excess Pages
2:25-cv-00127-JCC - 3

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-616-8098