THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | CASE NO. C25-0127-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DONALD TRUMP, *et al.* | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's request to file an overlength response to Plaintiffs' motions for a preliminary injunction not to exceed 13,000 words in length (Dkt. No. 76). The Court FINDS good cause for this request and GRANTS the motion. Plaintiff States and Individual Plaintiffs may each file an overlength brief in reply, should they choose to do so, and each shall not exceed 6,400 words in length.

DATED this 31st day of January 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
CR25-0127-JCC
PAGE - 1