The Honorable Judge John C. Coughenour

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **STATE OF WASHINGTON**, *et al.*, | NO.: 2:25-CV-00127-JCC |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| **DONALD TRUMP**, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

TO:       CLERK OF THE COURT

AND TO:   ALL COUNSEL OF RECORD

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that effective immediately, Richard Sanders of Land Use & Property Law, PLLC, hereby appears as counsel of record for America's Future, Gun Owners of America, Inc., Gun Owners Foundation, Citizens United, U.S. Constitutional Rights Legal Defense Fund, Leadership Institute, and Conservative Legal Defense and Education Fund.  All further pleadings and papers

AMERICA'S FUTURE, ET AL. NOTICE OF APPEARANCE;
CASE NO. 2:25-CV-00127-JCC – PAGE 1

LAND USE & PROPERTY LAW, PLLC
6659 Kimball Drive, Suite B-201
Gig Harbor, WA  98335
Phone: 253-853-1806
Jane Koler – Richard Sanders of Counsel

1. in the above-entitled matter (except original process) are to be served upon Richard Sanders at the address specified below.

2. This Notice is given with the full knowledge and consent of America's Future, Gun Owners of America, Inc., Gun Owners Foundation, Citizens United, U.S. Constitutional Rights Legal Defense Fund, Leadership Institute, and Conservative Legal Defense and Education Fund.

DATED this 31st day of January, 2025.

LAND USE & PROPERTY LAW, PLLC

By: _____
Richard B. Sanders, WSBA No. 2813
6659 Kimball Drive, Suite B-201
Gig Harbor, WA  98335
richard@landuselawwa.com
(253) 853-1806

AMERICA'S FUTURE, ET AL. NOTICE OF APPEARANCE;
CASE NO. 2:25-CV-00127-JCC – PAGE 2

LAND USE & PROPERTY LAW, PLLC
6659 Kimball Drive, Suite B-201
Gig Harbor, WA  98335
Phone: 253-853-1806
Jane Koler – Richard Sanders of Counsel