The Honorable Judge John C. Coughenour

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| **STATE OF WASHINGTON**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**DONALD TRUMP**, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | NO.: 2:25-CV-00127-JCC<br><br>**CONSENT MOTION OF AMERICA'S FUTURE, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, CITIZENS UNITED, U.S. CONSTITUTIONAL RIGHTS LEGAL DEFENSE FUND, LEADERSHIP INSTITUTE, AND CONSERVATIVE LEGAL DEFENSE AND EDUCATION FUND FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**NOTE ON MOTION CALENDAR: January 31, 2025** |

On the grounds and for the reasons set forth below, movants, through undersigned counsel, pursuant to F.R.Civ.P. 7, move this Court for leave to file a brief *amicus curiae* in opposition to Plaintiffs' motion for preliminary injunction.

AMERICA'S FUTURE, ET AL. CONSENT MOTION;
CASE NO. 2:25-CV-00127-JCC – PAGE 1

LAND USE & PROPERTY LAW, PLLC
6659 Kimball Drive, Suite B-201
Gig Harbor, WA  98335
Phone: 253-853-1806
Jane Koler – Richard Sanders of

Counsel for Plaintiffs and Defendants have consented to this Motion and to the filing of the attached brief *amicus curiae*. This brief is timely as it is being filed by the deadline allowed for Defendants' brief in opposition to the motion for preliminary injunction and within the appropriate page limits.

Movants America's Future, Gun Owners Foundation, U.S. Constitutional Rights Legal Defense Fund, Leadership Institute, and Conservative Legal Defense and Education Fund are exempt from federal income taxation under Section 501(c)(3) of the Internal Revenue Code ("IRC"). Movants Gun Owners of America, Inc. and Citizens United are exempt from federal income taxation under IRC Section 501(c)(4). Each organization participates actively in the public policy process, and has filed numerous *amicus curiae* briefs in federal and state courts, defending a proper interpretation of the U.S. Constitution.

I. **THIS CASE PRESENTS A CONSTITUTIONAL MATTER AND STATUTORY ISSUE OF GREAT IMPORTANCE.**

This case raises significant questions of constitutional and statutory interpretation with respect to whether President Trump's Executive Order at issue is lawful. The Executive Order invalidates birthright citizenship, which is a concept that Plaintiffs claim to be rooted in the Fourteenth Amendment.

II. **THE *AMICUS CURIAE* BRIEF ADDRESSES ARGUMENTS RAISED BY PLAINTIFFS AND SUPPLEMENTS ARGUMENTS RAISED BY DEFENDANTS.**

Movants' proposed *amicus curiae* brief submitted with this Motion supports the position of Defendants, but supplements the arguments and authorities that it anticipates the Defendants will provide in their opposition to the Motion for Preliminary Injunction. The *amicus brief* provides relevant history of the Fourteenth Amendment and the Immigration and Nationality Act, as well as historical explanation of the error in Plaintiff's reading of *Yong Kim*

AMERICA'S FUTURE, ET AL. CONSENT MOTION;
CASE NO. 2:25-CV-00127-JCC – PAGE 2

LAND USE & PROPERTY LAW, PLLC
6659 Kimball Drive, Suite B-201
Gig Harbor, WA 98335
Phone: 253-853-1806
Jane Koler – Richard Sanders of

*Ark* and other Supreme Court decisions.

**III.   THE ACCEPTANCE OF BRIEFS *AMICUS CURIAE* HAS BEEN FOUND USEFUL IN CASES SUCH AS THIS.**

District courts have inherent power to grant leave to file briefs *amicus curiae*, as they often "provide helpful analysis of the law[,] they have a special interest in the subject matter of the suit[,] or existing counsel is in need of assistance." *Bryant v. Better Business Bureau of Greater Maryland, Inc.*, 923 F.Supp. 720, 728 (D. Md. 1996). Furthermore, this Court has already granted leave of other *amici* to file an *amicus* brief in support of Plaintiffs' Motion for Preliminary Injunction. *See* Doc. No. 70, Order Granting Unopposed Motion of *Amici* Local Officials (Jan. 29, 2025). For the reasons stated above, it is believed that this *amicus* brief will inform the Court's effort to resolve the question before it.

Given the nationwide significance of this case, and its profound implications for all Americans, movants respectfully request leave to file the accompanying brief *amicus curiae* in opposition to Plaintiffs' Motion for Preliminary Injunction.

DATED this 31st day of January, 2025.

        Respectfully submitted,

        */s/ Richard B. Sanders*
RICHARD B. SANDERS, WSBA #2813
LAND USE AND PROPERTY LAW, PLLC
6659 Kimball Dr., Ste. B-201
Gig Harbor, WA 98335
(253) 853-1806
richard@landuselawwa.com
*Counsel for Movants*
*America's Future, et al.*

AMERICA'S FUTURE, ET AL. CONSENT MOTION;
CASE NO. 2:25-CV-00127-JCC – PAGE 3

LAND USE & PROPERTY LAW, PLLC
6659 Kimball Drive, Suite B-201
Gig Harbor, WA 98335
Phone: 253-853-1806
Jane Koler – Richard Sanders of

## Certificate of Service

I hereby certify that I served the foregoing Consent Motion for Leave to File Brief *Amicus Curiae* in Opposition to Plaintiffs' Motion for Preliminary Injunction on counsel for the parties using the Court's Electronic Case Filing system.

January 31, 2025                                             /s/ Richard B. Sanders

                                                                         Richard B. Sanders

AMERICA'S FUTURE, ET AL. CONSENT MOTION;
CASE NO. 2:25-CV-00127-JCC – PAGE 4

LAND USE & PROPERTY LAW, PLLC
6659 Kimball Drive, Suite B-201
Gig Harbor, WA  98335
Phone: 253-853-1806
Jane Koler – Richard Sanders of