The Honorable Judge John C. Coughenour

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| **STATE OF WASHINGTON**, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> **DONALD TRUMP**, in his official capacity as President of the United States, et al., <br><br>  Defendants. | NO.: 2:25-CV-00127-JCC <br><br> [PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF AMERICA'S FUTURE, *ET AL.* |

### [PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF AMERICA'S FUTURE, *ET AL.*

Upon Consideration of the Consent Motion of America's Future, *et al.*, for Leave to File Brief *Amicus Curiae* in Opposition to Plaintiffs' Motion for Preliminary Injunction, and finding good cause therefor, this Court hereby grants such Motion for Leave.

[PROPOSED] ORDER GRANTED CONSENT MOTION TO FILE *AMICUS* BRIEF; CASE NO. 2:25-CV-00127-JCC – PAGE 1

LAND USE & PROPERTY LAW, PLLC
6659 Kimball Drive, Suite B-201
Gig Harbor, WA 98335
Phone: 253-853-1806
Jane Koler – Richard Sanders of Counsel

It is so ordered.

Date this  31st  day of    January   , 2025

_____
JUDGE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Richard B. Sanders*
Richard B. Sanders, WSBA #2813
Land Use and Property Law, PLLC
6659 Kimball Dr., Ste. B-201
Gig Harbor, WA 98335
(253) 853-1806
richard@lawuselawwa.com

[PROPOSED] ORDER GRANTED CONSENT
MOTION TO FILE *AMICUS* BRIEF;
CASE NO. 2:25-CV-00127-JCC – PAGE 2

LAND USE & PROPERTY LAW, PLLC
6659 Kimball Drive, Suite B-201
Gig Harbor, WA 98335
Phone: 253-853-1806
Jane Koler – Richard Sanders of Counsel