THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| **STATE OF WASHINGTON,** *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> **PRESIDENT DONALD TRUMP,** *et al.*, <br> **Defendants.** | No.: 2:25-cv-00127-JCC <br><br> **NOTICE OF APPEARANCE** |

**TO:** **THE CLERK**

**AND TO:** **ALL PARTIES AND COUNCIL OF RECORD.**

**YOU AND EACH OF YOU ARE HEREBY NOTIFIED** that effective immediately, S. Peter Serrano and Brett Rogers of Silent Majority Foundation hereby appear on behalf of Amici States: Iowa, Alabama, Arkansas, Florida, Idaho, Indiana, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Utah, and Wyoming, effective immediately.

All future pleadings and papers filed herein, exclusive, or original process, are to be served upon the undersigned, as well as on present counsel, at the address below, or as agreed upon through an electronic service agreement.

DATED this 3rd day of February 2025.

NOTICE OF APPEARANCE, IOWA ET AL.,
No.: 2:25-cv-00127-JCC

1

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

Respectfully Submitted,

*/s/Simon Peter Serrano*
Simon Peter Serrano, WSBA No. 54769
Brett Rogers, WSBA No. 39985
5238 Outlet Dr.
Pasco, WA 99301
(509)567-7086
pete@smfjb.org
brett@smfjb.org

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 3rd day of February 2025.

*/s/ Simon Peter Serrano*
Simon Peter Serrano