The Honorable John C. Coughenour

In The United States District Court
For The Western District Of Washington

| | |
|---|---|
| State of Washington, et al.,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>Donald J. Trump, et al.,<br><br>        *Defendants*. | No. 2:25-cv-00127-JCC<br><br>Unopposed Motion For Leave To File Brief Of Amici Curiae Members of Congress In Support Of Defendants |

      Proposed Amici Curiae Members of Congress move for leave to file an amicus brief in support of Defendants. Proposed amici are Members of Congress who therefore share in the "power to enforce, by appropriate legislation, the provisions of" the Fourteenth Amendment. U.S. Const. Amend. XIV, cl. 5. The proposed brief will assist the Court in its consideration of the pending motion, by demonstrating the historical understanding of the citizenship clause, dating from the Civil Rights Act of 1866, through the ratification debates over the Fourteenth Amendment.

      Counsel for proposed amici have conferred with counsel for the parties. Plaintiffs and Defendants both consent to the request for leave to file. A copy of the proposed brief has been submitted with this motion.

///

///

///

///

///

Unopposed Motion to File Amicus - 1

*Washington v. Trump*, No. 2:25-cv-00127-JCC (W.D. Wash.)

Ard Law Group PLLC

P.O. Box 281
Kingston, WA 98346
Phone: (206) 701-9243

February 3, 2025.

Ard Law Group PLLC

By: _[signature]_

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 281
Kingston, WA 98346
206.701.9243
Joel@Ard.law
Attorneys for Amici Members of Congress

s/ R. Trent McCotter
R. Trent McCotter
(*pro hac vice* pending)
Boyden Gray PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
202.955.0620
tmccotter@boydengray.com

s/Daniel Z. Epstein
(*pro hac vice* pending)
America First Legal Foundation
611 Pennsylvania Ave. SE #231
Washington, DC 20003
202.964.3721
daniel.esptein@aflegal.org

Unopposed Motion to File Amicus - 1

Washington v. Trump, No. 2:25-cv-00127-JCC (W.D. Wash.)

Ard Law Group PLLC
P.O. Box 281
Kingston, WA 98346
Phone: (206) 701-9243