The Honorable John C. Coughenour

In The United States District Court
For The Western District Of Washington

State of Washington, et al.,

    *Plaintiffs*,

v.

Donald J. Trump, et al.,

    *Defendants.*

No. 2:25-cv-00127-JCC

[Proposed] Order Granting Unopposed Motion For Leave To File Brief Of Amici Curiae Members of Congress In Support Of Defendants

Noting Date: Feb 3, 2025

### [Proposed] Order Granting Unopposed Motion Of Members Of Congress To File Brief In Support Of Defendants.

Before the Court is the unopposed motion of Members of Congress for leave to file a brief as amicus curiae in support of Defendants. Good cause appearing therefore, the motion is **Granted**.

**So Ordered.**

Dated this \_\_\_\_ day of _____, 2025

_____

Honorable John C. Coughenour
United States District Judge

///
///

[Proposed] Order Granting Unopposed Motion to File Amicus

*Washington v. Trump*, No. 2:25-cv-00127-JCC (W.D. Wash.)

Ard Law Group PLLC
P.O. Box 281
Kingston, WA 98346
Phone: (206) 701-9243

1  Presented this February 3, 2025 by:

 

ARD LAW GROUP PLLC

By: _____

Joel B. Ard, WSBA # 40104
ARD LAW GROUP PLLC
P.O. Box 281
Kingston, WA 98346
206.701.9243
Joel@Ard.law
Attorneys for Amici Members of Congress


s/ R. Trent McCotter

R. Trent McCotter
(*pro hac vice* pending)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
202.955.0620
tmccotter@boydengray.com


s/Daniel Z. Epstein

(*pro hac vice* pending)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003
202.964.3721
daniel.esptein@aflegal.org

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO FILE AMICUS

*WASHINGTON V. TRUMP*, No. 2:25-cv-00127-JCC (W.D. Wash.)

ARD LAW GROUP PLLC
P.O. Box 281
Kingston, WA 98346
Phone: (206) 701-9243