The Honorable John C. Coughenour

In The United States District Court
For The Western District Of Washington

| | |
|---|---|
| State of Washington, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>Donald J. Trump, et al.,<br><br>    *Defendants*. | No. 2:25-cv-00127-JCC<br><br>[Proposed] Order Granting Unopposed Motion For Leave To File Brief Of Amici Curiae Members of Congress In Support Of Defendants<br><br>Noting Date: Feb 3, 2025 |

### [Proposed] Order Granting Unopposed Motion Of Members Of Congress To File Brief In Support Of Defendants.

Before the Court is the unopposed motion of Members of Congress for leave to file a brief. as amicus curiae in support of Defendants. Good cause appearing therefore, the motion is **Granted**.

**So Ordered.**

Dated this __3rd__ day of __February__, 2025

_____
Honorable John C. Coughenour
United States District Judge

///
///

---

[Proposed] Order Granting Unopposed Motion to File Amicus

*Washington v. Trump*, No. 2:25-cv-00127-JCC (W.D. Wash.)

Ard Law Group PLLC
P.O. Box 281
Kingston, WA 98346
Phone: (206) 701-9243

Presented this February 3, 2025 by:

                                                    ARD LAW GROUP PLLC

By: _____

Joel B. Ard, WSBA # 40104
ARD LAW GROUP PLLC
P.O. Box 281
Kingston, WA 98346
206.701.9243
Joel@Ard.law
Attorneys for Amici Members of Congress


s/ R. Trent McCotter
R. Trent McCotter
(*pro hac vice* pending)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
202.955.0620
tmccotter@boydengray.com

s/Daniel Z. Epstein
(*pro hac vice* pending)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003
202.964.3721
daniel.esptein@aflegal.org

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO FILE AMICUS
WASHINGTON V. TRUMP, No. 2:25-cv-00127-JCC (W.D. WASH.)

ARD LAW GROUP PLLC
P.O. Box 281
Kingston, WA 98346
Phone: (206) 701-9243