THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br>Defendants. | No.: 2:25-cv-00127-JCC<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF *AMICI* STATE OF IOWA AND 17 OTHER STATES FOR LEAVE TO FILE BRIEF IN OPPOSITION TO INJUNCTION |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF AMICI STATES FOR LEAVE TO FILE BRIEF IN OPPOSITION TO PLAINTIFFS' PRELIMINARY INJUNCTION

Before the Court is the unopposed motion of Iowa, Alabama, Arkansas, Florida, Idaho, Indiana, Kansas, Louisiana, Missouri, Mississippi, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Utah and Wyoming for leave to file a brief as amicus curiae in Opposition to Plaintiffs' Motion for Preliminary Injunction. Good cause appearing therefore, the Motion is GRANTED.

///

SO ORDERED

Dated this  3rd  day of   February  , 2025.

*[signature: John C. Coughenour]*

**HONORABLE JOHN C. COUGHENOUR**
**UNITED STATES DISTRICT JUDGE**

Presented by:

*/s/Simon Peter Serrano*
Simon Peter Serrano, WSBA No. 54769
Brett Rogers, WSBA No. 39985
5238 Outlet Dr.
Pasco, WA 99301
(509)567-7086
pete@smfjb.org
brett@smfjb.org


BRENNA BIRD
  *Attorney General*
  *State of Iowa*
ERIC WESSAN
  *Solicitor General*
(515) 823- 9177
eric.wessan@ag.iowa.gov
1305 E Walnut Street

Counsel for Plaintiffs

2

[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION OF *AMICI*
No.: 2:25-cv-00127-JCC

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 3rd day of February 2025.

/s/Simon Peter Serrano
S. Peter Serrano

[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION OF *AMICI*
No.: 2:25-cv-00127-JCC

3

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301