The Honorable Judge John C. Coughnour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | Case No.: 2:25-cv-00127-JCC <br><br> **[PROPOSED] ORDER** |

Before the Court is the unopposed motion of Immigration Reform Law Institute for leave to file a brief as *amicus curiae* in support of Defendants and in opposition to Plaintiffs' motion for injunctive relief. For the reasons set forth by movant, the motion is GRANTED.

SO ORDERED.

Dated this _____ day of _____, 2025

_____
HONORABLE JOHN C. COUGHNOUR
UNITED STATES DISTRICT JUDGE