The Honorable Judge John C. Coughnour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | Case No.: 2:25-cv-00127-JCC <br><br> [PROPOSED] ORDER |

Before the Court is the unopposed motion of Immigration Reform Law Institute for leave to file a brief as *amicus curiae* in support of Defendants and in opposition to Plaintiffs' motion for injunctive relief. For the reasons set forth by movant, the motion is GRANTED.

SO ORDERED.

Dated this  3rd  day of  February , 2025

*/s/ John C. Coughnour*
_____
HONORABLE JOHN C. COUGHNOUR
UNITED STATES DISTRICT JUDGE