In United States District Court, Seattle Division;

STATE OF WASHINGTON, *et al.*;

    Plaintiffs;

v.

DONALD TRUMP, *et al.*;

    Defendants;

No.: C25-0127-JCC;

Judge: John C. Coughenour;

Judicial Notice;

Lodgement Qui Tam;

FILED LODGED RECEIVED MAIL
JAN 3 1 2025
CLERK, AT SEATTLE
U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

Comes now, Vincent Dale Ross, Declarant herein, Qui Tam, a "Native-born" "Citizen of the United States" "pursuant to" "The unanimous Declaration of the thirteen united States of America"[sic] (1776) and to "Constitution of the United States"[sic] and to "Law of the Land"[sic] (see: Journal of Congress, vol. I, p. 28-30, 69; Pawlet v. Clark; Nelson v. Carland; Wynehamer v. People; Hoke v. Henderson; Van Zant v. Waddell; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Greene v. Briggs; Murray's v. Hoboken; Ex p. Milligan; Cummings v. Mo.; U.S. v. Hall; Ex p. Va.; Ex p. Curtis; Merritt v. Welsh; Slaughter House Cases; U.S. v. Lee; Ex p. Wall; Davidson v. New Orleans; Boyd v. U.S.; Orient Ins. v. Daggs; S. Carolina v. U.S.; ), reënforced by "Fourteenth Article of Amendment, Section 1 and Section 5" (Congressional Globe, 39th Congress, 1st session at 2765; Congressional Globe, 42nd Congress, 1st session at 374, 394, 429; e.g.); Descendant of Veterans of "War for Independence" (1774-1783) and of "War Between The States" (1861-1865), lodging this Qui Tam Imperative Formal "Judicial Notice" founded upon "Law of the Land", with "Supreme Court of the United States"[sic] "Precedents" (*res judicata*) repeatedly evaded or "suppressed" by "the courts", "from the highest to the lowest" (U.S. v. Lee);

- "The solution to our current problems is not government: Government is the problem." Ronald Reagan, "Weekly Radio Address", May 1985, to wit:

Declarant Qui Tam has Imperative Interests in the Subject-Matter of the afore-styled "Case" (C25-0127-JCC) pending and Imperative "Constitutional Questions" founded upon *res judicata* ("well-established law") for which improper rulings shall inflict additional "injury", "Economic Burdens", "Violations" of "Fiduciary Duty"; "Violations" of "Public Duty", "Betrayals" of "solemn" "Oath of Office", severally ("Perfidy"), worsening, "Security", worsening "Oppressions", such as, under the "false" "theory of necessity" (Ex p. Milligan; e.g.) and "false" or "mis-leading" "Representations" (Bigelow, Fraud; Bigelow, Estoppel; e.g.), against Him, inflicting worsening "confidence" in "Public Officers" and "Agents" and "the courts" (P. Leahy, D-Vt.; e.g.), by Him, and by others, if or when, "the true intent and meaning of the" "Constitution" and of "the law of the land" (Journal of Congress, vol. I, p. 28-30, 69; Chisholm v. Ga.; Calder . Bull; Cohens v. Va.; Ex p. Milligan; Cummings v. Mo.; Slaughter House Cases; U.S. v. Lee; Ex p. Wall; Boyd v. U.S.; Orient Ins. v. Daggs; S. Carolina v. U.S.) and of "solemn" "Oath of Office" (Const., Art. II, Art. IV, Art. VI; Cohens v. Va.; Hepburn v. Griswold; Ex p. Wall; Marshall v. Balto. & ORR; e.g.) are again "flagitiously" (Rawle, Const.; Tucker, Const.; e.g.) "supplanted" (R. Pound) using "political party" Dogma or "policy" or "code" or "necessity", e.g., as has become the "Standard Operating Procedure" ("SOP") "under

government as we've known it since the New Deal" (Weiner, Brennen Center), ss., "our democracy" (Roberts, "Year-end Rep."; Biden, Harris, Clinton, Obama, Pelosi, "AOC", Others); whereas, see, Const., Art. IV, § 4, thus:

"a Republican Form of Government";

Also see: S. Carolina v. U.S.; U.S. v. Lee;; Calder v. Bull; Cohens v. Va.; Cummings v. Mo.; Ex p. Milligan; Norton, Losing Liberty; Norton, Lawless Gov't.; Napolitano, It Is Dangerous To Be Right When The Gov't. Is Wrong; Madison, Papers; Jefferson, Papers; Adams, Papers; Federalist Papers; Anti-Federalist Papers; e.g.;

Declarant Qui Tam has no financial or other association with Litigants beyond Mutual "American Citizenship" , ss., "Citizens of the United States", and Their "solemn" "Oath of Office", severally, for Their Individual "faithful" "obedience to the Constitution" (Legal Tender Cases; Cohens v. Va.; cites herein) and to "Law of the Land" (Journal, ante; Nelson v. Carland; cites herein), which Declarant Qui Tam is Dis-Satisfied of Their degrees of "Fidelity" ("Fiduciary Duty", "Public Duty", e.g.) when compared to Historical Records and "Supreme Court of the United States"[sic] "Precedents", res judicata, such as cited herein;

Declarant Qui Tam is appalled by the utter "want of" "diligent" research performed by "Parties to the Suit";

Declarant Qui Tam is appalled by the "unlawful", "unconstitutional" use, abuse or usurpation, of "executive order" for attempting to "manufacture" (Chambers v. Fla.) 'acts' of legislation. Historically, A. Lincoln was first to use such an instrument: His use was strictly for Formal Communications with His Generals-in-the-Field during "War Between The States" not for "simulating" legislative 'acts' or to "manufacture" (Chambers v. Fla.) "policy" instead of "executing" "Law of the Land" as directed by Const., Art. II, § 3, thus:

"he shall take Care that the Laws be faithfully executed," (Journal, ante; Nelson v. Carland)

Declarant Qui Tam uncovered various Authentic Historical Records from "America's Founders" and from "Supreme Court of the United States"[sic] "Reports" and Treatises cited therein, which patently declare that no executive, no legislators, no judicial officers have "lawful" Authority to "alter or amend" the "intent and meaning of" "the Constitution" or of "the Law of the Land", both of which are "reasonably" well presented herein, but evaded or "suppressed" or wrongly "Represented" by "corporate" or "Public Officers" and "Agents"; see: Hayburn's Case; Van Horne's v. Dorrance; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Nelson v. Carland; Greene v. Briggs; Murray's v. Hoboken; Wynehamer v. People; Ex p. Milligan; Cummings v. Mo.; Boyd v. U.S.; Journal, ante; Paine, Rights of Man; Rutherforth, Inst.; Tucker, Comm.; Kent, Comm.; cites herein;

"the Laws" in the Case (C25-0127-JCC) pending are un-ambiguous, thus:

From South Carolina v. U.S., to wit:

"We have in this Republic a dual system of government, National and state, each operating within the same territory and upon the same persons; ... The Constitution is a written instrument. As such its meaning does not alter. That which it meant when adopted it means now. Being a grant of powers to a government its language is general, and as changes come in social and political life it embraces in its grasp all new conditions which are within the scope of the powers in-terms conferred. In other words, while the powers granted do not change, they apply from generation to generation to all things to which they are in their nature applicable. This in no manner abridges the fact of its changeless nature and meaning. Those

things which are within its grants of power, as those grants were understood when made, are still within them, and those things not within them remain still excluded. As said by Mr. Chief Justice Taney in Dred Scott v. Sandford, 19 How. 393, 426:

'It is not only the same in words, but the same in meaning, and delegates the same powers to the Government, and, reserves and secures the same rights and privileges to the citizens; and as long as it continues to exist in its present form, it speaks not only in the same words, but with the same meaning and intent with which it spoke when it came from the hands of its framers, and was voted on and adopted by the people of the' United States. Any other rule of construction would abrogate the judicial character of this court, and make it the mere reflex of the popular opinion or passion of the day.'

It must also be remembered that the framers of the Constitution were not mere visionaries, toying with speculations or theories, but practical men, dealing with the facts of political life as they understood them, putting into form the government they were creating, and prescribing in language clear and intelligible the powers that government was to take. Mr. Chief Justice Marshall, in Gibbons v. Ogden, 9 Wheat. 1, 188, well declared:

'As men whose intentions require no concealment, generally employ the words which most directly and aptly express the ideas they intend to convey, the enlightened patriots who framed our Constitution, and the people who adopted it, must be understood to have employed words in their natural sense, and to have intended what they have said.'

One other fact must be borne in mind, and that is that in interpreting the Constitution we must have recourse to the common law. As said by Mr. Justice Matthews in Smith v. Alabama, 124 U. S. 465, 478:

'The interpretation of the Constitution of the United States is necessarily influenced by the fact that its provisions are framed in the language of the English common law, and are to be read in the light of its history.'

And by Mr. Justice Gray in United States v. Wong Kim Ark- 169 U. S. 649, 654:

'In this, as in other respects, it must be interpreted in the light of the common law, the principles and history of which were familiarly known to the framers of the Constitution. Minor v. Happersett, 21 Wall. 162; Ex parte Wilson, 114 U. S. 417, 422; Boyd v. UnitedStates, 116 U. S.616, 624, 625; Smith v. Alabama, 124 U. S. 465. The language of the Constitution, as has been well said, could not be understood without reference to the common law. 1 Kent Com. 336; Bradley, J., in Moore v. United States, 91 U. S. 270, 274.'"

In Cohens v. Va. "the Court" was even more adamant about "contemporaneous exposition" (*q.v.*) and the sanctity of "the true intent and meaning of the" "Constitution" bluntly declaring wrongful applications or representations or uses of the "powers", "limitations", terms therein, or of "the Law of the Land", thus:

"treason to the Constitution."

Which unmistakably invokes Reagan's admonishment, to wit:
- "The solution to our current problems is not government: Government is the problem."

This Case (C25-0127-JCC) pending proves that: The "Subject-Matter" to this Case (C25-0127-JCC) constitutes only "one-of-thousands" of symptoms & "branches" (Thoreau, Walden) for "distractions" from the "root" (Thoreau, post) of "our current problems" (Reagan, *ante*), to wit:

- "There are a thousand hacking at the branches of evil to one who is striking at the root." Thoreau, Walden;

America's Founders and 39th Congress were blunt with Their definitions and descriptions of "Citizenship", thus: From the Constitutional Convention at Phila., Penna., to wit:

- "A citizen of America is a citizen of the general government, and is a citizen of the particular State in which he may reside. ... In forming the general government we must forego our local habits and attachments, lay aside our State connections, and act for the general good of the whole. The general government is not an assemblage of States, but of individuals."  James Wilson, Const'l. Conv. (1787-8); Madison, Notes; Yates, Mtgs.; Farrand, Records; Elliott, Debates; Chisholm v. Ga.; Trop v. Dulles, cites herein;

From "Supreme Court of the United States"[sic] "defining" "Citizenship", to wit:

- "'The natives, or natural-born citizens, are those born in the country, of parents who are citizens. As society cannot perpetuate itself otherwise than by the children of the citizens, those children naturally follow the condition of their parents, and succeed to all their rights.' Again: 'I say, to be of the country, it is necessary to, be born of a person who is a citizen; for if he be born there of a foreigner, it will be only the place of his birth, and not his country. The inhabitants, as distinguished from citizens, are foreigners who are permitted to settle and stay in the country.' (Vattel, Book 1, cap. 19, p. 101.)". Scott v. Sandford; Chisholm v. Ga.; Slaughter House Cases; S. Carolina v. U.S.; Tucker, Comm.; Rawle Const.; Federalist Papers; Anti-Federalist Papers; e.g.;

Furthermore, "Fourteenth Article of Amendment" was declared "ratified" in 1868. "Section 1" unequivocally "defines" "Citizenship", and is, *per se*, "the Equal Rights Amendment" for "any person"! "citizen or not";

From Congressional. Globe, 39th Congr., 1st sess, at 2765, to wit:

- "A citizen of the United States is held by the courts to be a person who was born within the limits of United States and subject to their [Note: "their" not "its"!!!] laws. ... to put the citizens of the several States on an equality with each other as to all fundamental rights, a clause was introduced into the Constitution declaring that, 'the citizens of each State shall be entitled to all the privileges and immunities of the citizens of the several States.' the effect of this was to constitute *ipso facto*[sic] the citizens of each one of the original States citizens of the United States. And how did they antecedently become citizens of the several States? By birth or by naturalization. They became such by virtue of national law, or rather natural law [Rutherforth, Inst.] which recognizes persons born within the jurisdiction of every country as being subjects or citizens of that country. Such persons, therefore, were citizens of the United States as were born in the country or were made such by naturalization; and the Constitution declares that they are entitled as citizens to all the privileges and immunities of citizens in the several States. They are, by constitutional right[sic], entitled to these privileges and immunities, and may assert this right and these privileges and immunities, and ask[sic] for their enforcement whenever they go within the limits of the several States of the Union. "

> At this point of His committee report, Mr. Howard (proxy for ailing Chairman Fessenden) rambles about the "meaning" of "privileges and immunities" and quotes Justice Washington from Corfield v. Coryell at length, which is courteously omitted here for brevity. However, as a note of "Precedent", Justice Washington was previously quoted from Corfield v. Coryell at length in Calder v. Bull.

