District Judge John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON et al,<br><br>Plaintiffs<br><br>vs.<br><br>DONALD TRUMP, et al<br><br>Defendants | No. 2:25-cv-00127<br><br>ORDER ON MOTION TO INTERVENE |

[Proposed] Order Granting Motion of John Scannell to Intervene

Before the Court is the motion of John Scannell to intervene in this case. Good cause appearing therefore, the motion is **Granted**.

**So Ordered.**

Dated this ___ day of February, 2025

_____
Honorable John C. Coughenour
United States District Judge

Presented by

*John Scannell* (signature)
_____
John Scannell

ORDER - PAGE 1

JOHN SCANNELL
501 S. JACKSON #302
SEATTLE, WASH., 98104
206-604-5924