AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| State of Washington, et al. | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-00127-JCC |
| State of Washington, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date:   02/05/2025

s/ Drew C. Ensign
*Attorney's signature*

Drew C. Ensign, AZ Bar #02543
*Printed name and bar number*

950 Pennsylvania Avenue
Wahsington, DC 20004
*Address*

drew.c.ensign@usdoj.gov
*E-mail address*

(202) 514-2331
*Telephone number*

*FAX number*