1  
2  
3  
4  
5  

The Honorable Judge John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| State of Washington, et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>Donald Trump, et al.,<br><br>      Defendants. | Case No. 2:25-cv-00127-JCC<br><br>**INDIVIDUAL PLAINTIFFS' MOTION TO RECONSIDER AND TO SEEK CLARIFICATION ON REQUEST FOR PROVISIONAL CLASS CERTIFICATION**<br><br>Noting Date: February 6, 2025 |

  The Individual Plaintiffs respectfully request that the Court amend its order issued earlier today to grant provisional class certification and to order class-wide relief. In their supplemental motion for a preliminary injunction and accompanying proposed order, and in the pending motion for class certification, the Individual Plaintiffs requested provisional class certification to ensure that the entire class benefits from the Court's order concerning preliminary injunctive relief. *See* Dkt. 74 at 1, 2 n.1; *see also* Dkt. 74-1 (proposed order); Dkt. 58 at 1–2, 19 (requesting provisional class certification for purposes of entering preliminary injunctive relief). Defendants did not oppose this request. *See generally* Dkt. 84. In its decision, the Court did not directly address provisional class certification. *See* Dkt. 114 at 11 n.9.

INDIVIDUAL PLS.' MOT. TO RECONSIDER AND SEEK CLARIFICATION ON REQUEST FOR PROVISIONAL CLASS CERT. - 1  
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT  
615 Second Avenue, Suite 400  
Seattle, WA 98104  
Tel. (206) 957-8611

Provisional class certification is important to ensure that all class members benefit from the Court's order. *See Nat'l Center for Immigrants Rts., Inc. v. INS*, 743 F.2d 1365, 1371 (9th Cir. 1984). Plaintiffs' request conformed to the typical practice in the Ninth Circuit, as "[c]ourts in the Ninth Circuit routinely grant provisional class certification for purposes of entering injunctive relief." *Maney v. Brown*, 516 F. Supp. 3d 1161, 1171 (D. Or. 2021) (citation omitted). Notably, at today's hearing, the Court noted that the Individual Plaintiffs' standing was uncontested, a fact that it affirmed in its order. *See* Dkt. 114 at 4 n.3. The uncontested nature of the Individual Plaintiffs' and proposed class members' standing demonstrates why this Court should amend its order to clarify that the class is certified on a provisional basis.

Furthermore, Plaintiffs have already filed a detailed and extensive motion for class certification that demonstrates class certification is warranted here. *See* Dkt. 58. That motion explains at length that this Court regularly certifies similar classes, *id*. at 8–9, that the class is sufficiently numerous, *id.* at 9–12, that the class presents common questions, *id.* at 12–15, that the Individual Plaintiffs' claims are typical of the class, *id.* at 15–16, that the Named Plaintiffs will adequately represent the class, *id.* at 16–18, and that certification under Rule 23(b)(2) is proper, *id.* at 19. Indeed, the Court's preliminary decision makes clear that this case presents a common legal question that can be easily resolved "in one stroke." *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 350 (2011).

The Court's preliminary injunctive order today upholds the rule of law. Modifying that order to certify the class on a provisional basis will ensure that the merits of this case, and not ancillary matters, remain the focus of this litigation on any appeal. Accordingly, Plaintiffs respectfully request that the Court amend footnote 9 in its order, note that the class is provisionally certified, and issue class-wide relief.

INDIVIDUAL PLS.' MOT. TO RECONSIDER AND SEEK CLARIFICATION ON REQUEST FOR PROVISIONAL CLASS CERT. - 2
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

Respectfully submitted this 6th of February, 2025.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Leila Kang
Leila Kang, WSBA No. 48048
leila@nwirp.org

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987
glenda@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Ave., Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for Individual Plaintiffs*

INDIVIDUAL PLS.' MOT. TO RECONSIDER AND SEEK CLARIFICATION ON REQUEST FOR PROVISIONAL CLASS CERT. - 3
Case No. 2:25-cv-00127-JCC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611