District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | CASE NO. C25-0127-JCC<br><br>NOTICE OF APPEAL OF PRELIMINARY INJUNCTION |

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeal for the Ninth Circuit from the Court's February 6, 2025 Order (ECF No. 114) granting Plaintiffs' motions for preliminary injunction.

DATED this 6th day of February, 2025.

Notice of Appeal of Preliminary Injunction
C25-0127-JCC

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC  20005
202-616-8098

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar No. 89400)
YURI S. FUCHS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington, DC 20005
Phone: (202) 616-8098
Fax: (202) 616-8460
Email: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

Notice of Appeal of Preliminary Injunction
C25-0127-JCC

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-616-8098