THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>                     Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                     Defendants. | CASE NO. C25-0127-JCC<br><br>ORDER |

This matter comes before the Court on John Scannell's motion to intervene (Dkt. No. 108). Under Federal Rule of Civil Procedure 24(a), in order to intervene as of right, Mr. Scannell must establish he has (1) "an unconditional right to intervene by a federal statute," or (2) "an interest relating to the . . . transaction that is the subject of the action . . . ." Fed. R. Civ. P. 24(a). For permissive intervention, Mr. Scannell must show that he has (1) "a conditional right to intervene by a federal statute," or (2) "a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1). The burden is on the proposed intervenor to demonstrate that the conditions for intervention are satisfied. *United States v. Alisal Water Corp.*, 370 F.3d 915, 919 (9th Cir. 2004). An economic interest may be cited but must be concrete and related to the underlying matter of the action. *Id*.

Mr. Scannell fails to establish an unconditional right to intervene. His motion cites to no federal statute that allows his intervention as of right, lists no concrete economic interest relevant

to the case before the court, and fails to show how the current defendants do not represent his interests. *See* Fed. R. Civ. P. 24(a). Similarly, Mr. Scannell fails to show the conditions for a permissive intervention; again, he cites no federal statute, nor does he present a claim or defense that shares a common question of law or fact with this action. *See* Fed. R. Civ. P. 24(b)(1). Instead, Mr. Scannell's allegations are wholly conclusory. His factual narrative is also unattenuated to the case at hand, and this is neither the Court nor the case to address the issues he presents.

      Accordingly, the court DENIES Mr. Scannell's motion to intervene (Dkt. No. 108). Further, the Court DIRECTS the Clerk to refrain from placing any future filings by Mr. Scannell on the Court's docket for this case, unless the filing is a motion for reconsideration or a notice of appeal of this order.

DATED this 7th day of February 2025.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE