THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | CASE NO. C25-0127-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DONALD TRUMP, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On February 6, 2025, the Court entered an order preliminarily enjoining Defendants from enforcement and implementation of the President's Executive Order entitled, "Protecting the Meaning and Value of American Citizenship." (*See generally* Dkt. No. 114.) The Individual Plaintiffs subsequently moved for reconsideration of the Court's order. (Dkt. No. 115 at 1.) Specifically, they ask the Court to amend its order to include a grant of provisional certification for the proposed class. (*See id.* at 2.) Separately, Defendants have noticed their appeal of the Court's preliminary injunction order. (Dkt. No. 116 at 1.)

Regarding the Individual Plaintiffs' motion for reconsider (Dkt. No. 115), they have misinterpreted the Court's statements at footnote 9 of its order. (*See* Dkt. No. 114 at 12.) To be clear, the Court has not yet decided the issue of class certification, provisional or otherwise.

MINUTE ORDER
C25-0127-JCC
PAGE - 1

1  When it issued its order (Dkt. No. 114), the Court intended that the parties would brief the
2  motion for class certification (Dkt. No. 58) according to the Court's usual briefing schedule. *See*
3  LCR 7(d)(4). However, in light of Defendants' notice of appeal (Dkt. No. 116), the Court finds
4  that a stay of this matter is appropriate. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citing
5  *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)) (a district court has broad discretion to stay a
6  proceeding, incidental to the inherent power to control its own docket).

7        The Court therefore VACATES the present case management schedule and STAYS this
8  matter, including all outstanding motions, pending the outcome of Defendants' appeal. The
9  parties are DIRECTED to provide the Court with a joint status report within 14 days of the
10 disposition of Defendants' current appeal.

11       DATED this 7th day of February 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk