THE HONORABLE JOHN C. COUGHENOUR

FILED
LODGED
RECEIVED   MAIL

FEB 05 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STATE OF WASHINGTON, et al.,

      Plaintiffs,

v.

DONALD J. TRUMP, et al.,

      Defendants.

CASE NO: 2:25-0127-JCC

**NOTICE OF MOTION OF the people Cody R. Hart AND Derrill J. Fussell FOR LEAVE TO FILE AN AMICI CURIAE BRIEF**

  PLEASE TAKE NOTICE that upon the Certification of Cody R. Hart and Derrill J. Fussell in support of the motion for leave to file an amici curiae brief, Cody R. Hart and Derrill J. Fussell request leave to file a brief as amici curiae and request that the proposed brief that accompanies this motion be filed.

  A proposed order is submitted herewith.

  Dated this __4__ day February, 2025    Respectfully submitted,

_/s/ Cody R. Hart_          _/s/ Derrill J. Fussell_

Cody R. Hart            Derrill J. Fussell
901 Metcalf Street #71        929 E. College Way
Sedro-Woolley, WA [98284]      Mount Vernon, WA [98273]
360-982-0928          360-707-1815
info@codyhart.org         squareshooter@earthlink.net

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

                Plaintiffs,

v.

DONALD J. TRUMP, et al.,

                Defendants.

CASE NO: 2:25-0127-JCC

**DECLARATION OF SERVICE**

I, Cody R. Hart, declare as follows;

That I am over the age of 18 years and competent to provide this declaration.

I hereby certify that I caused a copy of (1) the Notice of Motion for Leave to File an Amici Curiae Brief; (2) the Certification of Amici (3) the proposed Amici Curiae Brief; and (4) a Proposed Order granting the motion, to be served to the following;

| | |
|---|---|
| Name: | U.S. District Court Clerk's Office |
| Street Address | 700 Stewart Street, Suite 2310 |
| State and Zip Code | Seattle, WA 98101 |

Where I understand it will be served electronically via ECF, whereupon all counsel of record were served

I declare under penalty of perjury that the foregoing is true and correct

Signed on __4__ February, 2025

*[signature]*

Cody R. Hart
901 Metcalf Street #71
Sedro-Woolley, WA [98284]
360-982-0928
info@codyhart.org

DECLARATION OF SERVICE    - 1
2:25-0127-JCC

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | CASE NO: 2:25-0127-JCC <br><br> **CERTIFICATION OF the people Cody R. Hart AND Derrill J. Fussell IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE** |

Proposed Amici Curiae, the People Cody R. Hart and Derrill J. Fussell, move for leave to file an amicus brief in opposition to Plaintiffs' appearance and Motioning in the case, including an opposition to Plaintiffs motion for injunctive relief. In furtherance of the motion, Proposed Amici, state as follows:

1. Amici are Americans who reside in the County of Skagit, State of Washington, are taxpayers, and have rights protected by laws of the State of Washington, the Constituton of the State of Washington, and Constitution of the United States

2. Amici oppose Plaintiffs' appearance in this case and oppose Plaintiffs' motioning in this case because this case was filed by purported Washington State public officials without lawful authority, without the consent of the People, and as a result lack Authoirty, have performed acts in a United States District Court without jurisdiction to judge upon the dispute before the Court.

3. Amici have extensive expertise confronting Government Corruption in the State of Washington and combating intruders into Public offices who act without lawful Authority with the likely intent of undermining Americas Constitutional Republic.

4. Amici are intimately familiar with the requirements for State of Washington Public officials, such as the purported Office of Attorney General of the State of Washington public officials who have initiated this case on behalf of the State of Washington, supposedly on behalf of residents of the State of Washington. As a result, Amici are uniquely qualified to understand the law and current lack of Authority that exists in this case, the harm that is occurring to tax payers, the harm to residents of the State of Washington, because the Amici, too, are being harmed by the unauthorized use of tax funds, unauthorized appearances, and unauthorized motioning in the Plaintffs' lawsuit.

5. This Court "ha[s] broad discretion to admit amicus briefing [...] to assist a case of general public interest." Sec. & Exch. Comm'n v. Bittrex Inc., No. 2:23-CV-00580-RSM, 2023 WL 4866373, at *1 (W.D. Wash. July 31, 2023) (granting leave to file where brief provides "assistance in framing the facts and law of this case").

6. The proposed brief will assist the Court in its consideration of the pending and all future motions, because "the people" who reside in the State of Washington, and other states, face immediate harms from orders resulting from cases brought using unauthorized tax funds, brought without lawful authority, and brought without the consent of the governed.

7. For the foregoing reasons, Proposed Amici respectfully request the Court grant the motion for leave to file the attached brief.

Dated this 4 day February, 2025                Respectfully submitted,

_____                _____
Cody R. Hart                                    Derrill J. Fussell
901 Metcalf Street #71                          929 E. College Way
Sedro-Woolley, WA [98284]                       Mount Vernon, WA [98273]
360-982-0928                                    360-707-1815
info@codyhart.org                               squareshooter@earthlink.net

CERTIFICATION OF                                2
AMICI CURIAE
"The people" Cody Hart and Derrill Fussell

Cody Hart
PO B[...]
Clearlake WA
98235

Clerk U.S. District Court
700 Stewart St Ste. 2310
Seattle WA 98101

Atten: 25-cv 127