THE HONORABLE JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | CASE NO: 2:25-0127-JCC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION OF the people Cody R. Hart AND Derrill J. Fussell FOR LEAVE TO FILE A BREIF AS AMICI CURIAE** |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

Before the Court is the motion of the people Cody R. Hart and Derrill J. Fussell for leave to file abrief as amicus curiae in opposition to Plaintiffs' Appearance and Motioning in this case. Good cause appearing therefore, the motion is GRANTED.

Dated this _____ day of _____, 2025

_____
HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

1