District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | CASE NO. C25-0127-JCC <br><br> DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL <br><br> NOTE ON MOTION CALENDAR: FEBRUARY 28, 2025 |

On February 7, 2025, Defendants filed a motion requesting that this Court stay its preliminary injunction in its overbroad applications (*i.e.*, as it applies beyond the individual named plaintiffs in this action). *See* Defs.' Mot. to Stay Prelim. Inj. Pending Appeal, ECF No. 122. For the reasons explained in that motion, Defendants believe a stay is warranted, but respect and acknowledge that, in granting its nationwide injunction, the Court has already

---

Reply in Support of Motion to Stay Preliminary Injunction Pending Appeal
C25-0127-JCC-1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-616-8098

rejected Defendants' arguments. Rather than belabor those arguments here, Defendants rest on their motion and respectfully reiterate their request for a ruling from this Court by the close of business tomorrow, February 12, 2025, so that after that time they may seek appropriate relief from the U.S. Court of Appeals for the Ninth Circuit if this Court denies or does not rule on Defendants' motion. *See* Fed. R. App. P. 8(a)(1) ("A party must ordinarily move first in the district court for . . . a stay of the . . . order of a district court pending appeal . . . .").

Defendants file this brief only to respond to the state plaintiffs' contention that Defendants' case for a stay is undermined by the fact that they "have neither appealed nor sought to stay a separate nationwide injunction" against Executive Order No. 14160 issued by a district court in the District of Maryland. Pl. States' Resp. to Defs.' Mot. to Stay Inj. Pending Appeal at 4, ECF No. 124 (citing *CASA, Inc. v. Trump*, No. 8:25-cv-201-DLB, 2025 WL 408636 (D. Md. Feb. 5, 2025)). But that case features individuals and organizations as plaintiffs and therefore does not involve the central defect of this litigation (and a central argument in Defendants' stay motion): an improper attempt by states to litigate claims they lack standing to bring. More importantly, the states' argument is premature because the *CASA* injunction was issued just six days ago and Defendants have 60 days to appeal it (and longer than that to seek an appropriate stay of the order). *See* Fed. R. App. P. 4(a)(1)(B).

In any event, the state plaintiffs' premise is now incorrect. Defendants have appealed the *CASA* preliminary injunction to the Fourth Circuit*, see* ECF No. 69, *CASA, Inc. v. Trump*, No 8:25-cv-201 (D. Md. Feb. 11, 2025), and the Acting Solicitor General of the United States

Reply in Support of Motion to Stay Preliminary Injunction Pending Appeal
C25-0127-JCC-2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-616-8098

has authorized Defendants to seek a stay of that injunction as to its overbroad applications, which Defendants intend to do within the next 24 hours.

DATED this 11th day of February, 2025.

                Respectfully submitted,

                BRETT A. SHUMATE
                Acting Assistant Attorney General
                Civil Division

                ALEXANDER K. HAAS
                Branch Director

                BRAD P. ROSENBERG
                Special Counsel

                */s/ R. Charlie Merritt*
                R. CHARLIE MERRITT (VA Bar No. 89400)
                YURI S. FUCHS
                Trial Attorneys
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                Washington, DC 20005
                Phone: (202) 616-8098
                Fax: (202) 616-8460
                Email: robert.c.merritt@usdoj.gov

                *Attorneys for Defendants*

                *I certify that this memorandum contains 410 words, in compliance with the Local Civil Rules.*

Reply in Support of Motion to Stay Preliminary Injunction Pending Appeal
C25-0127-JCC-3

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-616-8098