|  | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | FEB 19 2025 |
|  | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STATE OF WASHINGTON; et al.,

       Plaintiffs - Appellees,

 v.

DONALD J. TRUMP; et al.,

       Defendants - Appellants,

------------------------------------

JAMES DANIEL JORDAN; et al.,

       Amici Curiae.

No. 25-807

D.C. No. 2:25-cv-00127-JCC
Western District of Washington, Seattle

ORDER

Before: CANBY, M. SMITH, and FORREST, Circuit Judges.

    The motions (Docket Entry Nos. 23, 24, 28, 29) for leave to file amicus briefs in support of the emergency motion for a partial stay are granted.