District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON et al. | CASE NO. C25-0127-JCC |
| *Plaintiffs*, | NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al. | |
| *Defendants*. | |

Notice of Withdrawal of Counsel

No. 2:25-cv-00127-JCC

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234

**PLEASE TAKE NOTICE** that Senior Litigation Counsel, Nancy K. Canter, hereby withdraws from this case. Attorneys from the Department of Justice, including Brad P. Rosenberg, Brett Shumate, Drew Ensign, Robert Merritt, and Yuri Fuchs, will remain as counsel.

        Respectfully submitted,

        YAAKOV M. ROTH
        Acting Assistant Attorney General
        Civil Division

        ERNESTO H. MOLINA, JR.
        Deputy Director

        */s/ Nancy K. Canter*
        NANCY K. CANTER
        (CA Bar No. 263198)
        Senior Litigation Counsel
        Office of Immigration Litigation
        Phone: 202-305-7234
        Email: nancy.k.canter@usdoj.gov

        *Attorneys for Defendants*

Notice of Withdrawal of Counsel

No. 2:25-cv-00127-JCC

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234