UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>　　　Plaintiffs - Appellees,<br><br>　v.<br><br>DONALD J. TRUMP; et al.,<br><br>　　　Defendants - Appellants. | No. 25-807<br><br>D.C. No.<br>2:25-cv-00127-JCC<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: HAWKINS, GOULD, and BUMATAY, Circuit Judges.

　　Submission of this case is vacated pending the Supreme Court's resolution of *Trump v. Washington*, Sup. Ct. Dkt. No. 24A885.  This Court's proceedings shall remain in abeyance pending further order of this court.