District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON et al.

    *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.

    *Defendants*.

CASE NO. C25-0127-JCC

NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Trial Attorney, Yuri S. Fuchs, hereby withdraws from this case. Attorneys from the Department of Justice who have already entered their appearance will remain as counsel.

Dated: July 11, 2025              Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/ Yuri S. Fuchs*
R. CHARLIE MERRITT
YURI S. FUCHS (CA Bar No. 300379)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 598-3869
yuri.s.fuchs@usdoj.gov

*Counsel for Defendants*

Notice of Withdrawal of Counsel
No. 2:25-cv-00127-JCC