The Honorable Judge John C. Coughenour

**KRIS MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)
Joshua D. Bendor (AZ No. 031908)
Luci D. Davis (AZ No. 035347)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
Phone: (602) 542-3333
Joshua.Bendor@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov

*Attorneys for Plaintiff State of Arizona*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | NO. 2:25-cv-00127-JCC |
| Plaintiffs, | NOTICE OF WITHDRAWAL |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*; | |
| Defendants. | |

NOTICE OF WITHDRAWAL –
SUBSTITUTION OF COUNSEL

1

ATTORNEY GENERAL OF ARIZONA
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
(602)542-3333

1       Pursuant to Local Civil Rule 83.2(b)(3), counsel hereby provide notice that Gabriela

2 Monico Nunez is withdrawing as counsel for the Plaintiff State of Arizona in this matter due to

3 her impending departure from the Arizona Attorney General's Office.

4

5       Undersigned counsel confirm that the State of Arizona will continue to be represented

6 by Solicitor General Joshua D. Bendor and Senior Litigation Counsel Luci D. Davis, attorneys

7 with the Arizona Attorney General's Office.

8       Counsel respectfully request that the Court's records reflect this change and that Ms.

9 Monico Nunez's name be removed from the Court's electronic mail notice list and counsel's

10 service lists.

11

12       DATED this 24th day of July 2025.

13                         *s/ Luci D. Davis*
                           Joshua D. Bendor (AZ No. 031908)*

14                         Luci D. Davis (AZ No. 035347)*
                         Office of the Arizona Attorney General

15                         Firm State Bar No. 14000
                         2005 N. Central Ave.

16                         Phoenix, AZ 85004
                         (602) 542-3333

17                         Joshua.Bendor@azag.gov
                         Luci.Davis@azag.gov

18                         ACL@azag.gov

19                         *Pro hac vice*
                         *Remaining Attorneys for*

20                         *Plaintiff State of Arizona*

21

22                         *s/ Gabriela Monico Nunez (with permission)*

23                         Gabriela Monico Nunez (AZ No. 039652)*
                         Office of the Arizona Attorney General

24                         Firm State Bar No. 14000
                         2005 N. Central Ave.

25                         Phoenix, AZ 85004
                         Gabriela.MonicoNunez@azag.gov

26                         *Withdrawing Attorney*

NOTICE OF WITHDRAWAL –
SUBSTITUTION OF COUNSEL

2