The Honorable Judge John C. Coughenour

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STATE OF WASHINGTON, *et al.*,

               Plaintiffs,

    v.

DONALD TRUMP, in his official capacity
as President of the United States, *et al.*,

               Defendants.

NO. 2:25-cv-00127-JCC

JOINT STATUS REPORT

JOINT STATUS REPORT –
No. 2:25-cv-00127-JCC

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1        Pursuant to the Court's minute order of February 7, 2025 (Dkt. No. 118), the parties

2    respectfully submit this joint status report. The Court issued a preliminary injunction on

3    February 6, 2025, prohibiting Defendants from enforcing or implementing the Executive Order

4    entitled "Protecting the Meaning and Value of American Citizenship" on a nationwide basis.

5    Dkt. No. 114. Defendants appealed the preliminary injunction and sought partial stays of the

6    injunction from this Court, the Ninth Circuit, and the Supreme Court. Following the Supreme

7    Court's decision on Defendants' application for a partial stay, *see Trump v. CASA, Inc.*,

8    606 U.S. ___, No. 24A885, 2025 WL 1773631 (June 27, 2025), the Ninth Circuit called for

9    supplemental briefing, which the parties provided. On July 23, 2025, the Ninth Circuit issued its

10   opinion affirming this Court's preliminary injunction. *See* Dkt. Nos. 147, 150.

11       In light of the Ninth Circuit's decision, Defendants represent that the Solicitor General plans

12   to seek certiorari expeditiously to enable the Supreme Court to settle the lawfulness of the

13   Citizenship Order next Term, but he has not yet determined which case or combination of cases to

14   take to the Court. Because Defendants are currently considering whether to seek further review of

15   this Court's preliminary injunction, the parties propose updating the Court through an additional

16   status report when those appellate proceedings conclude, or through an appropriate motion should

17   they determine that further proceedings before this Court are necessary.

18

19       DATED this 6th day of August 2025.

20   NICHOLAS W. BROWN               BRETT A. SHUMATE
     Attorney General                     Assistant Attorney General
21                                       Civil Division

22   *s/ Lane M. Polozola*
     COLLEEN M. MELODY, WSBA #42275    ERIC J. HAMILTON
     Civil Rights Division Chief            Deputy Assistant Attorney General
23   LANE POLOZOLA, WSBA #50138
     DANIEL J. JEON, WSBA #58087
24   ALYSON DIMMITT GNAM, WSBA #48143   ALEXANDER K. HAAS
     Assistant Attorneys General          Branch Director
25   Wing Luke Civil Rights Division
     Office of the Washington State Attorney General  BRAD P. ROSENBERG
26   800 Fifth Avenue, Suite 2000          Special Counsel

JOINT STATUS REPORT –            1        ATTORNEY GENERAL OF WASHINGTON
No. 2:25-cv-00127-JCC                         Civil Rights Division
                                       800 Fifth Avenue, Suite 2000
                                       Seattle, WA  98104-3188
                                       (206) 464-7744

| | | |
|---|---|---|
| 1 | Seattle, WA 98104-3188 | /s/ Kathleen C. Jacobs |
| | (206) 464-7744 | KATHLEEN C. JACOBS |
| 2 | colleen.melody@atg.wa.gov | (TX Bar No. 24091154) |
| | lane.polozola@atg.wa.gov | R. CHARLIE MERRITT |
| 3 | daniel.jeon@atg.wa.gov | U.S. Department of Justice |
| | alyson.dimmittgnam@atg.wa.gov | Civil Division, Federal Programs Branch |
| 4 | | 1100 L Street, NW |
| | *Attorneys for Plaintiff State of Washington* | Washington, DC 20005 |
| 5 | | Phone: 202-598-7615 |
| | KRIS MAYES | Fax: 202-616-8460 |
| 6 | *Attorney General of Arizona* | Email: kathleen.c.jacobs@usdoj.gov |

1 Seattle, WA 98104-3188
(206) 464-7744
2 colleen.melody@atg.wa.gov
lane.polozola@atg.wa.gov
3 daniel.jeon@atg.wa.gov
alyson.dimmittgnam@atg.wa.gov
4
*Attorneys for Plaintiff State of Washington*
5
KRIS MAYES
6 *Attorney General of Arizona*

7 s/ Joshua Bendor
Joshua D. Bendor (AZ No. 031908)*
8 Luci D. Davis (AZ No. 035347)*
Office of the Arizona Attorney General
9 Firm State Bar No. 14000
2005 N. Central Ave.
10 Phoenix, AZ 85004
(602) 542-3333
11 Joshua.Bendor@azag.gov
Luci.Davis@azag.gov
12 ACL@azag.gov

13 *Pro hac vice*
*Attorneys for Plaintiff State of Arizona*
14
KWAME RAOUL
15 *Attorney General, State of Illinois*

16 s/ Rebekah Newman
REBEKAH NEWMAN, ARDC #6327372*
17 Assistant Attorney General
Special Litigation Bureau
18 Office of the Illinois Attorney General
115 South LaSalle St., Floor 35
19 Chicago, IL 60603
Tel. (773) 590-6961
20 rebekah.newman@ilag.gov

21 *Pro hac vice*
*Attorneys for Plaintiff State of Illinois*
22
DAN RAYFIELD
23 *Attorney General, State of Oregon*

24 /s/Carla A. Scott
CARLA A. SCOTT, WSBA #39947
25 THOMAS H. CASTELLI, OSB #226448*
Senior Assistant Attorneys General
26 Oregon Department of Justice

/s/ Kathleen C. Jacobs
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
R. CHARLIE MERRITT
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Fax: 202-616-8460
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT –
No. 2:25-cv-00127-JCC                    2                    ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

100 SW Market Street
Portland, OR 97201
(971) 673-1880
Carla.A.Scott@doj.oregon.gov
Thomas.Castelli@doj.oregon.gov

*Pro hac vice*
*Attorneys for Plaintiff State of Oregon*

NORTHWEST IMMIGRANT
RIGHTS PROJECT

s/ Matt Adams
Matt Adams, WSBA #28287
matt@nwirp.org

s/ Leila Kang
Leila Kang, WSBA #48048
leila@nwirp.org

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA #46987
glenda@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA #53974
aaron@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
614 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

*Attorneys for Individual Plaintiffs and*
*Proposed Class Members*

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that the foregoing document was electronically filed with the United

3  State District Court using the CM/ECF system. I further certify that all participants in the case

4  are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

5

6      Dated this 6th day of August 2025 in Seattle, Washington.

7

8                    *s/ Anna Alfonso*
                     Anna Alfonso
9                    Paralegal

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26