THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>                  Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, *et al.*,<br><br>                  Defendants. | CASE NO. C25-0127-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court *sua sponte*. On February 7, 2025, the Court vacated the case management schedule and stayed this matter pending the outcome of Defendants' appeal. (Dkt. No. 118 at 2.) In so doing, the Court ordered the parties to submit a joint status report within 14 days of the disposition of that appeal. (*Id*.) The Ninth Circuit has since affirmed this Court's preliminary injunction. (*See generally* Dkt. Nos. 147, 150.) However, because Defendants are still considering whether to appeal this decision (or decisions on the same issue(s) from other courts) to the Supreme Court, the parties propose updating this Court through an additional status report once all related appeals have concluded. (*See* Dkt. No. 151 at 2.)

      The Court finds this approach appropriate. It therefore EXTENDS the stay pending the outcome of Defendants' appeal(s) of this and other related decisions, or until one of the parties

1 | otherwise notify this Court that they no longer support this approach.

2 |     DATED this 6th day of August 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kadya Peter</u>
Deputy Clerk