The Honorable Judge John C. Coughenour

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | NO. 2:25-cv-00127-JCC<br><br>JOINT STATUS REPORT |



ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Pursuant to the Court's minute order of August 6, 2025 (Dkt. # 152), the parties respectfully submit this joint status report. The Court issued a preliminary injunction on February 6, 2025, prohibiting Defendants from enforcing or implementing the Executive Order No. 14160 entitled "Protecting the Meaning and Value of American Citizenship" nationwide. Dkt. # 114. On July 23, 2025, the Ninth Circuit affirmed this Court's preliminary injunction. *See* Dkt. # 147, 150.

Following the Ninth Circuit's decision, this Court extended the stay of these proceedings pending the outcome of Defendants' petitions for writ of certiorari of the Ninth Circuit's decision and other related decisions. Dkt. # 152; *see* Dkt. # 155.

On June 30, 2026, the Supreme Court issued its opinion in *Trump v. Barbara*, holding that Executive Order No. 14160 is facially unconstitutional because under the Fourteenth Amendment's Citizenship Clause, "children born of parents unlawfully or temporarily present in the United States" "satisfy both elements of the Citizenship Clause: they are 'born . . . in the United States' and 'subject to the jurisdiction thereof.' Under the Constitution, they are citizens at birth." 609 U.S. ___, 146 S. Ct. 2438, 2450 (2026). The Supreme Court also denied the petitions in this case and all related cases the same day. *See Trump v. Washington*, --- S. Ct. ----, 2026 WL 1871300 (June 30, 2026).

The parties agree that final judgment and a permanent injunction are appropriate in this case and are negotiating to determine if agreement can be reached on the language of a proposed final judgment with an injunction. The parties propose updating the Court through an additional status report by September 23, 2026.

//

//

//

//

//



ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 2nd day of September 2026.

NICHOLAS W. BROWN
Attorney General

*s/Daniel J. Jeon*
LANE POLOZOLA, WSBA #50138
Civil Rights Division Litigation Chief
DANIEL J. JEON, WSBA #58087
ALYSON DIMMITT GNAM, WSBA #48143
Assistant Attorneys General
Wing Luke Civil Rights Division
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
lane.polozola@atg.wa.gov
daniel.jeon@atg.wa.gov
alyson.dimmittgnam@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

KRIS MAYES
*Attorney General of Arizona*

*s/Joshua D. Bendor*
Joshua D. Bendor (AZ No. 031908)*
Luci D. Davis (AZ No. 035347)*
Office of the Arizona Attorney General
Firm State Bar No. 14000
2005 N. Central Ave.
Phoenix. AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov

**Pro hac vice*
*Attorneys for Plaintiff State of Arizona*

KWAME RAOUL
*Attorney General, State of Illinois*

*s/Rebekah Newman*
REBEKAH NEWMAN, ARDC #6327372*
Assistant Attorney General
Special Litigation Bureau
Office of the Illinois Attorney General
115 South LaSalle St., Floor 35

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSHUA HA
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/Kathleen C. Jacobs*
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 598-7615
Fax: (202) 616-8460
Email: Kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

Chicago, IL 60603
Tel. (773) 590-6961
rebekah.newman@ilag.gov

**Pro hac vice*
*Attorneys for Plaintiff State of Illinois*

DAN RAYFIELD
*Attorney General, State of Oregon*

*s/Carla A. Scott*
CARLA A. SCOTT, WSBA #39947
THOMAS H. CASTELLI, OSB #226448*
Senior Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Carla.A.Scott@doj.oregon.gov
Thomas.Castelli@doj.oregon.gov

**Pro hac vice*
*Attorneys for Plaintiff State of Oregon*

NORTHWEST IMMIGRANT
RIGHTS PROJECT

*s/Matt Adams*
Matt Adams, WSBA #28287
matt@nwirp.org

*s/Leila Kang*
Leila Kang, WSBA #48048
leila@nwirp.org

*s/Aaron Korthuis*
Aaron Korthuis, WSBA #53974
aaron@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
614 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

*Attorneys for Individual Plaintiffs and Proposed Class Members*