The Honorable Judge John C. Coughenour

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | NO. 2:25-cv-00127-JCC<br><br>JOINT STATUS REPORT |



ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Following the parties' status report of September 23, 2026, the parties respectfully submit this joint status report. The parties continue negotiating to determine if agreement can be reached on the language of a proposed final judgment with an injunction. Plaintiffs have raised several questions to counsel for Defendants and recently received responsive information that will require additional conferral. The parties therefore jointly request that the Court provide 30 additional days to confer and propose updating the Court through a status report by November 23, 2026.

DATED this 22nd day of October 2026.

NICHOLAS W. BROWN
Attorney General

*s/ Daniel J. Jeon*
LANE POLOZOLA, WSBA #50138
Civil Rights Division Litigation Chief
DANIEL J. JEON, WSBA #58087
ALYSON DIMMITT GNAM, WSBA #48143
Assistant Attorneys General
Wing Luke Civil Rights Division
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
lane.polozola@atg.wa.gov
daniel.jeon@atg.wa.gov
alyson.dimmittgnam@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

KRIS MAYES
*Attorney General of Arizona*

*s/ Joshua Bendor*
Joshua D. Bendor (AZ No. 031908)*
Luci D. Davis (AZ No. 035347)*
Office of the Arizona Attorney General
Firm State Bar No. 14000
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov

**Pro hac vice*
*Attorneys for Plaintiff State of Arizona*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TY TREJO
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Chief Litigation Counsel

*/s/ Kathleen C. Jacobs*
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Phone: (202) 598-7615
Fax: (202) 616-8460
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

KWAME RAOUL
*Attorney General, State of Illinois*

*s/ Rebekah Newman*
REBEKAH NEWMAN, ARDC #6327372*
Assistant Attorney General
Special Litigation Bureau
Office of the Illinois Attorney General
115 South LaSalle St., Floor 35
Chicago, IL 60603
Tel. (773) 590-6961
rebekah.newman@ilag.gov

**Pro hac vice*
*Attorneys for Plaintiff State of Illinois*

DAN RAYFIELD
*Attorney General, State of Oregon*

*s/ Carla A. Scott*
CARLA A. SCOTT, WSBA #39947
THOMAS H. CASTELLI, OSB #226448*
Senior Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Carla.A.Scott@doj.oregon.gov
Thomas.Castelli@doj.oregon.gov

**Pro hac vice*
*Attorneys for Plaintiff State of Oregon*

NORTHWEST IMMIGRANT
RIGHTS PROJECT

*s/ Matt Adams*
Matt Adams, WSBA #28287
matt@nwirp.org

*s/ Leila Kang*
Leila Kang, WSBA #48048
leila@nwirp.org

*s/ Aaron Korthuis*
Aaron Korthuis, WSBA #53974
aaron@nwirp.org

NORTHWEST IMMIGRANT RIGHTS PROJECT
614 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

*Attorneys for Individual Plaintiffs and Proposed Class Members*