The Honorable Judge John C. Coughenour

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br>Plaintiffs,<br>v.<br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br>Defendants. | Case No. 2:25-cv-00127-JCC<br>**NOTICE OF WITHDRAWAL** |

Pursuant to Local Civil Rule 83.2(b)(3), counsel for Plaintiffs hereby notify the Court that Rebekah Newman of the Office of the Illinois Attorney General withdraws as counsel for Plaintiffs in this matter. Plaintiffs remain represented by the following attorneys from the Office of the Illinois Attorney General: Alex Hemmer.

Respectfully submitted this 18th day of November, 2026.

s/ Rebekah Newman
Rebekah Newman
Rebekah.newman@ilag.gov

Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
773-590-6961

Counsel for Plaintiff