Now, to continue from Mr. Howard's report on "14[th] Art. of Amend., § 1", thus:

- "— to these [aforedescribed "privileges and immunities"] should be added the personal rights [absolutely not "civil rights", see Webster, *post!*] guarantied and secured by the first eight amendments of the Constitution; ... "

    Mr. Howard here recites the "Bill of Rights" which, again, is courteously omitted for brevity and clarity to the "Subject-Matter" "artificially" "at issue";

To continue from Mr. Howard's report on "14[th] Art. of Amend., § 1", thus:

- "The great object of the first section of this amendment is, therefore, to restrain the power States and to compel them at all times to respect these great fundamental guarantees[sic]. ... by the fifth section of this amendment, which declares that, 'the Congress shall have power to enforce by appropriate legislation the provisions of this article.' Here is a direct affirmative delegation of power to Congress to carry out all the principles of all the guarantees[sic], ... The last two clauses of the first section of the amendment disable a State from depriving not merely a citizen of the United States, but any person, whoever he ["he" in this context, as for "man" in "The unanimous Declaration" (1776), implicitly comprehends and encompasses both male and female genders — refuting what far too many today erroneous pretend] may be, of life, liberty, or property without due process of law, or from denying to him the equal protection of the laws of the State. this abolishes all class legislation in the States and does away with the injustice of subjecting one caste of persons to a code not applicable to another. ... I look upon the first section taken in connection with the fifth, as very important. It will, if adopted by the States, forever disable every one of them from passing laws trenching upon these fundamental rights and privileges which pertain to citizens of the United States, and to persons who may happen to be within their jurisdiction. It establishes equality before the law, and it gives to the humblest, the poorest, the most despised of the race [ss., "mankind"] the same rights and the same protection before the law as it gives to the most powerful, the most wealthy, the most haughty. That, sir, is republican government, as I understand it, and the only one which can claim the praise of a just Government. Without this principle of equal justice to all men and equal protection under the shield of the law, there is no republican government and none that is really worth maintaining."

    At this point, Mr. Howard continues the committee report discussing "suffrage" and the subsequent sections of the 14th Art. of Amend. which are not imperatives to the current "Subject-Matter" erroneously "at issue", except to note that "citizens of the United States" are deprived all "fundamental rights and privileges and immunities" which 14th Art. of Amend, "intended" to "secure and guaranty", and not merely "suffrage", the States and "corporate" "officers" and "agents" only acknowledge the entity that "is totally unknown" to the Constitution which is that of "U.S. Citizen"!!! ss., "HUMAN CAPITAL" (on gov't. web-sites). "Flagitiously" (Rawle, Const.), 14th Art. of Amend. is not "obeyed" or "enforced" by "the courts", "from the highest to the lowest" (U.S. v. Lee; e.g.) within Texas or within "District of Columbia". For example, Declarant Qui Tam has been disdainfully castigated by 'judges', 'attorneys', 'police', repeatedly, thus:
    
    "You have no rights!" "The law does not apply!" "The Constitution is irrelevant!" "No One can question the government!"

So much for "Bill of Rights", "14[th] Art. of Amend.", "Law of the Land", "Oath of Office"!! (Williams v. U.S.; Bounds v. Smith; Cummings v. Mo.; Boyd v. U.S.; Wynehamer v. People; Hoke v. Henderson; e.g.);

From "Supreme Court of the United States"[sic] "enforcing" 14th Art. of Amend., § I, to wit:

- "to establish a clear and comprehensive definition of citizenship which should declare what should constitute citizenship of the United States, and also citizenship of a State, the first clause of the first section was framed. 'All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside.' The first observation we have to make on this clause is, that it puts at rest both the questions which we stated to have been the subject of differences of opinion. It declares that persons may be citizens of the United States without regard to their citizenship of a particular State, and it overturns the Dred Scott decision by making all persons born within the United States and subject to its jurisdiction citizens of the United States. That its main purpose was to establish the citizenship of the negro can admit of no doubt. The phrase, 'subject to its jurisdiction' was intended to exclude from its operation children of ministers, consuls, and citizens or subjects of foreign States born within the United States. ... And quoting from the language of Chief Justice Taney in another case, it is said 'that *for all the great purposes for which the Federal government* was established, we are one people, with one common country, *we are all citizens of the United States.*[sic]" Slaughter House Cases; Ex p Va.; Stanton v. Baltic Min'g; Edwards v. Cuba R.; Eisner v. Macomber; So. Pacific v. Lowe; Clark v. Titusville; Stewart Dry Goods v Lewis; Valentine v. Great A & P Tea; 15 USC 17; cites herein, e.g.;

> Nothing can be any plainer, <u>un</u>-ambiguous, to Honest, Intelligent, Thinking Individuals than, "The phrase, 'subject to its jurisdiction' was <u>intended</u> <u>to</u> <u>exclude</u> from its operation <u>children</u> <u>of</u> ministers, consuls, and <u>citizens or subjects of foreign States born within the United States.</u>" (*ante*)

> "<u>Flagitiously</u> (Rawle, Const.), there are many-too-many who ignorantly or deliberately profess that children born within the United States of parents <u>not</u> "native" "citizens of the United States" or <u>not</u> "Naturalized citizens of the United States" are spontaneously American "Citizens" merely by their "place of birth", even tho' the parents are <u>not</u> "Citizens of the United States" (to be deliberately redundant!):

> Such dogma is most <u>grossly</u> "treacherous" (Bouvier, Law Dict.), <u>false</u> "Representations" of "Law of Nations", "International Law", in addition to ineffably "<u>flagitious</u>" (Rawle, Const.) and <u>false</u> "Representations" of "the true intent and meaning of" "Constitution of the United States" and "Law of the Land" upon which "the Constitution" and "America" is founded!!!   (Nelson v. Carland; S. Carolina v. U.S.; cites herein)

We've <u>lost</u> our "Security" and "Identity" as a <u>Nation</u>!!!!  by the deliberate "acts", "omissions", "false" or "<u>mis</u>-leading" "Representations" from "Public" and "corporate" "Officers" and "Agents" violating their "lawful" and "Fiduciary" "Duty" "under the laws of the United States of America", see: "Preamble"; Nelson v. Carland; cites herein;

- "Citizenship in the United States is defined; it is made independent of citizenship in a state, and citizenship in a state is a result of citizenship in the United States. So that a person born or naturalized in the United States, and subject to its jurisdiction, is, without reference to state constitutions or laws, entitled to all the privileges and immunities secured by the constitution of the United States to citizens thereof. ... From these provisions [in 14th Art. of Amend. § 1] it follows clearly, as it seems to us, that congress has the power, by appropriate legislation, to protect the fundamental rights of citizens of the United States against unfriendly or insufficient state legislation, for the fourteenth amendment not only prohibits the making or enforcing of laws which shall abridge the privileges of the citizen, but prohibits the states from denying to all persons within its jurisdiction the equal protection of the laws. Denying includes inaction as well as action, and denying the equal protection of the laws includes the omission to protect, as well as the omission to pass laws for protection. The citizen of the United States is entitled to the enforcement of the laws for the protection of his fundamental rights, as well as the enactment of such laws. Therefore, to guard against the invasion of the citizen's fundamental rights, and to insure their adequate protection, as well against state legislation as state inaction, or incompetency, the amendment gives congress the power to enforce its provisions by appropriate legislation. And as it would be unseemly for congress to interfere directly with state enactments, and as it cannot compel the activity of state officials, the only appropriate legislation it can make is that which will operate directly on offenders and offenses, and protect the rights which the amendment secures. ... it must be remembered that it is for the purpose of protecting federal rights, and these must be protected even though it interfere with state laws or the administration of state laws. We think, therefore, that the right of freedom of speech, and the other rights enumerated in the first eight articles of amendment to the constitution of the United States, are the privileges and immunities of citizens of the United States, that they are secured by the constitution, that congress has the power to protect them by appropriate legislation." U.S. v. Hall; Congr'l. Globe, 39th Congr., 1st sess., 2765; Hale v. Henkel; Kent, Comm.; Slaughter House Cases; Ex p. Va; Ex p. Curtis; Merritt v. Welsh; e.g.;

- "... the individual may stand upon his constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no such duty to the state, since he receives nothing therefrom, beyond the protection of his life, liberty, and property. His rights are such as existed by the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under (a judicial power warrant)[sic] a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights.[sic]" Hale v. Henkel; Trop v. Dulles; Bounds v. Smith; Williams v. U.S.;

  <u>Not</u> today with "ID", "REAL ID", and "telephone number", &c, <u>demanded everywhere</u> !!

- "the theory of necessity on which it is based is false." Ex p. Milligan; Cummings v. Mo.; Greene v. Briggs; Davidson v. New Orleans; Boyd v. U.S.; Orient Ins. v. Daggs; Calder v. Bull; Cohens v. Va.; e.g.;

- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; Cohens v. Va.; Trezevant v. Tampa; <u>Not</u> today with "ID", "REAL ID", and "telephone number", &c, <u>demanded</u> <u>everywhere</u> !!

Whereas, "under" "our democracy" (Roberts, "Year-end Rep."; Biden; Harris; Clinton; Obama; Pelosi; "AOC"; Others) <u>all</u> activities and "Property" are "licensed", "taxed", "manipulated" and "controlled" by "those intrusted with power" (Jefferson, 1779) in the nature of European-Marxist-socialist precepts; Whereby, "Rights" are,

"honored, by this Court, only with lip service." Gideon v. Wainwright;

<u>Notice</u>: The term, "U.S. Citizen"[sic] does <u>not</u> appear in the foregoing "Precedents" <u>nor</u> "the Constitution" whereby, the "Rule of Construction", thus:

- "nothing like or similar is the same, no likeness is exact identity." Coke, Rep.; Coke Inst.; Bl. Comm.; e.g.;
- "Power always sincerely, conscientiously, ..., believes itself right. Power always thinks it has a great soul and vast views beyond the comprehension of the weak; and that it is doing God's service when it is violating all his laws." Adams (1816), ss., "Hubris", or worse; Cohens v. Va.;
- "The labor of a human being is not a commodity or article of commerce." 15 USC 17; Madison, Prop. (1792); Hilliard, Taxation.; So. Pacific v. Lowe; Slaughter House Cases; Stanton v. Baltic; Pollock v. Farmers Loan; Eisner v. Macomber; Clark v. Titusville; Stewart Dry Goods v. Lewis; Valentine v. Great A & P Tea; others;
- "Civil rights are rights granted to corporations in society." Webster, Amer. Dict., 1st ed. (1828) at, "POLITICAL";
- "The only loyalty, ... , consists in obedience to the Constitution." Legal Tender Cases Calder v. Bull; Cohens v. Va.; U.S. v. Lee; Cummings v. Mo.; Davidson v. New Orleans; Boyd v. U.S.; S. Carolina v. U.S.; others;
- "The condition of the operatives [ss., agents] is becoming every day more like that of the English; and it cannot be wondered at, since, as far as I have heard or observed, the principal object is, not that mankind may be well and honestly clad, but, unquestionably, that corporations may be enriched." Thoreau, Walden; Roxanne Hoge, L.A., Calif.; Marshall v. Balto. & ORR; Herwig, Prison Nation; Rose, Celling America; Herwig, Prison Profiteers; cites herein;
- "It is the luxurious and dissipated who set the fashions which the herd so diligently follow." Thoreau, Walden; ss., "Arrested Development Behavior"; See: Jefferson, "Knowledge" (1779); R. Anderson, Ph.D.; e.g.;
- "Our rulers will become corrupt, our people careless. A single zealot may commence persecutor, and better men be his victims. It can never be too often repeated, that the time for fixing every essential right on a legal basis is while our rulers are honest, and ourselves united. From the conclusion of this war ["War for Independence"] we shall be going down hill. It will not then be necessary to resort every moment to the people for support. They will be forgotten, therefore, and their rights disregarded. They will forget themselves, but in the sole faculty of making money, and will never think of uniting to effect a due respect for their rights. The shackles, therefore, which shall not be knocked off at the conclusion of this war, will remain on us long, will be made heavier and heavier, till our rights shall revive or expire in a convulsion." Jefferson, Notes... (1781); Also see: Greene v. Briggs; Orient v. Daggs; Congressional Globe 42nd Congress, 1st session, at 374, 394, 429; History Repeats;

- "Mr. Madison wished to relieve the sufferers, but was afraid of establishing a dangerous precedent, which might hereafter be perverted to the countenance of purposes, very different from those of charity. He acknowledged, for his own part, that he could not undertake to lay his finger on that article in the Federal constitution, which granted a right to Congress of expending, on objects of benevolence, the money of their constituents. And if once they broke the line laid down before them, for the direction of their conduct, it was impossible to say, to what lengths they might go, or to what extremities this practice might be carried." Gazette of the U.S., 11 Jan. 7194; Annals of Congress, 3ʳᵈ Congr., 1ˢᵗ sess., 153, *et seq.*

- "If there be anything amiss therefore in the present state of our affairs, as the formidable deficit lately unfolded to us indicates, I ascribe it to the inattention of Congress to it's duties, to their unwise dissipation & waste of the public contributions. they seemed, some little while ago to be at a loss for objects whereon to throw away the supposed fathomless funds of the treasury.: Jefferson (1820);

- "I think my self that we have more machinery of government than is necessary, too many parasites living on the labor of the industrious. I believe it might be much simplified to the relief of those who maintain it." Jefferson;

- "It seems self-evident that all speech criticizing government rulers[sic] and challenging current beliefs may be dangerous to the status quo. With full knowledge of this danger, the Framers rested our First Amendment on the premise that the slightest suppression of thought, speech, press, or public assembly is still more dangerous. This means that individuals are guaranteed an undiluted and unequivocal right to express themselves on questions of current public interest. It means that Americans discuss such questions as of right and not on sufferance of legislatures, courts or any other governmental agencies. It means that courts are without power to appraise and penalize utterances upon their notion that these utterances are dangerous. In my view, this uncompromising interpretation of the Bill of Rights is the one that must prevail if its freedoms are to be saved. Tyrannical totalitarian governments cannot safely allow their people to speak with complete freedom." Weiman v. Updegraff; Olmstead v. U.S.; Orient Ins. v. Daggs; S. Carolina v. U.S.; Hale v. Henkel; cites herewith;

- "The Judiciary of the US. is the subtle corps of sappers & miners constantly working under ground to undermine the foundations of our confederated fabric." Jefferson (1820);

Dis-hearteningly, History, like "our current problems" (Reagan), prove that 14ᵗʰ Art. of Amend., like "Bill of Rights", have never been "enforced" as originally "intended", see cites herein, e.g. Much more could be expounded on the "Subject-Matter" using the examples of: "Indian Wars"; "Jim Crow"; Plessy v. Ferguson; Selma; "U.S. Citizen"; "incorporation"; "monopolies"; "National Debt"; "Fractional Banking"; "Financial Leverage"; Herwig, Prison Nation; Rose, Celling America; Herwig, Prison Profiteers; "abridging" or "infringing" "Liberty" or "Property"; "extra-judicial killings"; "immunity"; "absolute immunity"; "Peëmptive Pardons"; e.g.; all of which are examples, of "Violations" of "the Constitution and" "the Law of the Land" and "solemn" "Oath of Office", by "corporate" or "Public Officers" and "Agents": Hypocrisy; "high crimes and misdemeanors", to wit:

- "If a nation expects to be ignorant and free, in a state of civilization, it expects what never was and never will be." Jefferson (1816): "our current problems" (Reagan) prove that; also see, Gibbon, Decline and Fall Of The Roman Empire; Napolitano, It Is Dangerous To Be Right When The Government Is Wrong; Jefferson, "Knowledge";
- "the legislature should at no time erect any new jurisdiction which should not proceed according to the course of the common law." Cummings v. Mo.; Ex p. Milligan; Cohens v. Va.; Greene v. Briggs; Murray's v. Hoboken; Davidson v. New Orleans; Boyd v. U.S.; S. Carolina v. U.S.; Louisville & N RR v. U.S.; Louisville & N RR v. Louisville; U.S. v. Hall; cites herein;
- "When those entrusted with enforcing the terms of a guarantee[sic] do not consider themselves bound by the guarantee[sic] there really is no guarantee[sic] at all." A. Napolitano, It Is Dangerous To Be Right When The Government Is Wrong, "Introduction"; Jefferson, "Diffusion of Knowledge" (1779); Jefferson, "Notes" (1781);
- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; Greene v. Briggs; others;
- "honored, by this Court, only with lip service." Gideon v. Wainwright.

As per the old, or not so old, saying, thus: "The more things change, the more they stay the same."

History Repeats: This Court has now the opportunity to "break the cycle" (Entropy).

"for one brief shining moment",  Lerner & Lowe (1960);

Wherefore, all the foregoing, Litigants "commit fraud upon the Court" (Bigelow, Fraud; Bigelow, Estoppel);

- "fraud vitiates the most solemn contracts, documents, even judgments." U.S. v. Throckmorton;
- "Gross negligence is held equivalent to intentional wrong" Bl., L. Dict.; Bouv., L.Dict.; Bigelow, Torts;
- "It is to the intention that all law applies." Bl., L. Dict.; Bouv. L.Dict.; Coke, Rep.; Coke, Inst.;
- "The practice of fixing and refixing the laws is a most dangerous one." Coke, Rep.; Bouv. L. Dict.;

Wherefore, Declarant Qui Tam Imperatively insists: that "the true intent and meaning of the" "Constitution" and the "Law of the Land" be "Judicially Enforced" "faithfully" and "persistently" in all Matters before the Court;

that Formal Sanctions, against Litigants for Their "manufactured" (Chambers v. Fla.; e.g.) 'controversy' over "Subject-Matter" unambiguously defined or described in the Historical Records and in "Supreme Court of the United States"[sic] "Precedents" herein, res judicata, and in the Official Records of Congress cited herein, of which They each and every One, severally, are "Duty bound" to know or, at least know "How" & "Where" to conduct "necessary and proper" "Research" as They are professed "competent": "Officers of the Court" or "Executives" or "members-in-good-standing" of "the Bar", or graduates of professed "law schools" (Norton, Losing Liberty; Fuller, Expansion; e.g.), "for a reasonably competent official should know the law" cited herein and should "diligently" conduct Forensic Research as integral part of ordinary "Duties", which is exceedingly easier now thru Inter-net, for avoiding un-necessary litigations and un-necessary expenditures of "Public Funds" which negatively impacts the "Economy", "taxes", the dubious "National Debt", ss.: "Fiscal irresponsibility";"irresponsible" or un-professional "Behavior"; "gross negligence"; for avoiding "Violations" of "the Constitution and "the law of the land"; for avoiding "Betrayals" of "solemn" "Oath. of Office"; for avoiding "Betrayals" of "Fiduciary Duty"; for avoiding "Betrayals" of "Public Duty"; for avoiding "Betrayals" of "Internal Security"; for avoiding "Violations" of "Rights", "Privileges and Immunities" "intended" to be "secured" and "guarantied" and "enforceable" thru "Bill of Rights", "14th Art. of Amend.", "due process of law guarantied by the Constitution and by the law of the land" (U.S.

v. Lee; Wynehamer v. People; Greene v. Briggs; Murray's v. Hoboken; Ex p. Milligan; Cummings v. Mo.; U.S. v. Hall; Davidson v. New Orleans; Slaughter House Cases; Ex p. Wall; Boyd v. U.S.; Orient Ins. v. Daggs; S. Carolina v. U.S.; Ex p. Grossman; Story, Agency; Story, Contr.; Tucker, Comm.; Kent, Comm.; Bigelow, Fraud; Bigelow, Estoppel; Bigelow, Torts; e.g.);

Wherefore, Litigants herein deliberately "commit fraud upon the Court" by Their deliberate "manufacture" (Chambers v. Fla.) of a "controversy" where one cannot "lawfully" exist, for the "Subject-Matter" "at issue" was previously settled and clarified "for all time" more than one hundred years ago; And, Litigants, being "Public Officers" and "Agents" are "Duty bound" to "know the Law": Any Child able to use a "laptop" computer with Internet access can spontaneously and rapidly compile the Historical Information, *res judicata*, herein — the question begs answer, thus: Why could not Litigants have compiled the Historical Information herein and "obey" and "enforce" it as They each, severally, gave "solemn" "Oath" They would do (Marshall v Balto. & ORR; Ex p. Wall; Hepburn v. Griswold; cites herein); If They had "lawfully" performed Their "Fiduciary Duty" and "Public Duty" "pursuant to" "Solemn" "Oath of Office", severally, They would have "saved" "Public Funds" for use for "Lawful" purposes or "Duties", ss., "Fiscal Ir-responsibility" as the absolute least "Violation" of "Duty bound", or "abuses and usurpations" or "high crimes and misdemeanors"; Whereby, Joe Biden, Kamala Harris, Barack Obama, Bill Clinton, Nancy Pelosi, "AOC", and Others associated with both "Republican" & "Democratic" "political" "corporations", too numerous to list currently, have been inflicting some "Agenda", ever-changing dogma "unknown" "to the Constitution" and to "the law of the land" and to "We, the People of the United States" ("Preamble") using various obfuscations, see cites herein;

Wherefore, Litigants, by their "treacherous" (Bouvier, Law Dict.) "Behavior", have increasingly undermined or destroyed the "Peace and Dignity" and "National Security" of their respective States and of "the several States of the Union" and of the Citizens therein, ss., the entire Nation of "United States of America" ("Preamble"), "We, the People of the United States,";

Wherefore, Declarant Qui Tam begs the Court for severe substantive "Sanctions" against the Litigants for Their "flagitious" "abuses and usurpations" and "frauds", or utter "incompetence", or "gross negligence", not limited to disbarment, "pursuant to" "Law of Agency", "Law of Contracts", "Law of the Land", "solemn" "Oath of Office",

- "No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law, and are bound to obey it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives. Courts of justice are established, not only to decide upon the controverted rights of the citizens as against each other, but also upon rights in controversy between them and the government; and the docket of this court is crowded with controversies of the latter class. Shall it be said, in the face of all this, and of the acknowledged right of the judici-

-ary to decide in proper cases, statutes which have been passed by both 'branches of Congress and approved by the President to be unconstitutional, that the courts cannot give a remedy when the citizen has been deprived of his property by force, his estate seized and converted to the use of the government without lawful authority, without process of law, and without compensation, because the President has ordered it and his officers are in possession ? If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights." U.S. v. Lee; Ex p. Wall; Hepburn v. Griswold; Ex p. Milligan; Cummings v. Mo.; Marshall v. Balto. & ORR; Cohens v. Va.; Calder v. Bull; Chisholm v. Ga.; Van Horne's v. Dorrance; Olmstead v. U.S.; Merritt v. Welsh; Ex p. Curtis; Orient v. Daggs; Kent, Comm. — But, still not "manifest"!!

- "It is an undisputed principle of the common law, that for a breach of a public duty, an officer is punishable by indictment," South v. Maryland; Also see, Congressional Globe 42nd Congress, 1st session, at 374, 394, 429: "Flagitiously" (Rawle, Const.) no "Thing" has improved!!!

- "To say, as has been suggested, that the 'law of the land,' or 'due process of law,' may mean the very act of the legislature which deprives the citizen of his right, privileges, or property, leads to a simple absurdity[sic]. The constitution would then mean that no person should be deprived of his property or rights unless the legislature shall pass a law to effect the wrong, and this would be throwing the restraint entirely away. The true interpretation [sic; ss., "application"] of these constitutional phrases is, that when rights are acquired by the citizen under the existing law, there is no power in any branch of the government to take them away; but where they are held contrary to the existing law, or are forfeited by its violation, then they may be taken away from him —not by an act of the legislature, but in a due administration of the law itself [ss., "pursuant to" Journal of Congress, vol I, pp. 28 - 30, 69.! Nelson v. Carland; cites herein] — before the judicial tribunals of the state. The cause or occasion for depriving a citizen of his supposed rights must be found in the law as it is, or at least it cannot be *created*[sic] by a legislative act which aims at their destruction." Wynehamer v. The People; Ex p. Milligan; Cummings v. Mo.; Greene v. Briggs; Murray's v. Hoboken; Davidson v. New Orleans; Boyd v. U.S.; Taylor v. Porter; Hoke v. Henderson; Calder v. Bull; Van Horne's v. Dorrance; Hayburn's Case; Wharton, Cr. Law; Tucker, Comm.; Wharton, Cr.L.; Greenleaf, Evid.; cites herewith:

    Cites herewith patently "memorialize" the incessant attempts at "a coup" for the "overthrow" of "American Government" & "Law" and Our "Constitution" thru-out American History — Weiner (*ante*) openly boasts that such "perversions" were eventually successful "disguised" as "the New Deal"!! ss., "treason to the Constitution", Cohens v. Va.; Cicero, *Republica*; Washington, "Foreign Influences"; Federalist; others;

- They [ss., America's Founders] sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as against the Government, the right to be let alone — the most comprehensive of rights and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the Government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment. And the use as evidence in a criminal proceeding, of facts ascertained by such intrusion

must be deemed a violation of the Fifth."   Olmstead v. U.S.; Also see, Spano v. N.Y.; Orient v. Daggs; cites herewith;   Still not "manifest"!!    Also see, Congressional Globe 42nd Congress, 1st session, at 374, 394, 429;

- "These provisions for the security of the rights of the citizen stand in the Constitution in the same connection and upon the same ground, as they regard his liberty and his property. It cannot be denied that both were intended to be enforced by the judiciary as one of the departments of the government established by that Constitution. As we have already said, the writ of habeas corpus has been often used to defend the liberty of the citizen, and even his life, against the assertion of unlawful authority on the part of the executive and the legislative branches of the government. See .Ex parte Milligan, 4 Wall. 2; Kilbourn v. Thompson, 108 U. S. 168." U.S. v.Lee; Cummings v. Mo.; Congressional Globe 42nd Congress, 1st session, at 374, 394, 429;

- "Those who do not preserve the law of the land, they justly incur the awesome and indelible brand of infamy." Coke, Inst.; Cohens v. Va.; Calder v. Bull; Chisholm v. Ga.; Cummings v. Mo.; Wynehamer v. People; Journal of Congress, vol. I, 28-30, 69; Congressional Globe, 39th Congr., 1st sess. 2765; Tucker, Comm.; Story, Agency;

- "The law is not to be violated by those in government." Jenk., Rep.; Citizens v. Cincinnati; Spano v. N.Y.; e.g.;

- "As usurpation is the exercise of power, to which another has a right; so tyranny is the exercise of power beyond right, to which no body can have a right. Locke, Treat.; U.S. v.Lee; Story, Agency; Chisholm v. Ga.; e.g.;

- "the theory of necessity on which it is based is false." Ex p. Milligan; Bigelow, Fraud; U.S. v. Throckmorton;

- Silence can only be equated with fraud," U.S. v. Tweel; U.S. v. Prudden; Bigelow, Estoppel; Bigelow, Fraud;

- "The only loyalty, ... , consists in obedience to the Constitution." Legal Tender Cases; S. Carolina v. U.S.; e.g.;

- "When there are no courts to enforce individual rights tyranny and despotism begin." Adams; Merritt v. Welsh; Ex p. Curtis; Williams v. U.S.; Cohens v. Va.; U.S. v. Hall; Ex p. Va.;

Wherefore, all the foregoing, if not more, proffers this Court the Opportunity to retrieve to some, hopefully substantive degree, America and Americans, *in extremis*, from the edge of a fatal societal and "political" 'cliff' unprecedented in American History and re-direct the 'currents' of Events to "the true intent and meaning of the Constitution and" "the law of the land" in "fulfillment" of "solemn" "Oath of Office", severally (Hepburn v. Griswold; cites herein; *per se*);

"Indeed I tremble for my country when I reflect that God is just: that his justice cannot sleep for ever."
Jefferson, "Notes on the State of Va." (1781).

Subscribed and executed under Affirmation on this 26th day of January anno Domini two thousand twenty-five under the laws of the United States of America.

Vincent Dale Ross, Ph.D., FACMT; Min., Mphys. Theo., *et alia.*

American Independent Ministry.
10004 Wurzbach Road, Unit 215,
San Antonio, Texas.

## Constitutional Questions

1) Under what "constitutionally delegated power" do "corporate" or "Public" "Officers" and "Agents" falsely "Represent" "the true intent and meaning of" "the Constitution" or the "Form of Government" declared therein; e.g.: "our democracy" (Roberts, "Year-end Rep."; Biden, Harris, Clinton, Obama, Pelosi, "AOC", Others);

2) Under what "constitutionally delegated power" do "corporate" or "Public" "Officers" and "Agents" deliberately give their "solemn" "Oath of Office" for "obedience to the constitution" (Legal Tender Cases; Cohens v. Va; Hepburn v. Griswold; e.g.) and not "Betray" their "solemn" "Oath of Office" by committing "acts" or "omissions" or "false" & "mis-leading" "Representations" about "the Constitution and" "the law of the land" or about the "limitations" requisite to their "delegated power"; or by committing "Violations" of "Law of Agency" or "Law of Contracts"; or "Violations" of "Fiduciary Duty" or of "Public Duty" (U.S. v. Lee; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Cummings v. Mo.; Story, Contr.; Story, Agency; Kent, Comm.; Tucker, Comm.; e.g.);

3) Under what "constitutionally delegated power" was "this Republic" (S. Carolina v. U.S.; Const. Art., IV, §4; "Federalist" & "Anti-Federalist"; others) "perverted" (Jefferson, Diffusion of Knowledge, 1779) into "our democracy" (Roberts, "Year-end Rep."; Biden, Harris, Obama, Pelosi, "AOC", Others), as is promiscuously touted by "politicians", "from the highest to the lowest" (U.S. v. Lee; Madison, Papers; Jefferson, Papers; e.g.);

When were such perversions accomplished; How was it accomplished;

4) Under what "constitutionally delegated power" was the term, "U.S. Citizen" "manufactured" (Chambers v. Fla.);

- "U.S. Citizen" does not appear in any of the Historical Records and "Supreme Court of the United States"[sic] "Precedents" addressing "Citizenship" in the 18th & 19th centuries cited herein (S. Carolina v. U.S.; e.g.);

5) Under what "constitutionally delegated power" does "U.S. Citizen" receive or "exercise" different or superior or exclusive "Rights" or "Privileges" or "Immunities" or "Favors" deliberately denied to "citizens of the United States"; (14th Art. of Amend., § I; Cummings v. Mo.; Ex p. Milligan; U.S. v. Hall; Slaughter House Cases);

6) Under what "constitutionally delegated power" does any executive or legislature, or judicial officers "manufacture" (Chambers v. Fla.) "policy" or "procedures" or "code" or "doctrine", e.g., regarding foreign citizens or subjects that do not "comply with" "the great first principles" (Calder v. Bull) and "Law of the Land" and "due process of law guarantied by the Constitution and by the law of the land" (U.S. v. Lee; Cohens v. Va; Calder v. Bull; Nelson v. Carland; Journal of Congress, vol. I; Congressional Globe, 39th Congress, Cummings v. Mo.; Ex p. Milligan;); or, which are injurious to or detrimental to or exclusive of "citizens of the United States" (14th Art. of Amend., § I; Cummings v. Mo.; Ex p. Milligan );

7) Under what "constitutionally delegated power" was the term, "U.S. Constitution" "manufactured" (Chambers v. Fla.); That term, like the terms "U.S. Citizen" and "code" do not appear in the cites herein; Those terms do not appear until the 20th Century: whereas, Law of Contracts and Law of Agency (Story; Kent, Comm.; Tucker, Comm.; Bigelow, Fraud; Bigelow, Estoppel; e.g.) demand "Full-Disclosure" to all Parties;

8) Under what "constitutionally delegated power" are artificial entities spontaneously "manufactured" for "covering" individual "citizens"; or, without "full-disclosure"; or, used to evade or suppress or "supplant": "Rights", "Liberty", "Property", "Privileges and Immunities", "the Constitution", "the law of the land", "due process of law guarantied by the Constitution and by the law of the land";

9) Under what "constitutionally delegated power" are the terms of "Oath of Office" evaded or subverted or ignored or re-defined or "altered" or "amended"; (Story, Agency):

- "Power can never be delegated that the authority said to delegate does not itself possess." N.J. Steam v. Merchants; Story, Agency; Kent, Comm.; "We, the People of the United States," "Preamble";
- "Power delegated may not be again delegated," Coke, Inst.; Coke, Rep; Bouv., L. Dict; Story, Agency;
- "Fiction of law is wrongful if it works loss or injury to any one." Coke, Rep.; Broom, Amer. Max.; Bouv., L. Dict.; Bigelow, Fraud; Story, Agency; Chisholm v. Ga.; Ex p. Milligan; Cummings v. Mo.; Greene v. Briggs; Murray's v. Hoboken; Davidson .v. New Orleans; Orient Ins. v. Daggs; S. Carolina v. U.S.;
    "The system" insidiously has been using "Fictions" (e.g.: "U.S. citizen", "HUMAN CAPITAL") against "Americans" "under government as we've known it since the New Deal", *ante*) for insidiously evading or ignoring or "supplanting" (R. Pound) "the true intent and meaning of the "Constitution and" "the Law of the Land" and "Supreme Court of the United States"[sic] "Precedents", *res judicata*, cited herewith, *per se*;
- "Things invalid from the beginning cannot be made valid by subsequent act", Trayner, Max.; Bouvier, L. Dict.;
- "Time cannot render valid an act void in its origin", Broom, Max.; Bouvier, L. Dict.; U.S. v. Throckmorton;
- "An unconstitutional Act is not a law; it confers no rights; it imposes no duties; it affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed. Norton .v Shelby County." Calder v. Bull; Cohens v. Va.;
- "Corruption is always the forerunner of despotism." Mequire v. Corwine; Adams; Jefferson; Madison; Gibbon, Decline And Fall Of The Roman Empire; Napolitano, It Is Dangerous To Be Right When The Government Is Wrong; Merritt v. Welsh; Ex p. Curtis;
- "It is not lawful to do evil that good may come of it." Coke, Rep.; Ex p. Curtis; U.S. v. Lee; Spano v. N.Y.; e.g.;
- "A new adjudication does not make a new law, but declares the old; because adjudication is the utterance of the law, and by adjudication the law is newly revealed which was for a long time hidden." Coke, Rep.; Cohens v. Va.; U.S. v. Lee; Nelson v. Carland; Story, Agency; Bigelow, Fraud; Journal of Congress, vol. I, 28-30, 69; Congressional Globe, 39th Congr., 1st sess. 2765; Congressional Globe 42nd Congress, 1st sess., at 374, 394, 429;

Subscribed and executed under Affirmation on this 26th day of January anno Domini two thousand twenty-five under the laws of the United States of America.

Vincent Dale Ross, Ph.D., FACMT; Min., Mphys. Theo., *et alia*.

American Independent Ministry.
10004 Wurzbach Road, Unit 215,
San Antonio, Texas.

## Sources

Library of Congress;
National Archives;
Journal of Congress, Congressional Globe;
United States Reports; Supreme Court Reports;
Federal Cases Comprising Cases Argued and Determined ... ;
Dickinson, Letters From A Farmer in Pennsylvania (1767);
Dickinson-Jefferson, Declaration of Causes For Taking Up Arms (1775);
Jefferson, Writings: Randolph, ed.; Washington, ed.; Ford, ed.;
Jefferson, Summary View of the Rights of British America, 1774;
Jefferson, Notes on the State of Virginia, 1781, 1785;
Madison, Notes on the Federal Convention, 1787;
Madison, Writings: Gilpin, ed.; Worthington, ed.; MᵃᶜGuire, ed.; Hunt, ed.;
Adams, *Novanglus*, 1774; Thoughts On Government;
Adams, Defence of the Constitutions of Government ...  (1787);
Adams: Papers, Diaries, MHS;
Paine, Rights of Man;
Yates, Secret Meetings ... ;
Tucker, Blackstone's Commentaries Adopted ... ;
Kent, Commentaires on American Law;
Bouvier, Law Dictionary, 2ⁿᵈ, 6ᵗʰ, 8ᵗʰ, editions;
Bouvier, Institutes of American Law;
Coke, Institutes of English Common Law;
Coke, King's Bench Reports (Hayburn's Case);
Bigelow, Law of Fraud;
Bigelow, Law of Estoppel;
Bigelow, Law of Torts;
Bigelow, Government;
Bigelow, Bills and Notes;
Chipman, Principles of Government;
Hilliard, Elements of Law;
Hilliard, Torts;
Hilliard, Taxation;
Hilliard, Real Property; Mortgages;
Hurd, Personal Liberty & Writ of Habeas Corpus;
Maclay, Journal (1890);
Parsons, Political Rights, Personal Rights, Property Rights of a Citizen of the United States: ;
Rawle, A View of the Constitution of the United States;
Rutherforth, Institutes of Natural Law;
Story, Law of Agency, Law of Contracts, Equity Jurisprudence;
Smith, Wealth of Nations;
Taylor, New Views of the Constitution of the United States (1823);
Taylor, Construction Construed and Constitutions Vindicated (1820);
Taylor, An Inquiry Into the Principles ... (1814);
Upshur, A Brief Enquiry Into True Nature ... (1840, 1868);
Wilson, Lectures on Law; Works;
Federalist Papers, Anti-Federalist Papers;
Elliott, Debates In The Several States;
Farrand, Records of the Federal Convention;
Constitution of the United States of America (Library of Congress);
Webster, American Dictionary of the English Language, 1ˢᵗ ed.;
Cross, Military Laws of the United States with Constitution of the United States (1825);
Laws of the State of Virginia with Constitution of the United States (1816, 1819), e.g.;

In United States District Court,
Seattle Division;

STATE OF WASHINGTON, *et al.*;

                Plaintiffs;

        v.

DONALD TRUMP, *et al.*;

            Defendants;

No.: C25-0127-JCC;

Judge: John C. Coughenour;

Judicial Notice;

Lodgement Qui Tam;

Comes now, Vincent Dale Ross, Declarant herein, Qui Tam, a "Native-born" "Citizen of the United States" "pursuant to" "The unanimous Declaration of the thirteen united States of America"[sic] (1776) and to "Constitution of the United States"[sic] and to "Law of the Land"[sic] (see: Journal of Congress, vol. 1, p. 28-30, 69; Pawlet v. Clark; Nelson v. Carland; Wynehamer v. People; Hoke v. Henderson; Van Zant v. Waddell; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Greene v. Briggs; Murray's v. Hoboken; Ex p. Milligan; Cummings v. Mo.; U.S. v. Hall; Ex p. Va.; Ex p. Curtis; Merritt v. Welsh; Slaughter House Cases; U.S. v. Lee; Ex p. Wall; Davidson v. New Orleans; Boyd v. U.S.; Orient Ins. v. Daggs; S. Carolina v. U.S.; ), reënforced by "Fourteenth Article of Amendment, Section 1 and Section 5" (Congressional Globe, 39th Congress, 1st session at 2765; Congressional Globe, 42nd Congress, 1st session at 374, 394, 429; e.g.); Descendant of Veterans of "War for Independence" (1774-1783) and of "War Between The States" (1861-1865), lodging this Qui Tam Imperative Formal "Judicial Notice" founded upon "Law of the Land", with "Supreme Court of the United States"[sic] "Precedents" (*res judicata*) <u>repeatedly</u> evaded or "suppressed" by "the courts", "from the highest to the lowest" (U.S. v. Lee);

- "The solution to our current problems is not government: Government is the problem." Ronald Reagan, "Weekly Radio Address", May 1985, to wit:

Declarant Qui Tam has Imperative Interests in the Subject-Matter of the afore-styled "Case" (C25-0127-JCC) pending and Imperative "Constitutional Questions" founded upon *res judicata* ("well-established law") for which improper rulings shall inflict additional "injury", "Economic Burdens", "Violations" of "Fiduciary Duty"; "Violations" of "Public Duty", "Betrayals" of "solemn" "Oath of Office", severally ("Perfidy"), worsening, "Security", worsening "Oppressions", such as, under the "false" "theory of necessity" (Ex p. Milligan; e.g.) and "false" or "<u>mis</u>-leading" "Representations" (Bigelow, Fraud; Bigelow, Estoppel; e.g.), against Him, inflicting worsening "confidence" in "Public Officers" and "Agents" and "the courts" (P. Leahy, D-Vt.; e.g.), by Him, and by others, if or when, "the true intent and meaning of the" "Constitution" and of "the law of the land" (Journal of Congress, vol. 1, p. 28-30, 69; Chisholm v. Ga.; Calder . Bull; Cohens v. Va.; Ex p. Milligan; Cummings v. Mo.; Slaughter House Cases; U.S. v. Lee; Ex p. Wall; Boyd v. U.S.; Orient Ins. v. Daggs; S. Carolina v. U.S.) and of "solemn" "Oath of Office" (Const., Art. II, Art. IV, Art. VI; Cohens v. Va.; Hepburn v. Griswold; Ex p. Wall; Marshall v. Balto. & ORR; e.g.) are again "flagitiously" (Rawle, Const.; Tucker, Const.; e.g.) "supplanted" (R. Pound) using "political party" Dogma or "policy" or "code" or "necessity", e.g., as has become the "Standard Operating Procedure" ("SOP") "under

government as we've known it since the New Deal" (Weiner, Brennen Center), ss., "our democracy" (Roberts, "Year-end Rep."; Biden, Harris, Clinton, Obama, Pelosi, "AOC", Others); whereas, see, Const., Art. IV, § 4, thus:

"a Republican Form of Government";

Also see: S. Carolina v. U.S.; U.S. v. Lee;; Calder v. Bull; Cohens v. Va.; Cummings v. Mo.; Ex p. Milligan; Norton, Losing Liberty; Norton, Lawless Gov't.; Napolitano, It Is Dangerous To Be Right When The Gov't. Is Wrong; Madison, Papers; Jefferson, Papers; Adams, Papers; Federalist Papers; Anti-Federalist Papers; e.g.; Declarant Qui Tam has no financial or other association with Litigants beyond Mutual "American Citizenship", ss., "Citizens of the United States", and Their "solemn" "Oath of Office", severally, for Their Individual "faithful" "obedience to the Constitution" (Legal Tender Cases; Cohens v. Va.; cites herein) and to "Law of the Land" (Journal, *ante*; Nelson v. Carland; cites herein), which Declarant Qui Tam is Dis-Satisfied of Their degrees of "Fidelity" ("Fiduciary Duty", "Public Duty", e.g.) when compared to Historical Records and "Supreme Court of the United States"[sic] "Precedents", *res judicata*, such as cited herein;

Declarant Qui Tam is appalled by the utter "want of" "diligent" research performed by "Parties to the Suit";

Declarant Qui Tam is appalled by the "unlawful", "unconstitutional" use, abuse or usurpation, of "executive order" for attempting to "manufacture" (Chambers v. Fla.) 'acts' of legislation. Historically, A. Lincoln was first to use such an instrument: His use was strictly for Formal Communications with His Generals-in-the-Field during "War Between The States" not for "simulating" legislative 'acts' or to "manufacture" (Chambers v. Fla.) "policy" instead of "executing" "Law of the Land" as directed by Const., Art. II, § 3, thus:

"he shall take Care that the Laws be faithfully executed," (Journal, *ante*; Nelson v. Carland)

Declarant Qui Tam uncovered various Authentic Historical Records from "America's Founders" and from "Supreme Court of the United States"[sic] "Reports" and Treatises cited therein, which patently declare that no executive, no legislators, no judicial officers have "lawful" Authority to "alter or amend" the "intent and meaning of" "the Constitution" or of "the Law of the Land", both of which are "reasonably" well presented herein, but evaded or "suppressed" or wrongly "Represented" by "corporate" or "Public Officers" and "Agents"; see: Hayburn's Case; Van Horne's v. Dorrance; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Nelson v. Carland; Greene v. Briggs; Murray's v. Hoboken; Wynehamer v. People; Ex p. Milligan; Cummings v. Mo.; Boyd v. U.S.; Journal, *ante*; Paine, Rights of Man; Rutherforth, Inst.; Tucker, Comm.; Kent, Comm.; cites herein;

"the Laws" in the Case (C25-0127-JCC) pending are un-ambiguous, thus:

From South Carolina v. U.S., to wit:

"We have in this Republic a dual system of government, National and state, each operating within the same territory and upon the same persons; ... The Constitution is a written instrument. As such its meaning does not alter. That which it meant when adopted it means now. Being a grant of powers to a government its language is general, and as changes come in social and political life it embraces in its grasp all new conditions which are within the scope of the powers in-terms conferred. In other words, while the powers granted do not change, they apply from generation to generation to all things to which they are in their nature applicable. This in no manner abridges the fact of its changeless nature and meaning. Those

things which are within its grants of power, as those grants were understood when made, are still within them, and those things not within them remain still excluded. As said by Mr. Chief Justice Taney in Dred Scott v. Sandford, 19 How. 393, 426:

'It is not only the same in words, but the same in meaning, and delegates the same powers to the Government, and, reserves and secures the same rights and privileges to the citizens; and as long as it continues to exist in its present form, it speaks not only in the same words, but with the same meaning and intent with which it spoke when it came from the hands of its framers, and was voted on and adopted by the people of the' United States. Any other rule of construction would abrogate the judicial character of this court, and make it the mere reflex of the popular opinion or passion of the day.'

It must also be remembered that the framers of the Constitution were not mere visionaries, toying with speculations or theories, but practical men, dealing with the facts of political life as they understood them, putting into form the government they were creating, and prescribing in language clear and intelligible the powers that government was to take. Mr. Chief Justice Marshall, in Gibbons v. Ogden, 9 Wheat. 1, 188, well declared:

'As men whose intentions require no concealment, generally employ the words which most directly and aptly express the ideas they intend to convey, the enlightened patriots who framed our Constitution, and the people who adopted it, must be understood to have employed words in their natural sense, and to have intended what they have said.'

One other fact must be borne in mind, and that is that in interpreting the Constitution we must have recourse to the common law. As said by Mr. Justice Matthews in Smith v. Alabama, 124 U. S. 465, 478:

'The interpretation of the Constitution of the United States is necessarily influenced by the fact that its provisions are framed in the language of the English common law, and are to be read in the light of its history.'

And by Mr. Justice Gray in United States v. Wong Kim Ark- 169 U. S. 649, 654:

'In this, as in other respects, it must be interpreted in the light of the common law, the principles and history of which were familiarly known to the framers of the Constitution. Minor v. Happersett, 21 Wall. 162; Ex parte Wilson, 114 U. S. 417, 422; Boyd v. UnitedStates, 116 U. S.616, 624, 625; Smith v. Alabama, 124 U. S. 465. The language of the Constitution, as has been well said, could not be understood without reference to the common law. 1 Kent Com. 336; Bradley, J., in Moore v. United States, 91 U. S. 270, 274."

In Cohens v. Va. "the Court" was even more adamant about "contemporaneous exposition" (*q.v.*) and the sanctity of "the true intent and meaning of the" "Constitution" bluntly declaring wrongful applications or representations or uses of the "powers", "limitations", terms therein, or of "the Law of the Land", thus:

> "treason to the Constitution."

Which unmistakably invokes Reagan's admonishment, to wit:

• "The solution to our current problems is not government: Government is the problem."

This Case (C25-0127-JCC) pending proves that: The "Subject-Matter" to this Case (C25-0127-JCC) constitutes only "one-of-thousands" of symptoms & "branches" (Thoreau, Walden) for "distractions" from the "root" (Thoreau, *post*) of "our current problems" (Reagan, *ante*), to wit:

• "There are a thousand hacking at the branches of evil to one who is striking at the root." Thoreau, Walden;

America's Founders and 39th Congress were blunt with Their definitions and descriptions of "Citizenship", thus: From the Constitutional Convention at Phila., Penna., to wit:

- "A citizen of America is a citizen of the general government, and is a citizen of the particular State in which he may reside. ... In forming the general government we must forego our local habits and attachments, lay aside our State connections, and act for the general good of the whole. The general government is not an assemblage of States, but of individuals." James Wilson, Const'l. Conv. (1787-8); Madison, Notes; Yates, Mtgs.; Farrand, Records; Elliott, Debates; Chisholm v. Ga.; Trop v. Dulles, cites herein;

From "Supreme Court of the United States"[sic] "defining" "Citizenship", to wit:

- "The natives, or natural-born citizens, are those born in the country, of parents who are citizens. As society cannot perpetuate itself otherwise than by the children of the citizens, those children naturally follow the condition of their parents, and succeed to all their rights.' Again: 'I say, to be of the country, it is necessary to, be born of a person who is a citizen; for if he be born there of a foreigner, it will be only the place of his birth, and not his country. The inhabitants, as distinguished from citizens, are foreigners who are permitted to settle and stay in the country.' (Vattel, Book 1, cap. 19, p. 101.)". Scott v. Sandford; Chisholm v. Ga.; Slaughter House Cases; S. Carolina v. U.S.; Tucker, Comm.; Rawle Const.; Federalist Papers; Anti-Federalist Papers; e.g.;

Furthermore, "Fourteenth Article of Amendment" was declared "ratified" in 1868. "Section 1" unequivocally "defines" "Citizenship", and is, *per se*, "the Equal Rights Amendment" for "any person"! "citizen or not";

From Congressional. Globe, 39th Congr., 1st sess, at 2765, to wit:

- "A citizen of the United States is held by the courts to be a person who was born within the limits of United States and subject to their [Note: "their" <u>not</u> "its"!!!] laws. ... to put the citizens of the several States on an equality with each other as to all fundamental rights, a clause was introduced into the Constitution declaring that, 'the citizens of each State shall be entitled to all the privileges and immunities of the citizens of the several States.' the effect of this was to constitute *ipso facto*[sic] the citizens of each one of the original States citizens of the United States. And how did they antecedently become citizens of the several States? By birth or by naturalization. They became such by virtue of national law, or rather natural law [Rutherforth, Inst.] which recognizes persons born within the jurisdiction of every country as being subjects or citizens of that country. Such persons, therefore, were citizens of the United States as were born in the country or were made such by naturalization; and the Constitution declares that they are entitled as citizens to all the privileges and immunities of citizens in the several States. They are, by constitutional right[sic], entitled to these privileges and immunities, and may assert this right and these privileges and immunities, and ask[sic] for their enforcement whenever they go within the limits of the several States of the Union. "

> At this point of His committee report, Mr. Howard (proxy for ailing Chairman Fessenden) rambles about the "meaning" of "privileges and immunities" and quotes Justice Washington from Corfield v. Coryell at length, which is courteously omitted here for brevity. However, as a note of "Precedent", Justice Washington was previously quoted from Corfield v. Coryell at length in Calder v. Bull.

Now, to continue from Mr. Howard's report on "14ᵗʰ Art. of Amend., § I", thus:

- "— to these [aforedescribed "privileges and immunities"] should be added the personal rights [absolutely <u>not</u> "civil rights", see Webster, *post!*] guarantied and secured by the first eight amendments of the Constitution; ... "

  > Mr. Howard here recites the "Bill of Rights" which, again, is courteously omitted for brevity and clarity to the "Subject-Matter" "artificially" "at issue";

To continue from Mr. Howard's report on "14ᵗʰ Art. of Amend., § I", thus:

- "The great object of the first section of this amendment is, therefore, to restrain the power States and to compel them at all times to respect these great fundamental guarantees[sic]. ... by the fifth section of this amendment, which declares that, 'the Congress shall have power to enforce by appropriate legislation the provisions of this article.' Here is a direct affirmative delegation of power to Congress to carry out all the principles of all the guarantees[sic], ... The last two clauses of the first section of the amendment disable a State from depriving not merely a citizen of the United States, but any person, whoever he ["he" in this context, as for "man" in "The unanimous Declaration" (1776), implicitly comprehends and encompasses <u>both</u> male and female genders — refuting what far too many today erroneous pretend] may be, of life, liberty, or property without due process of law, or from denying to him the equal protection of the laws of the State. this abolishes all class legislation in the States and does away with the injustice of subjecting one caste of persons to a code not applicable to another. ... I look upon the first section taken in connection with the fifth, as very important. It will, if adopted by the States, forever disable every one of them from passing laws trenching upon these fundamental rights and privileges which pertain to citizens of the United States, and to persons who may happen to be within their jurisdiction. It establishes equality before the law, and it gives to the humblest, the poorest, the most despised of the race [ss., "mankind"] the same rights and the same protection before the law as it gives to the most powerful, the most wealthy, the most haughty. That, sir, is republican government, as I understand it, and the only one which can claim the praise of a just Government. Without this principle of equal justice to all men and equal protection under the shield of the law, there is no republican government and none that is really worth maintaining."

  > At this point, Mr. Howard continues the committee report discussing "suffrage" and the subsequent sections of the 14ᵗʰ Art. of Amend. which are not imperatives to the current "Subject-Matter" erroneously "at issue", except to note that "citizens of the United States" <u>are</u> <u>deprived</u> <u>all</u> "fundamental rights and privileges and immunities" which 14ᵗʰ Art. of Amend, "intended" to "secure and guaranty", and <u>not</u> merely "suffrage", the States and "corporate" "officers" and "agents" <u>only</u> acknowledge the entity that "is totally unknown" to the Constitution which is that of "U.S. Citizen"!!! ss., "HUMAN CAPITAL" (on gov't. web-sites). "Flagitiously" (Rawle, Const.), 14ᵗʰ Art. of Amend. is <u>not</u> "obeyed" or "enforced" by "the courts", "from the highest to the lowest" (U.S. v. Lee; e.g.) within Texas or within "District of Columbia". For example, Declarant Qui Tam has been disdainfully castigated by 'judges', "attorneys', 'police', <u>repeatedly</u>, thus:
  >> "You have no rights!" "The law does not apply!" "The Constitution is irrelevant!" "No One can question the government!"

So much for "Bill of Rights", "14ᵗʰ Art. of Amend.", "Law of the Land", "Oath of Office"!! (Williams v. U.S.; Bounds v. Smith; Cummings v. Mo.; Boyd v. U.S.; Wynehamer v. People; Hoke v. Henderson; e.g.);

From "Supreme Court of the United States"[sic] "enforcing" 14th Art. of Amend., § 1, to wit:

- "to establish a clear and comprehensive definition of citizenship which should declare what should constitute citizenship of the United States, and also citizenship of a State, the first clause of the first section was framed. 'All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside.' The first observation we have to make on this clause is, that it puts at rest both the questions which we stated to have been the subject of differences of opinion. It declares that persons may be citizens of the United States without regard to their citizenship of a particular State, and it overturns the Dred Scott decision by making all persons born within the United States and subject to its jurisdiction citizens of the United States. That its main purpose was to establish the citizenship of the negro can admit of no doubt. The phrase, 'subject to its jurisdiction' was intended to exclude from its operation children of ministers, consuls, and citizens or subjects of foreign States born within the United States. ... And quoting from the language of Chief Justice Taney in another case, it is said 'that *for all the great purposes for which the Federal government* was established, we are one people, with one common country, *we are all citizens of the United States*.[sic]" Slaughter House Cases; Ex p Va.; Stanton v. Baltic Min'g; Edwards v. Cuba R.; Eisner v. Macomber; So. Pacific v. Lowe; Clark v. Titusville; Stewart Dry Goods v Lewis; Valentine v. Great A & P Tea; 15 USC 17; cites herein, e.g.;

> Nothing can be any plainer, <u>un</u>-ambiguous, to Honest, Intelligent, Thinking Individuals than, "The phrase, 'subject to its jurisdiction' was <u>intended to exclude</u> from its operation <u>children of</u> ministers, consuls, and <u>citizens or subjects</u> of <u>foreign States born within the United States</u>." (*ante*) "<u>Flagitiously</u> (Rawle, Const.), there are many-too-many who ignorantly or deliberately profess that children born within the United States of parents <u>not</u> "native" "citizens of the United States" or <u>not</u> "Naturalized citizens of the United States" are spontaneously American "Citizens" merely by their "place of birth", even tho' the parents are <u>not</u> "Citizens of the United States" (to be deliberately redundant!): Such dogma is most <u>grossly</u> "treacherous" (Bouvier, Law Dict.), false "Representations" of "Law of Nations", "International Law", in addition to ineffably "<u>flagitious</u>" (Rawle, Const.) and <u>false</u> "Representations" of "the true intent and meaning of" "Constitution of the United States" and "Law of the Land" upon which "the Constitution" and "America" is founded!!! (Nelson v. Carland; S. Carolina v. U.S.; cites herein)

We've <u>lost</u> our "Security" and "Identity" as a <u>Nation</u>!!!! by the deliberate "acts", "omissions", "false" or "<u>mis</u>-leading" "Representations" from "Public" and "corporate" "Officers" and "Agents" violating their "lawful" and "Fiduciary" "Duty" "under the laws of the United States of America", see: "Preamble"; Nelson v. Carland; cites herein;

• "Citizenship in the United States is defined; it is made independent of citizenship in a state, and citizenship in a state is a result of citizenship in the United States. So that a person born or naturalized in the United States, and subject to its jurisdiction, is, without reference to state constitutions or laws, entitled to all the privileges and immunities secured by the constitution of the United States to citizens thereof. ... From these provisions [in 14th Art. of Amend. § 1] it follows clearly, as it seems to us, that congress has the power, by appropriate legislation, to protect the fundamental rights of citizens of the United States against unfriendly or insufficient state legislation, for the fourteenth amendment not only prohibits the making or enforcing of laws which shall abridge the privileges of the citizen, but prohibits the states from denying to all persons within its jurisdiction the equal protection of the laws. Denying includes inaction as well as action, and denying the equal protection of the laws includes the omission to protect, as well as the omission to pass laws for protection. The citizen of the United States is entitled to the enforcement of the laws for the protection of his fundamental rights, as well as the enactment of such laws. Therefore, to guard against the invasion of the citizen's fundamental rights, and to insure their adequate protection, as well against state legislation as state inaction, or incompetency, the amendment gives congress the power to enforce its provisions by appropriate legislation. And as it would be unseemly for congress to interfere directly with state enactments, and as it cannot compel the activity of state officials, the only appropriate legislation it can make is that which will operate directly on offenders and offenses, and protect the rights which the amendment secures. ... it must be remembered that it is for the purpose of protecting federal rights, and these must be protected even though it interfere with state laws or the administration of state laws. We think, therefore, that the right of freedom of speech, and the other rights enumerated in the first eight articles of amendment to the constitution of the United States, are the privileges and immunities of citizens of the United States, that they are secured by the constitution, that congress has the power to protect them by appropriate legislation."  U.S. v. Hall;  Congr'l. Globe, 39th Congr., 1st sess., 2765; Hale v. Henkel; Kent, Comm.; Slaughter House Cases; Ex p. Va; Ex p. Curtis; Merritt v. Welsh; e.g.;

• "... the individual may stand upon his constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no such duty to the state, since he receives nothing therefrom, beyond the protection of his life, liberty, and property. His rights are such as existed by the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under (a judicial power warrant)[sic] a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights.[sic]"  Hale v. Henkel; Trop v. Dulles; Bounds v. Smith; Williams v. U.S.;

     Not today with "ID", "REAL ID", and "telephone number", &c,  demanded everywhere !!

• "the theory of necessity on which it is based is false." Ex p. Milligan; Cummings v. Mo.; Greene v. Briggs; Davidson v. New Orleans; Boyd v. U.S.; Orient Ins. v. Daggs; Calder v. Bull; Cohens v. Va.; e.g.;

- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; Cohens v. Va.; Trezevant v. Tampa; <u>Not</u> today with "ID", "REAL ID", and "telephone number", &c, <u>demanded</u> <u>everywhere</u> !! Whereas, "under" "our democracy" (Roberts, "Year-end Rep."; Biden; Harris; Clinton; Obama; Pelosi; "AOC"; Others) <u>all</u> activities and "Property" are "licensed", "taxed", "manipulated" and "controlled" by "those intrusted with power" (Jefferson, 1779) in the nature of European-Marxist-socialist precepts; Whereby, "Rights" are, "honored, by this Court, only with lip service." Gideon v. Wainwright;

<u>Notice</u>: The term, "U.S. Citizen"[sic] does <u>not</u> appear in the foregoing "Precedents" <u>nor</u> "the Constitution" whereby, the "Rule of Construction", thus:

- "nothing like or similar is the same, no likeness is exact identity." Coke, Rep.; Coke Inst.; Bl. Comm.; e.g.;
- "Power always sincerely, conscientiously, ..., believes itself right. Power always thinks it has a great soul and vast views beyond the comprehension of the weak; and that it is doing God's service when it is violating all his laws." Adams (1816), ss., "Hubris", or worse; Cohens v. Va.;
- "The labor of a human being is not a commodity or article of commerce." 15 USC 17; Madison, Prop. (1792); Hilliard, Taxation.; So. Pacific v. Lowe; Slaughter House Cases; Stanton v. Baltic; Pollock v. Farmers Loan; Eisner v. Macomber; Clark v. Titusville; Stewart Dry Goods v. Lewis; Valentine v. Great A & P Tea; others;
- "Civil rights are rights granted to corporations in society." Webster, Amer. Dict., 1st ed. (1828) at, "POLITICAL";
- "The only loyalty, ..., consists in obedience to the Constitution." Legal Tender Cases Calder v. Bull; Cohens v. Va.; U.S. v. Lee; Cummings v. Mo.; Davidson v. New Orelans; Boyd v. U.S.; S. Carolina v. U.S.; others;
- "The condition of the operatives [ss., agents] is becoming every day more like that of the English; and it cannot be wondered at, since, as far as I have heard or observed, the principal object is, not that mankind may be well and honestly clad, but, unquestionably, that corporations may be enriched." Thoreau, Walden; Roxanne Hoge, L.A., Calif.; Marshall v. Balto. & ORR; Herwig, Prison Nation; Rose, Celling America; Herwig, Prison Profiteers; cites herein;
- "It is the luxurious and dissipated who set the fashions which the herd so diligently follow." Thoreau, Walden; ss., "Arrested Development Behavior"; See: Jefferson, "Knowledge" (1779); R. Anderson, Ph.D.; e.g.;
- "Our rulers will become corrupt, our people careless. A single zealot may commence persecutor, and better men be his victims. It can never be too often repeated, that the time for fixing every essential right on a legal basis is while our rulers are honest, and ourselves united. From the conclusion of this war ["War for Independence"] we shall be going down hill. It will not then be necessary to resort every moment to the people for support. They will be forgotten, therefore, and their rights disregarded. They will forget themselves, but in the sole faculty of making money, and will never think of uniting to effect a due respect for their rights. The shackles, therefore, which shall not be knocked off at the conclusion of this war, will remain on us long, will be made heavier and heavier, till our rights shall revive or expire in a convulsion." Jefferson, Notes... (1781);  Also see: Greene v. Briggs; Orient v. Daggs; Congressional Globe 42nd Congress, 1st session, at 374, 394, 429;  History Repeats;

- "Mr. Madison wished to relieve the sufferers, but was afraid of establishing a dangerous precedent, which might hereafter be perverted to the countenance of purposes, very different from those of charity. He acknowledged, for his own part, that he could not undertake to lay his finger on that article in the Federal constitution, which granted a right to Congress of expending, on objects of benevolence, the money of their constituents. And if once they broke the line laid down before them, for the direction of their conduct, it was impossible to say, to what lengths they might go, or to what extremities this practice might be carried." Gazette of the U.S., 11 Jan. 7194; Annals of Congress, 3rd Congr., 1st sess., 153, *et seq.*

- "If there be anything amiss therefore in the present state of our affairs, as the formidable deficit lately unfolded to us indicates, I ascribe it to the inattention of Congress to it's duties, to their unwise dissipation & waste of the public contributions. they seemed, some little while ago to be at a loss for objects whereon to throw away the supposed fathomless funds of the treasury.: Jefferson (1820);

- "I think my self that we have more machinery of government than is necessary, too many parasites living on the labor of the industrious. I believe it might be much simplified to the relief of those who maintain it." Jefferson;

- "It seems self-evident that all speech criticizing government rulers[sic] and challenging current beliefs may be dangerous to the status quo. With full knowledge of this danger, the Framers rested our First Amendment on the premise that the slightest suppression of thought, speech, press, or public assembly is still more dangerous. This means that individuals are guaranteed an undiluted and unequivocal right to express themselves on questions of current public interest. It means that Americans discuss such questions as of right and not on sufferance of legislatures, courts or any other governmental agencies. It means that courts are without power to appraise and penalize utterances upon their notion that these utterances are dangerous. In my view, this uncompromising interpretation of the Bill of Rights is the one that must prevail if its freedoms are to be saved. Tyrannical totalitarian governments cannot safely allow their people to speak with complete freedom." Weiman v. Updegraff; Olmstead v. U.S.; Orient Ins. v. Daggs; S. Carolina v. U.S.; Hale v. Henkel; cites herewith;

- "The Judiciary of the US. is the subtle corps of sappers & miners constantly working under ground to undermine the foundations of our confederated fabric." Jefferson (1820);

Dis-hearteningly, History, like "our current problems" (Reagan), prove that 14th Art. of Amend., like "Bill of Rights", have never been "enforced" as originally "intended", see cites herein, e.g. Much more could be expounded on the "Subject-Matter" using the examples of: "Indian Wars"; "Jim Crow"; Plessy v. Ferguson; Selma; "U.S. Citizen"; "incorporation"; "monopolies"; "National Debt"; "Fractional Banking"; "Financial Leverage"; Herwig, Prison Nation; Rose, Celling America; Herwig, Prison Profiteers; "abridging" or "infringing" "Liberty" or "Property"; "extra-judicial killings"; "immunity"; "absolute immunity"; "Peёmptive Pardons"; e.g., all of which are examples, of "Violations" of "the Constitution and" "the Law of the Land" and "solemn" "Oath of Office", by "corporate" or "Public Officers" and "Agents": Hypocrisy; "high crimes and misdemeanors", to wit:

- "If a nation expects to be ignorant and free, in a state of civilization, it expects what never was and never will be." Jefferson (1816): "our current problems" (Reagan) prove that; also see, Gibbon, Decline and Fall Of The Roman Empire; Napolitano, It Is Dangerous To Be Right When The Government Is Wrong; Jefferson, "Knowledge";
- "the legislature should at no time erect any new jurisdiction which should not proceed according to the course of the common law." Cummings v. Mo.; Ex p. Milligan; Cohens v. Va.; Greene v. Briggs; Murray's v. Hoboken; Davidson v. New Orleans; Boyd v. U.S.; S. Carolina v. U.S.; Louisville & N RR v. U.S.; Louisville & N RR v. Louisville; U.S. v. Hall; cites herein;
- "When those entrusted with enforcing the terms of a guarantee[sic] do not consider themselves bound by the guarantee[sic] there really is no guarantee[sic] at all." A. Napolitano, It Is Dangerous To Be Right When The Government Is Wrong, "Introduction"; Jefferson, "Diffusion of Knowledge" (1779); Jefferson, "Notes" (1781);
- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; Greene v. Briggs; others;
- "honored, by this Court, only with lip service." Gideon v. Wainwright;

As per the old, or not so old, saying, thus: "The more things change, the more they stay the same."

History Repeats: This Court has now the opportunity to "break the cycle" (Entropy).

*"for one brief shining moment"*, Lerner & Lowe (1960);

Wherefore, all the foregoing, Litigants "commit fraud upon the Court" (Bigelow, Fraud; Bigelow, Estoppel);

- "fraud vitiates the most solemn contracts, documents, even judgments." U.S. v. Throckmorton;
- "Gross negligence is held equivalent to intentional wrong" Bl., L. Dict.; Bouv., L.Dict.; Bigelow, Torts;
- "It is to the intention that all law applies." Bl., L. Dict.; Bouv. L.Dict.; Coke, Rep.; Coke, Inst.;
- "The practice of fixing and refixing the laws is a most dangerous one." Coke, Rep.; Bouv. L. Dict.;

Wherefore, Declarant Qui Tam Imperatively insists: that "the true intent and meaning of the" "Constitution" and the "Law of the Land" be "Judicially Enforced" "faithfully" and "persistently" in all Matters before the Court;

that Formal Sanctions, against Litigants for Their "manufactured" (Chambers v. Fla.; e.g.) 'controversy' over "Subject-Matter" unambiguously defined or described in the Historical Records and in "Supreme Court of the United States"[sic] "Precedents" herein, *res judicata*, and in the Official Records of Congress cited herein, of which They each and every One, severally, are "Duty bound" to know or, at least know "How" & "Where" to conduct "necessary and proper" "Research" as They are professed "competent": "Officers of the Court" or "Executives" or "members-in-good-standing" of "the Bar", or graduates of professed "law schools" (Norton, Losing Liberty; Fuller, Expansion; e.g.), "for a reasonably competent official should know the law" cited herein and should "diligently" conduct Forensic Research as integral part of ordinary "Duties", which is exceedingly easier now thru Inter-net, for avoiding un-necessary litigations and un-necessary expenditures of "Public Funds" which negatively impacts the "Economy", "taxes", the dubious "National Debt", ss.: "Fiscal irresponsibility"; "irresponsible" or un-professional "Behavior"; "gross negligence"; for avoiding "Violations" of "the Constitution and" "the law of the land"; for avoiding "Betrayals" of "solemn" "Oath. of Office"; for avoiding "Betrayals" of "Fiduciary Duty"; for avoiding "Betrayals" of "Public Duty"; for avoiding "Betrayals" of "Internal Security"; for avoiding "Violations" of "Rights", "Privileges and Immunities" "intended" to be "secured" and "guarantied" and "enforceable" thru "Bill of Rights", "14th Art. of Amend.", "due process of law guarantied by the Constitution and by the law of the land" (U.S.

v. Lee; Wynehamer v. People; Greene v. Briggs; Murray's v. Hoboken; Ex p. Milligan; Cummings v. Mo.; U.S. v. Hall; Davidson v. New Orleans; Slaughter House Cases; Ex p. Wall; Boyd v. U.S.; Orient Ins. v. Daggs; S. Carolina v. U.S.; Ex p. Grossman; Story, Agency; Story, Contr.; Tucker, Comm.; Kent, Comm.; Bigelow, Fraud; Bigelow, Estoppel; Bigelow, Torts; e.g.);

Wherefore, Litigants herein deliberately "commit fraud upon the Court" by Their deliberate "manufacture" (Chambers v. Fla.) of a "controversy" where one cannot "lawfully" exist, for the "Subject-Matter" "at issue" was previously settled and clarified "for all time" more than one hundred years ago; And, Litigants, being "Public Officers" and "Agents" are "Duty bound" to "know the Law": Any Child able to use a "laptop" computer with Internet access can spontaneously and rapidly compile the Historical Information, *res judicata*, herein — the question begs answer, thus: Why could not Litigants have compiled the Historical Information herein and "obey" and "enforce" it as They each, severally, gave "solemn" "Oath" They would do (Marshall v Balto. & ORR; Ex p. Wall; Hepburn v. Griswold; cites herein); If They had "lawfully" performed Their "Fiduciary Duty" and "Public Duty" "pursuant to" "Solemn" "Oath of Office", severally, They would have "saved" "Public Funds" for use for "Lawful" purposes or "Duties", ss., "Fiscal Ir-responsibility" as the absolute least "Violation" of "Duty bound", or "abuses and usurpations" or "high crimes and misdemeanors"; Whereby, Joe Biden, Kamala Harris, Barack Obama, Bill Clinton, Nancy Pelosi, "AOC", and Others associated with both "Republican" & "Democratic" "political" "corporations", too numerous to list currently, have been inflicting some "Agenda", ever-changing dogma "unknown" "to the Constitution" and to "the law of the land" and to "We, the People of the United States" ("Preamble") using various obfuscations, see cites herein;

Wherefore, Litigants, by their "treacherous" (Bouvier, Law Dict.) "Behavior", have increasingly undermined or destroyed the "Peace and Dignity" and "National Security" of their respective States and of "the several States of the Union" and of the Citizens therein, ss., the entire Nation of "United States of America" ("Preamble"), "We, the People of the United States,";

Wherefore, Declarant Qui Tam begs the Court for severe substantive "Sanctions" against the Litigants for Their "flagitious" "abuses and usurpations" and "frauds", or utter "incompetence", or "gross negligence", not limited to disbarment, "pursuant to" "Law of Agency", "Law of Contracts", "Law of the Land", "solemn" "Oath of Office",

- "No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law, and are bound to obey it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives. Courts of justice are established, not only to decide upon the controverted rights of the citizens as against each other, but also upon rights in controversy between them and the government; and the docket of this court is crowded with controversies of the latter class. Shall it be said, in the face of all this, and of the acknowledged right of the judici-

-ary to decide in proper cases, statutes which have been passed by both 'branches of Congress and approved by the President to be unconstitutional, that the courts cannot give a remedy when the citizen has been deprived of his property by force, his estate seized and converted to the use of the government without lawful authority, without process of law, and without compensation, because the President has ordered it and his officers are in possession ? If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights." U.S. v. Lee; Ex p. Wall; Hepburn v. Griswold; Ex p. Milligan; Cummings v. Mo.; Marshall v. Balto. & ORR; Cohens v. Va.; Calder v. Bull; Chisholm v. Ga.; Van Horne's v. Dorrance; Olmstead v. U.S.; Merritt v. Welsh; Ex p. Curtis; Orient v. Daggs; Kent, Comm. — But, still not "manifest"!!

- "It is an undisputed principle of the common law, that for a breach of a public duty, an officer is punishable by indictment," South v. Maryland; Also see, Congressional Globe 42nd Congress, 1st session, at 374, 394, 429: "Flagitiously" (Rawle, Const.) no "Thing" has improved!!!

- "To say, as has been suggested, that the 'law of the land,' or 'due process of law,' may mean the very act of the legislature which deprives the citizen of his right, privileges, or property, leads to a simple absurdity[sic]. The constitution would then mean that no person should be deprived of his property or rights unless the legislature shall pass a law to effect the wrong, and this would be throwing the restraint entirely away. The true interpretation [sic; ss., "application"] of these constitutional phrases is, that when rights are acquired by the citizen under the existing law, there is no power in any branch of the government to take them away; but where they are held contrary to the existing law, or are forfeited by its violation, then they may be taken away from him —not by an act of the legislature, but in a due administration of the law itself [ss., "pursuant to" Journal of Congress, vol I, pp. 28 - 30, 69.! Nelson v. Carland; cites herein] — before the judicial tribunals of the state. The cause or occasion for depriving a citizen of his supposed rights must be found in the law as it is, or at least it cannot be *created*[sic] by a legislative act which aims at their destruction." Wynehamer v. The People; Ex p. Milligan; Cummings v. Mo.; Greene v. Briggs; Murray's v. Hoboken; Davidson v. New Orleans; Boyd v. U.S.; Taylor v. Porter; Hoke v. Henderson; Calder v. Bull; Van Horne's v. Dorrance; Hayburn's Case; Wharton, Cr. Law; Tucker, Comm.; Wharton, Cr.L.; Greenleaf, Evid.; cites herewith:

> Cites herewith patently "memorialize" the incessant attempts at "a coup" for the "overthrow" of "American Government" & "Law" and Our "Constitution" thru-out American History —Weiner (*ante*) openly boasts that such "perversions" were eventually successful "disguised" as "the New Deal"!! ss., "treason to the Constitution", Cohens v. Va.; Cicero, *Republica*; Washington, "Foreign Influences"; Federalist; others;

- They [ss., America's Founders] sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as against the Government, the right to be let alone — the most comprehensive of rights and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the Government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment. And the use as evidence in a criminal proceeding, of facts ascertained by such intrusion

must be deemed a violation of the Fifth."  Olmstead v. U.S.; Also see, Spano v. N.Y.; Orient v. Daggs; cites herewith;  Still not "manifest"!!  Also see, Congressional Globe 42nd Congress, 1st session, at 374, 394, 429;

- "These provisions for the security of the rights of the citizen stand in the Constitution in the same connection and upon the same ground, as they regard his liberty and his property. It cannot be denied that both were intended to be enforced by the judiciary as one of the departments of the government established by that Constitution. As we have already said, the writ of habeas corpus has been often used to defend the liberty of the citizen, and even his life, against the assertion of unlawful authority on the part of the executive and the legislative branches of the government. See .Ex parte Milligan, 4 Wall. 2; Kilbourn v. Thompson, 108 U. S. 168." U.S. v.Lee; Cummings v. Mo.; Congressional Globe 42nd Congress, 1st session, at 374, 394, 429;

- "Those who do not preserve the law of the land, they justly incur the awesome and indelible brand of infamy." Coke, Inst.; Cohens v. Va.; Calder v. Bull; Chisholm v. Ga.; Cummings v. Mo.; Wynehamer v. People; Journal of Congress, vol. I, 28-30, 69; Congressional Globe, 39th Congr., 1st sess. 2765; Tucker, Comm.; Story, Agency;

- "The law is not to be violated by those in government." Jenk., Rep.; Citizens v. Cincinnati; Spano v. N.Y.; e.g.;

- "As usurpation is the exercise of power, to which another has a right; so tyranny is the exercise of power beyond right, to which no body can have a right. Locke, Treat.; U.S. v.Lee; Story, Agency; Chisholm v. Ga.; e.g.;

- "the theory of necessity on which it is based is false." Ex p. Milligan; Bigelow, Fraud; U.S. v. Throckmorton;

- Silence can only be equated with fraud," U.S. v. Tweel; U.S. v. Prudden; Bigelow, Estoppel; Bigelow, Fraud;

- "The only loyalty, ... , consists in obedience to the Constitution." Legal Tender Cases; S. Carolina v. U.S.; e.g.;

- "When there are no courts to enforce individual rights tyranny and despotism begin." Adams; Merritt v. Welsh; Ex p. Curtis; Williams v. U.S.; Cohens v. Va.; U.S. v. Hall; Ex p. Va.;

Wherefore, all the foregoing, if not more, proffers this Court the Opportunity to retrieve to some, hopefully substantive degree, America and Americans, *in extremis*, from the edge of a fatal societal and "political" 'cliff' unprecedented in American History and re-direct the 'currents' of Events to "the true intent and meaning of the Constitution and" "the law of the land" in "fulfillment" of "solemn" "Oath of Office", severally (Hepburn v. Griswold; cites herein; *per se*);

"Indeed I tremble for my country when I reflect that God is just: that his justice cannot sleep for ever." Jefferson, "Notes on the State of Va." (1781).

Subscribed and executed under Affirmation on this 26th day of January anno Domini two thousand twenty-five under the laws of the United States of America.

Vincent Dale Ross, Ph.D., FACMT; Min., Mphys. Theo., *et alia.*

American Independent Ministry.
10004 Wurzbach Road, Unit 215,
San Antonio, Texas.

<u>Constitutional Questions</u>

1) Under what "constitutionally delegated power" do "corporate" or "Public" "Officers" and "Agents" falsely "Represent" "the true intent and meaning of" "the Constitution" or the "Form of Government" declared therein; e.g.: "our democracy" (Roberts, "Year-end Rep."; Biden, Harris, Clinton, Obama, Pelosi, "AOC", Others);

2) Under what "constitutionally delegated power" do "corporate" or "Public" "Officers" and "Agents" deliberately give their "solemn" "Oath of Office" for "obedience to the constitution" (Legal Tender Cases; Cohens v. Va; Hepburn v. Griswold; e.g.) and <u>not</u> "Betray" their "solemn" "Oath of Office" by committing "acts" or "omissions" or "false" & "<u>mis</u>-leading" "Representations" about "the Constitution and" "the law of the land" or about the "limitations" requisite to their "delegated power"; or by committing "Violations" of "Law of Agency" or "Law of Contracts"; or "Violations" of "Fiduciary Duty" or of "Public Duty" (U.S. v. Lee; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Cummings v. Mo.; Story, Contr.; Story, Agency; Kent, Comm.; Tucker, Comm.; e.g.);

3) Under what "constitutionally delegated power" was "this Republic" (S. Carolina v. U.S.; Const. Art., IV, §4; "Federalist" & "Anti-Federalist"; others) "perverted" (Jefferson, Diffusion of Knowledge, 1779) into "our democracy" (Roberts, "Year-end Rep."; Biden, Harris, Obama, Pelosi, "AOC", Others), as is promiscuously touted by "politicians", "from the highest to the lowest" (U.S. v. Lee; Madison, Papers; Jefferson, Papers; e.g.);

When were such perversions accomplished; How was it accomplished;

4)Under what "constitutionally delegated power" was the term, "U.S. Citizen" "manufactured" (Chambers v. Fla.);

- "U.S. Citizen" does <u>not</u> appear in any of the Historical Records and "Supreme Court of the United States"[sic] "Precedents" addressing "Citizenship" in the 18th - & 19th centuries cited herein (S. Carolina v. U.S.; e.g.);

5) Under what "constitutionally delegated power" does "U.S. Citizen" receive or "exercise" different or superior or exclusive "Rights" or "Privileges" or "Immunities" or "Favors" deliberately <u>denied</u> to "citizens of the United States"; (14th Art. of Amend., § I; Cummings v. Mo.; Ex p. Milligan; U.S. v. Hall; Slaughter House Cases);

6) Under what "constitutionally delegated power" does any executive or legislature, or judicial officers "manufacture" (Chambers v. Fla.) "policy" or "procedures" or "code" or "doctrine", e.g., regarding foreign citizens or subjects that do not "comply with" "the great first principles" (Calder v. Bull) and "Law of the Land" and "due process of law guarantied by the Constitution and by the law of the land" (U.S. v. Lee; Cohens v. Va; Calder v. Bull; Nelson v. Carland; Journal of Congress, vol. I; Congressional Globe, 39th Congress, Cummings v. Mo.; Ex p. Milligan;); or, which are injurious to or detrimental to or exclusive of "citizens of the United States" (14th Art. of Amend., § I; Cummings v. Mo.; Ex p. Milligan );

7) Under what "constitutionally delegated power" was the term, "U.S. Constitution" "manufactured" (Chambers v. Fla.); That term, like the terms"U.S. Citizen" and "code" do <u>not</u> appear in the cites herein; Those terms do <u>not</u> appear until the 20th Century: whereas, Law of Contracts and Law of Agency (Story; Kent, Comm.; Tucker, Comm.; Bigelow, Fraud; Bigelow, Estoppel; e.g.) demand "Full-Disclosure" to <u>all</u> Parties;

8) Under what "constitutionally delegated power" are artificial entities spontaneously "manufactured" for "covering" individual "citizens"; or, without "full-disclosure"; or, used to evade or suppress or "supplant": "Rights", "Liberty", "Property", "Privileges and Immunities", "the Constitution", "the law of the land", "due process of law guarantied by the Constitution and by the law of the land";

9) Under what "constitutionally delegated power" are the terms of "Oath of Office" evaded or subverted or ignored or re-defined or "altered" or "amended"; (Story, Agency):

- "Power can never be delegated that the authority said to delegate does not itself possess." N.J. Steam v. Merchants; Story, Agency; Kent, Comm.; "We, the People of the United States," "Preamble";
- "Power delegated may not be again delegated," Coke, Inst.; Coke, Rep; Bouv., L. Dict; Story, Agency;
- "Fiction of law is wrongful if it works loss or injury to any one." Coke, Rep.; Broom, Amer. Max.; Bouv., L. Dict.; Bigelow, Fraud; Story, Agency; Chisholm v. Ga.; Ex p. Milligan; Cummings v. Mo.; Greene v. Briggs; Murray's v. Hoboken; Davidson .v. New Orleans; Orient Ins. v. Daggs; S. Carolina v. U.S.;
  > "The system" insidiously has been using "Fictions" (e.g.: "U.S. citizen", "HUMAN CAPITAL") against "Americans" "under government as we've known it since the New Deal, *ante*) for insidiously evading or ignoring or "supplanting" (R. Pound) "the true intent and meaning of the "Constitution and "the Law of the Land" and "Supreme Court of the United States"[sic] "Precedents", *res judicata*, cited herewith, *per se*;
- "Things invalid from the beginning cannot be made valid by subsequent act", Trayner, Max.; Bouvier, L. Dict.
- "Time cannot render valid an act void in its origin", Broom, Max.; Bouvier, L. Dict.; U.S. v. Throckmorton;
- "An unconstitutional Act is not a law; it confers no rights; it imposes no duties; it affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed. Norton .v Shelby County." Calder v. Bull; Cohens v. Va.;
- "Corruption is always the forerunner of despotism." Mequire v. Corwine; Adams; Jefferson; Madison; Gibbon, Decline And Fall Of The Roman Empire; Napolitano, It Is Dangerous To Be Right When The Government Is Wrong; Merritt v. Welsh; Ex p. Curtis;
- "It is not lawful to do evil that good may come of it." Coke, Rep.; Ex p. Curtis; U.S. v. Lee; Spano v. N.Y.; e.g.;
- "A new adjudication does not make a new law, but declares the old; because adjudication is the utterance of the law, and by adjudication the law is newly revealed which was for a long time hidden." Coke, Rep.; Cohens v. Va.; U.S. v. Lee; Nelson v. Garland; Story, Agency; Bigelow, Fraud; Journal of Congress, vol. 1, 28-30, 69; Congressional Globe, 39th Congr., 1st sess. 2765; Congressional Globe 42nd Congress, 1st sess., at 374, 394, 429;

Subscribed and executed under Affirmation on this 26th day of January anno Domini two thousand twenty-five under the laws of the United States of America.

Vincent Dale Ross, Ph.D., FACMT; Min., Mphys. Theo., *et alia*.

American Independent Ministry.
10004 Wurzbach Road, Unit 215,
San Antonio, Texas.

## Sources

Library of Congress;

National Archives;

Journal of Congress, Congressional Globe;

United States Reports; Supreme Court Reports;

Federal Cases Comprising Cases Argued and Determined ... ;

Dickinson, Letters From A Farmer in Pennsylvania (1767);

Dickinson-Jefferson, Declaration of Causes For Taking Up Arms (1775);

Jefferson, Writings: Randolph, ed.; Washington, ed.; Ford, ed.;

Jefferson, Summary View of the Rights of British America, 1774;

Jefferson, Notes on the State of Virginia, 1781, 1785;

Madison, Notes on the Federal Convention, 1787;

Madison, Writings: Gilpin, ed.; Worthington, ed.; MacGuire, ed.; Hunt, ed.;

Adams, *Novanglus*, 1774; Thoughts On Government;

Adams, Defence of the Constitutions of Government ... (1787);

Adams: Papers, Diaries, MHS;

Paine, Rights of Man;

Yates, Secret Meetings ... ;

Tucker, Blackstone's Commentaries Adopted ... ;

Kent, Commentaries on American Law;

Bouvier, Law Dictionary, 2nd, 6th, 8th, editions;

Bouvier, Institutes of American Law;

Coke, Institutes of English Common Law;

Coke, King's Bench Reports (Hayburn's Case);

Bigelow, Law of Fraud;

Bigelow, Law of Estoppel;

Bigelow, Law of Torts;

Bigelow, Government;

Bigelow, Bills and Notes;

Chipman, Principles of Government;

Hilliard, Elements of Law;

Hilliard, Torts;

Hilliard, Taxation;

Hilliard, Real Property; Mortgages;

Hurd, Personal Liberty & Writ of Habeas Corpus;

Maclay, Journal (1890);

Parsons, Political Rights, Personal Rights, Property Rights of a Citizen of the United States: ;

Rawle, A View of the Constitution of the United States;

Rutherforth, Institutes of Natural Law;

Story, Law of Agency, Law of Contracts, Equity Jurisprudence;

Smith, Wealth of Nations;

Taylor, New Views of the Constitution of the United States (1823);

Taylor, Construction Construed and Constitutions Vindicated (1820);

Taylor, An Inquiry Into the Principles ... (1814);

Upshur, A Brief Enquiry Into True Nature ... (1840, 1868);

Wilson, Lectures on Law; Works;

Federalist Papers, Anti-Federalist Papers;

Elliott, Debates In The Several States;

Farrand, Records of the Federal Convention;

Constitution of the United States of America (Library of Congress);

Webster, American Dictionary of the English Language, 1st ed.;

Cross, Military Laws of the United States with Constitution of the United States (1825);

Laws of the State of Virginia with Constitution of the United States (1816, 1819), e.g.;



FILED
LODGED
RECEIVED
MAIL

JAN 3 1 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
                    DEPUTY

## Certificate of Service

Formal "Judicial Notice, Qui Tam" to STATE OF WASHINGTON[sic], et al. vs, DONALD TRUMP[sic], et al., No.: C25-0127-JCC was deposited at United States Post Office at Medical Drive, San Antonio, Texas on 27th January 2025 for each of the Principle Litigants therein, to wit:

Donald John Trump, c/o 1600 Pennsylvania Ave., N.W., Washington, D. C. 20500;

Nick Brown, State's Attorney General, 800 Fifth Ave., Suite 2000, Seattle, Washington 98104.

Subscribed and executed under Affirmation on this 27th day of January anno Domini two thousand twenty-five under the laws of the United States of America.

Vincent Dale Ross, Ph.D., FACMT; Min., Mphys. Theo., *et alia.*

American Independent Ministry.
10004 Wurzbach Road, Unit 215,
San Antonio, Texas.



PRESS FIRMLY TO SEAL

**P**

US POSTAGE PAID
**$10.10**

Origin: 78229
01/27/25
4879730229-32

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRIORITY MAIL®

0 Lb 7.20 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 01/28/25

**C028**

SHIP
TO:
STE 2310
700 STEWART ST
SEATTLE WA 98101-4442

USPS TRACKING® #

9505 5158 8743 5027 0228 80

**FROM:**
Vincent Dale Ross, Ph.D. FACMT.
American Independent Ministry.
10004 Wurzbach Rd., Unit 215,
San Antonio, Texas.
78230

**TO:**
U.S. District Court,
Clerk
700 Stewart St., Ste. 2310
Seattle, Wash.
98101

**FLAT**
ONE RATE

**TRACKED • INSURED**

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2